# D.E.C|A|F

### DEBT EDUCATION AND CERTIFICATION FOUNDATION

Certificate Number:          27000-NCE-CC-152146169248

# Certificate of Credit Counseling

I certify that on  March 5th, 2018          , at     07:57 AM      o'clock   CST

Lent C Carr                          received from Debt Education and Certification

Foundation, an agency approved pursuant to 11 U.S.C. Â§ 111 to provide credit counseling

in the Eastern District of North Carolina, an individual briefing (including a briefing conducted

by internet and telephone) that complied with the provisions of 11 U.S.C. Â§Â§ 109(h)

 and 111.  A debt repayment plan was not prepared.

Date:   March 19th, 2018          By:     /s/Susan Gann

Name:  Susan Gann

Title:    Counselor

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code
are required to file with the United States Bankruptcy Court a completed certificate of counseling from
the nonprofit budget and credit counseling agency that provided the individual the counseling services
and a copy of the debt repayment plan, if any developed through the credit counseling agency.
See 11 U.S.C. Â§Â§ 109(h) and 521(b).