# D.E.C.A.F

DEBT EDUCATION AND CERTIFICATION FOUNDATION

Certificate Number: 27000-NCE-CC-152146172371-sp

## Certificate of Credit Counseling

I certify that on  March 5th, 2018 , at  07:57 AM  o'clock  CST

Deltarina V Carr  received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of North Carolina, an individual briefing (including a briefing conducted by internet and telephone) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment plan was not prepared.

Date:  March 19th, 2018      By:  /s/Susan Gann

Name:  Susan Gann

Title:  Counselor

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any developed through the credit counseling agency.
See 11 U.S.C. §§ 109(h) and 521(b).