United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                              Case No. 18-01386-JNC
Lent Christopher Carr, II                                          Chapter 13
Deltarina V. Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0417-5          User: admin          Page 1 of 2          Date Rcvd: Mar 20, 2018
                             Form ID: 309I         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
```
db/jdb        +Lent Christopher Carr, II,   Deltarina V. Carr,   3300 Laurinburg Rd.,   Raeford, NC 28376-7204
5828235        ACS/BoA,   P.O. Box 7060,   Utica, NY 13504-7060
5828236       +AMCOL Systems, Inc.,   PO Box 21625,   Columbia, SC 29221-1625
5828243       +Hicks Motor Sales,   532 Hillsboro St.,   Oxford, NC 27565-3283
5828244       +Hoke County District Attorney,   231 N Main St,   Raeford, NC 28376-2805
5828245       +Hoke County Tax Collector,   227 N. Main St.,   Raeford, NC 28376-2805
5828247       +Kroger,   1014 Vine St,   Cincinnati, OH 45202-1100
5828248       +Mariner Finance, LLC,   1333 Scotland Crossing Dr.,   Laurinburg, NC 28352-5414
5828249       +Meade Associates,   737 Enterprise Dr.,   Lewis Center, OH 43035-9438
5828250       +New South Finance,   2107 Chester Ridge Dr.,   High Point, NC 27262-7690
5828253        Payliance,   Eastern Oral Ste 120,   Columbus, OH 43219
5828257        Rudolph K. Smith,   RKS Law,   PO Box 2095,   Fayetteville, NC 28302-2095
5828255      ++SCANA AND SUBSIDIARIES,   220 OPERATION WAY,   MAIL CODE C 222,   CAYCE SC 29033-3701
               (address filed with court: PSNC Energy,   PO Box 100256,   Columbia, SC 29202)
5828259       +Wilson Utilities,   208 Nash St E,   Wilson, NC 27893-3802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: emf@fabriciuslaw.com Mar 21 2018 02:04:42      Erich M. Fabricius,
               Fabricius & Fabricius PLLC,   PO Box 1230,   Knightdale, NC  27545-1230
5828237        EDI: CINGMIDLAND.COM Mar 21 2018 16:29:00      AT&T,   1801 Valley View Ln,
               Dallas TX 75234-8906
5828238       +EDI: CONVERGENT.COM Mar 21 2018 16:35:00      Convergent Outsourcing,   PO Box 9004,
               Renton, WA 98057-9004
5828239       +E-mail/Text: collect@ccsroanoke.com Mar 21 2018 02:04:59      Creditors Collection Service,
               4530 Old Cove Spring Rd,   Cove Spring, VA 24018-3423
5828240       +EDI: ESSL.COM Mar 21 2018 16:29:00      Dish Network,   9601 S. Meridian Blvd.,
               Englewood, CO 80112-5905
5828241       +EDI: DCI.COM Mar 21 2018 16:33:00      Diversified Consultants, Inc,
               10550 Deerwood Park Blvd #309,   Dountroon, FL 32256-2805
5828242       +E-mail/Text: lynn.colombo@duke-energy.com Mar 21 2018 02:04:59      Duke Energy,   PO Box 70515,
               Charlotte, NC 28272-0515
5828246        EDI: IRS.COM Mar 21 2018 16:32:00      Internal Revenue Service,   P.O. Box 7346,
               Philadelphia, PA  19101-7346
5828251        EDI: NCDEPREV.COM Mar 21 2018 16:28:00      North Carolina Dept of Revenue,
               Office Services Division,   Bankruptcy Unit,   P.O. Box 1168,   Raleigh, NC 27602-1168
5828252       +E-mail/Text: bankruptcy@onlineis.com Mar 21 2018 02:04:57      Online Collections,
               P.O. Box 1489,   Winterville NC 28590-1489
5828254       +E-mail/Text: anne.heath@pittcountync.gov Mar 21 2018 02:04:57      Pitt County Tax Collector,
               P.O. Box 43,   Greenville, NC 27835-0043
5828256       +E-mail/Text: BANKRUPTCY@OIARAD.COM Mar 21 2018 02:05:02      Raleigh Radiology Associates, Inc,
               PO Box 2090,   Morrisville, NC 27560-2090
5828258       +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Mar 21 2018 02:05:01      WakeMed,   PO Box 29516,
               Raleigh, NC 27626-0516
                                                                                         TOTAL: 13
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0417-5          User: admin              Page 2 of 2              Date Rcvd: Mar 20, 2018
                             Form ID: 309I             Total Noticed: 27

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
NONE.                                                                              TOTAL: 0

**United States Bankruptcy Court**
**Eastern District of North Carolina**
**Fayetteville Division**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lent Christopher Carr II** | Social Security number or ITIN | **xxx–xx–9559** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Deltarina V. Carr** | Social Security number or ITIN | **xxx–xx–6527** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| | | Date case filed for chapter  **13   3/20/18** | |
| Case number:   **18–01386–5–JNC** | | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Lent Christopher Carr II | Deltarina V. Carr |
| **2. All other names used in the last 8 years** | | aka Deltarina V. Diaz |
| **3. Address** | 3300 Laurinburg Rd. Raeford, NC 28376 | 3300 Laurinburg Rd. Raeford, NC 28376 |
| **4. Debtor's attorney** Name and address | Erich M. Fabricius Fabricius & Fabricius PLLC PO Box 1230 Knightdale, NC 27545–1230 | Contact phone: 919 295–6001 |
| **5. Bankruptcy trustee** Name and address | Joseph A. Bledsoe III PO Box 1618 New Bern, NC 28563 | Contact phone: 252 633–0074 |
| **6. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Fayetteville Street, 4th Floor P.O. Box 791 Raleigh, NC 27602 | Office Hours: 8:30 a.m. – 4:30 p.m. Contact phone: 919–856–4752 Date: 3/20/18 |

**For more information, see page 2**

Debtor **Lent Christopher Carr II** and **Deltarina V. Carr**                     Case number **18–01386–5–JNC**

| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U. S. Post Office & Federal Building, Third Floor Courtroom, 301 Green Street, Fayetteville, NC 28303**<br><br>Please bring a government issued picture ID with you to the meeting of creditors. This ID is required for entry into the building. |
|---|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/18/18** |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/29/18** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/17/18** |

**Deadlines for filing proof of claim:**
A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.nceb.uscourts.gov or any bankruptcy clerk's office. Alternatively, the claim may be filed electronically on the above website by accessing the Proof of Claim section. *When filing electronically, it is not necessary to complete a paper claim form.*

If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**     **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

| 9. | **Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. |
|---|---|---|
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Electronic noticing** | Parties may opt to receive notices from the court via email rather than U.S. Mail. Register at ebn.uscourts.gov. |
| 12. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 13. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 14. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |