United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                          Case No. 18-01386-JNC
Lent Christopher Carr, II                                       Chapter 13
Deltarina V. Carr
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0417-5        User: gurgone_c        Page 1 of 1        Date Rcvd: Mar 21, 2018
                            Form ID: van004        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2018.
jdb            +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: lentcarr@gmail.com Mar 22 2018 02:24:39      Lent Christopher Carr, II,
                 3300 Laurinburg Rd.,    Raeford, NC 28376-7204
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2018 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               ecf+fablaw@bkccn.com
              Joseph A. Bledsoe, III   chapter13@suddenlinkmail.com
                                                                                             TOTAL: 3

VAN–004 Order for Payment of Filing Fees in Installments – Rev. 01/13/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:
Lent Christopher Carr II
3300 Laurinburg Rd.
Raeford, NC 28376

CASE NO.: 18–01386–5–JNC

DATE FILED: March 20, 2018

CHAPTER: 13

Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376

ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

IT IS ORDERED that the debtor(s) pay the filing fees still owing, in the amount of $310.00, within fourteen (14) days following the date first set for the meeting of creditors called pursuant to 11 U.S.C. § 341, or as otherwise ordered by the court upon appropriate motion for extension and for cause shown.

IT IS FURTHER ORDERED that all payments be made as follows:

Clerk, U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

The debtor(s) shall not make further payments to an attorney or to any other person who renders services to the debtor in connection with this case, until all filing fees have been paid in full.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 1006–1(d), EDNC, the debtor(s) and the attorney for the debtor(s) is responsible for knowing the amount of the payment and date the payment is due. No reminders will be provided from the court of the date due. If the debtor fails to make the payment as scheduled, after hearing on notice, the court may deny the debtor's discharge or dismiss the case.

DATED: March 21, 2018

Joseph N. Callaway
United States Bankruptcy Judge