**VAN–127** Deficiency Notice – 09/27/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Lent Christopher Carr II
 ( *debtor has no known aliases* )
3300 Laurinburg Rd.
Raeford, NC 28376

CASE NO.: 18–01386–5–JNC

DATE FILED: March 20, 2018

CHAPTER: 13

Deltarina V. Carr
 ( **known aliases**: *Deltarina V. Diaz* )
3300 Laurinburg Rd.
Raeford, NC 28376

## DEFICIENCY NOTICE

This notice will acknowledge receipt of your claim in our office. It has been filed on the claims register as claim number 2. However, the claim is deficient as described below.

An Official Form B410 (Proof of Claim Form) is required, but was not received.

A Proof of Claim form can be obtained on our website at www.nceb.uscourts.gov, or at any bankruptcy clerk's office. Please complete the form and return it to our office for filing as an amended claim. Alternatively, you may file the amended claim electronically on our website under the "Proof of Claim" link on the homepage.

DATED: March 28, 2018

                                            Cathy Barnes
                                            Deputy Clerk