```
                          United States Bankruptcy Court
                          Eastern District of North Carolina
In re:                                                          Case No. 18-01386-JNC
Lent Christopher Carr, II                                       Chapter 13
Deltarina V. Carr
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_ca          Page 1 of 1          Date Rcvd: Mar 28, 2018
                              Form ID: van127          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
5828243        +Hicks Motor Sales,   532 Hillsboro St.,   Oxford, NC 27565-3283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com, ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com, ecf+fablaw@bkccn.com
              Joseph A. Bledsoe, III    chapter13@suddenlinkmail.com
                                                                                              TOTAL: 3

VAN–127 Deficiency Notice – 09/27/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Lent Christopher Carr II
 *( debtor has no known aliases )*
3300 Laurinburg Rd.
Raeford, NC 28376

CASE NO.: 18–01386–5–JNC

DATE FILED: March 20, 2018

CHAPTER: 13

Deltarina V. Carr
 *( known aliases: Deltarina V. Diaz )*
3300 Laurinburg Rd.
Raeford, NC 28376

## DEFICIENCY NOTICE

This notice will acknowledge receipt of your claim in our office. It has been filed on the claims register as claim number 2. However, the claim is deficient as described below.

An Official Form B410 (Proof of Claim Form) is required, but was not received.

A Proof of Claim form can be obtained on our website at www.nceb.uscourts.gov, or at any bankruptcy clerk's office. Please complete the form and return it to our office for filing as an amended claim. Alternatively, you may file the amended claim electronically on our website under the "Proof of Claim" link on the homepage.

DATED: March 28, 2018

                                              Cathy Barnes
                                              Deputy Clerk