UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

LENT CHRISTOPHER CARR, II  CASE NO. 18-01386-5-JNC
DELTARINA V. CARR  CHAPTER 13

DEBTORS

## AMENDED CERTIFICATE OF SERVICE

I, Isaac A. Johnston, Staff Attorney for Chapter 13 Trustee, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing MOTION TO TRANSFER CASE filed on April 13, 2018 by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Via First Class Mail:

| | |
|---|---|
| Erich M. Fabricius<br>Attorney at Law<br>Fabricius & Fabricius, PLLC<br>PO Box 1230<br>Knightdale, NC 27545<br>(Attorney for Debtors) | Lent Christopher Carr, II<br>Deltarina V. Carr<br>3300 Laurinburg Road<br>Raeford, NC 28376<br>(Debtors) |
| ACS/BoA<br>c/o Officer or Managing Agent<br>PO Box 7060<br>Utica, NY 13504-7060 | AMCOL Systems, Inc.<br>c/o Officer or Managing Agent<br>PO Box 21625<br>Columbia, SC 29221-1625 |
| AT&T<br>c/o Officer or Managing Agent<br>1801 Valley View Ln<br>Dallas, TX 75234-8906 | Convergent Outsourcing<br>c/o Officer or Managing Agent<br>PO Box 9004<br>Renton, WA 98057-9004 |
| Creditors Collection Service<br>c/o Officer or Managing Agent<br>4530 Old Cove Spring Rd<br>Cove Spring, VA 24018-3423 | Dish Network<br>c/o Officer or Managing Agent<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112-5905 |

| | |
|---|---|
| Diversified Consultants, Inc.<br>c/o Officer or Managing Agent<br>10550 Deerwood Park Blvd #309<br>Dountroon, FL 32256-2805 | Duke Energy<br>c/o Officer or Managing Agent<br>PO Box 70515<br>Charlotte, NC 28272-0515 |
| Hicks Motor Sales<br>c/o Officer or Managing Agent<br>532 Hillsboro St.<br>Oxford, NC 27565-3283 | Hoke County District Attorney<br>The Honorable Kristy Newton<br>c/o Officer or Managing Agent<br>231 N. Main St.<br>Raeford, NC 28376-2805 |
| The Honorable Kristy Newton<br>Hoke County District Attorney<br>c/o Officer or Managing Agent<br>PO Box 668<br>Raeford, NC 28763 | Hoke County Tax Collector<br>c/o Officer or Managing Agent<br>227 N. Main St.<br>Raeford, NC 28376-2805 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | The Honorable Jeff Sessions<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| U.S. Attorney<br>Attn: Civil Process Clerk<br>Federal Building, Suite 800<br>310 New Bern Ave.<br>Raleigh, NC 27601-1461 | Internal Revenue Service<br>Office of Chief Counsel<br>Alamance Building, Mail Stop 24<br>4905 Koger Blvd.<br>Greensboro, NC 27407-2734 |
| Kroger<br>c/o Officer or Managing Agent<br>1014 Vine St.<br>Cincinnati, OH 45202-1100 | Mariner Finance, LLC<br>c/o Officer or Managing Agent<br>1333 Scotland Crossing Dr.<br>Laurinburg, NC 28352-5414 |
| Meade Associates<br>c/o Officer or Managing Agent<br>737 Enterprise Dr.<br>Lewis Center, OH 43035-9438 | New South Finance<br>c/o Officer or Managing Agent<br>2107 Chester Ridge Dr.<br>High Point, NC 27262-7690 |
| N.C. Dept. of Revenue<br>Attn: Process Agent<br>PO Box 871<br>Raleigh, NC 27602-0871 | Online Collections<br>c/o Officer or Managing Agent<br>PO Box 1489<br>Winterville, NC 28590-1489 |

| | |
|---|---|
| Scana and Subsidiaries<br>c/o Officer or Managing Agent<br>220 Operation Way<br>Mail Code C 222<br>Cayce, SC 29033-3701 | Payliance<br>c/o Officer or Managing Agent<br>Eastern Oral Ste. 120<br>Columbus, OH 43219 |
| Pitt County Tax Collector<br>c/o Officer or Managing Agent<br>PO Box 43<br>Greenville, NC 27835-0043 | Raleigh Radiology Associates, Inc.<br>c/o Officer or Managing Agent<br>PO Box 2090<br>Morrisville, NC 27560-2090 |
| Rudolph K. Smith<br>Attorney at Law<br>RKS Law<br>PO Box 2095<br>Fayetteville, NC 28302-2095 | WakeMed<br>c/o Officer or Managing Agent<br>PO Box 29516<br>Raleigh, NC 27626-0516 |
| Wilson Utilities<br>c/o Officer or Managing Agent<br>2008 Nash St. E<br>Wilson, NC 27893-3802 | |

DATED: April 16, 2018

/s/ Isaac A. Johnston
Isaac A. Johnston