**VAN–008** Notice Rescheduling 341 Meeting of Creditors – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Lent Christopher Carr II
( *debtor has no known aliases* )
3300 Laurinburg Rd.
Raeford, NC 28376

CASE NO.: 18–01386–5–JNC

DATE FILED: March 20, 2018

CHAPTER: 13

Deltarina V. Carr
( <u>known aliases</u>: *Deltarina V. Diaz* )
3300 Laurinburg Rd.
Raeford, NC 28376

NOTICE RESCHEDULING 341 MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the section 341 meeting of creditors for Lent Christopher Carr II and Deltarina V. Carr is rescheduled to take place on:

DATE:     Wednesday, May 30, 2018
TIME:     10:30 AM
PLACE:   U. S. Post Office & Federal Building, Third Floor Courtroom, 301 Green Street, Fayetteville, NC 28303

DATED: April 19, 2018

                                                    Stephanie J. Butler
                                                    Clerk of Court