```
                            United States Bankruptcy Court
                            Eastern District of North Carolina
In re:                                                          Case No. 18-01386-JNC
Lent Christopher Carr, II                                       Chapter 13
Deltarina V. Carr
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0417-5         User: gibson_ai           Page 1 of 2         Date Rcvd: Apr 19, 2018
                             Form ID: van008           Total Noticed: 28
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2018.
jdb           +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
5828235        ACS/BoA,    P.O. Box 7060,    Utica, NY 13504-7060
5828236       +AMCOL Systems, Inc.,    PO Box 21625,    Columbia, SC 29221-1625
5828238       +Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
5828243       +Hicks Motor Sales,    532 Hillsboro St.,    Oxford, NC 27565-3283
5828244       +Hoke County District Attorney,    231 N Main St,    Raeford, NC 28376-2805
5828245       +Hoke County Tax Collector,    227 N. Main St.,    Raeford, NC 28376-2805
5828247       +Kroger,    1014 Vine St,    Cincinnati, OH 45202-1100
5828248       +Mariner Finance, LLC,    1333 Scotland Crossing Dr.,    Laurinburg, NC 28352-5414
5828249       +Meade Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
5828250       +New South Finance,    2107 Chester Ridge Dr.,    High Point, NC 27262-7690
5828251        North Carolina Dept of Revenue,    Office Services Division,    Bankruptcy Unit,    P.O. Box 1168,
                 Raleigh, NC 27602-1168
5828253        Payliance,    Eastern Oral Ste 120,    Columbus, OH 43219
5828257        Rudolph K. Smith,    RKS Law,    PO Box 2095,    Fayetteville, NC 28302-2095
5828255      ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
               (address filed with court: PSNC Energy,     PO Box 100256,    Columbia, SC 29202)
5828259       +Wilson Utilities,    208 Nash St E,    Wilson, NC 27893-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/PDF: lentcarr@gmail.com Apr 20 2018 02:34:40      Lent Christopher Carr, II,
                3300 Laurinburg Rd.,    Raeford, NC 28376-7204
smg           +E-mail/Text: NCEBAdb_bnc@nceba.uscourts.gov Apr 20 2018 02:34:57      Bankruptcy Administrator,
                Two Hannover Square, Ste. 640,    434 Fayetteville Street,    Raleigh, NC 27601-1701
5828237        E-mail/Text: g20956@att.com Apr 20 2018 02:35:05      AT&T,    1801 Valley View Ln,
                Dallas TX 75234-8906
5828239       +E-mail/Text: collect@ccsroanoke.com Apr 20 2018 02:35:06      Creditors Collection Service,
                4530 Old Cove Spring Rd,    Cove Spring, VA 24018-3423
5828240       +E-mail/Text: Bankruptcy.Consumer@dish.com Apr 20 2018 02:34:56      Dish Network,
                9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
5828241       +E-mail/Text: bankruptcynotices@dcicollect.com Apr 20 2018 02:35:05
                Diversified Consultants, Inc,    10550 Deerwood Park Blvd #309,    Dountroon, FL 32256-2805
5828242       +E-mail/Text: lynn.colombo@duke-energy.com Apr 20 2018 02:35:06      Duke Energy,    PO Box 70515,
                Charlotte, NC 28272-0515
5828246        E-mail/Text: cio.bncmail@irs.gov Apr 20 2018 02:34:52      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA  19101-7346
5828252       +E-mail/Text: bankruptcy@onlineis.com Apr 20 2018 02:35:04      Online Collections,
                P.O. Box 1489,    Winterville NC 28590-1489
5828254       +E-mail/Text: anne.heath@pittcountync.gov Apr 20 2018 02:35:03      Pitt County Tax Collector,
                P.O. Box 43,    Greenville, NC 27835-0043
5828256       +E-mail/Text: BANKRUPTCY@OIARAD.COM Apr 20 2018 02:35:13      Raleigh Radiology Associates, Inc,
                PO Box 2090,    Morrisville, NC 27560-2090
5828258       +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Apr 20 2018 02:35:11      WakeMed,    PO Box 29516,
                Raleigh, NC 27626-0516
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0417-5          User: gibson_ai          Page 2 of 2          Date Rcvd: Apr 19, 2018
                              Form ID: van008          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2018 at the address(es) listed below:

```
          Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
           ecf+fablaw@bkccn.com
          Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
           ecf+fablaw@bkccn.com
          Joseph A. Bledsoe, III    on behalf of Trustee Joseph A. Bledsoe, III chapter13@suddenlinkmail.com
          Joseph A. Bledsoe, III    chapter13@suddenlinkmail.com
                                                                                              TOTAL: 4
```

VAN–008 Notice Rescheduling 341 Meeting of Creditors – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:
Lent Christopher Carr II
 *( debtor has no known aliases )*
3300 Laurinburg Rd.
Raeford, NC 28376

CASE NO.: 18–01386–5–JNC

DATE FILED: March 20, 2018

CHAPTER: 13

Deltarina V. Carr
 *( known aliases: Deltarina V. Diaz )*
3300 Laurinburg Rd.
Raeford, NC 28376

NOTICE RESCHEDULING 341 MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the section 341 meeting of creditors for Lent Christopher Carr II and Deltarina V. Carr is rescheduled to take place on:

DATE:     Wednesday, May 30, 2018
TIME:     10:30 AM
PLACE:    U. S. Post Office & Federal Building, Third Floor Courtroom, 301 Green Street, Fayetteville, NC 28303

DATED: April 19, 2018

                              Stephanie J. Butler
                              Clerk of Court