**SO ORDERED.**
**SIGNED this 7 day of May, 2018.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Lent Christopher Carr, II | ) | Case No. 18-01386-5-JNC |
| Deltarina V. Carr | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| _____ | ) | |

### ORDER ON MOTION TO TRANSFER CASE

**THIS MATTER** comes before the Court upon the Trustee's Motion to Transfer Case filed on April 13, 2018 in the above-captioned matter, and

**FOR GOOD CAUSE** shown in the Trustee's Motion along with a review of the file in this case, the Court concludes:

1. That the Trustee's Motion was properly served upon all parties in interest in this case and that no response has been filed within the time limits set; and

2. That it is in the best interest of the estate to allow the Trustee's Motion for good cause shown in the Motion and pursuant to 28 U.S.C. §§ 1408 and 1412 to transfer this case to the Middle District of North Carolina.

**NOW THEREFORE, IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 1412 the above-captioned matter is transferred to the Middle District of North Carolina.

END OF DOCUMENT