United States Bankruptcy Court
Eastern District of North Carolina

In re:  
Lent Christopher Carr, II  
Deltarina V. Carr  
      Debtors

Case No. 18-01386-JNC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: gibson_ai     Page 1 of 1     Date Rcvd: May 07, 2018  
                       Form ID: pdf014    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.  
jdb         +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db          +E-mail/PDF: lentcarr@gmail.com May 08 2018 02:38:33      Lent Christopher Carr, II,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204  
                                                                                                                                                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:  
               Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,     ecf+fablaw@bkccn.com  
               Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,     ecf+fablaw@bkccn.com  
               Joseph A. Bledsoe, III    on behalf of Trustee Joseph A. Bledsoe, III chapter13@suddenlinkmail.com  
               Joseph A. Bledsoe, III    chapter13@suddenlinkmail.com  
                                                                                                                                                                                                     TOTAL: 4



**SO ORDERED.**
**SIGNED this 7 day of May, 2018.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Lent Christopher Carr, II** | ) | Case No. 18-01386-5-JNC |
| **Deltarina V. Carr** | ) | Chapter 13 |
| | ) | |
| **Debtors** | ) | |
| _____ | ) | |

### ORDER ON MOTION TO TRANSFER CASE

**THIS MATTER** comes before the Court upon the Trustee's Motion to Transfer Case filed on April 13, 2018 in the above-captioned matter, and

**FOR GOOD CAUSE** shown in the Trustee's Motion along with a review of the file in this case, the Court concludes:

1. That the Trustee's Motion was properly served upon all parties in interest in this case and that no response has been filed within the time limits set; and

2. That it is in the best interest of the estate to allow the Trustee's Motion for good cause shown in the Motion and pursuant to 28 U.S.C. §§ 1408 and 1412 to transfer this case to the Middle District of North Carolina.

**NOW THEREFORE, IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 1412 the above-captioned matter is transferred to the Middle District of North Carolina.

END OF DOCUMENT