Case 309234:

# U.S. Bankruptcy Court
# Eastern District of North Carolina
# FAYETTEVILLE DIVISION
# Bankruptcy Petition #: 18−01386−5−JNC

| | |
|---|---|
| *Assigned to:* Judge Joseph N. Callaway | *Date filed:* 03/20/2018 |
| Chapter 13 | *341 meeting:* 05/30/2018 |
| Voluntary | *Deadline for filing claims:* 05/29/2018 |
| Asset | *Deadline for filing claims (govt.):* 09/17/2018 |
| <u>Claims Register</u> | |

| | |
|---|---|
| *Debtor* <br> **Lent Christopher Carr, II** <br> 3300 Laurinburg Rd. <br> Raeford, NC 28376 <br> HOKE−NC <br> SSN / ITIN: xxx−xx−9559 | represented by **Erich M. Fabricius** <br> Fabricius & Fabricius PLLC <br> PO Box 1230 <br> Knightdale, NC 27545−1230 <br> 919 295−6001 <br> Fax : 919 890−3833 <br> Email: <u>emf@fabriciuslaw.com</u> |
| *Joint Debtor* <br> **Deltarina V. Carr** <br> 3300 Laurinburg Rd. <br> Raeford, NC 28376 <br> HOKE−NC <br> SSN / ITIN: xxx−xx−6527 <br> *aka* **Deltarina V. Diaz** | represented by **Erich M. Fabricius** <br> (See above for address) |
| *Trustee* <br> **Joseph A. Bledsoe, III** <br> PO Box 1618 <br> New Bern, NC 28563 <br> 252 633−0074 | represented by **Joseph A. Bledsoe, III** <br> PO Box 1618 <br> New Bern, NC 28563 <br> 252 633−0074 <br> Fax : 252 638−7059 <br> Email: <u>chapter13@suddenlinkmail.com</u> |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/20/2018 | <u>1</u> | Chapter 13 Voluntary Petition filed by Lent Christopher Carr II, Deltarina V. Carr (Fabricius, Erich) (Entered: 03/20/2018) |
| 03/20/2018 | <u>2</u> | Statement of Debtor(s) Social Security Number filed by Erich M. Fabricius on behalf of Deltarina V. Carr, Lent Christopher Carr II. (Fabricius, Erich) (Entered: 03/20/2018) |
| 03/20/2018 | <u>3</u> | Certificate of Credit Counseling filed by Erich M. Fabricius on behalf of Lent Christopher Carr II. (Fabricius, Erich) (Entered: 03/20/2018) |
| 03/20/2018 | <u>4</u> | Certificate of Credit Counseling filed by Erich M. Fabricius on behalf of Deltarina V. Carr. (Fabricius, Erich) (Entered: 03/20/2018) |
| 03/20/2018 | <u>5</u> | Chapter 13 Plan filed by Erich M. Fabricius on behalf of Deltarina V. Carr, Lent Christopher Carr II. (Fabricius, Erich) (Entered: 03/20/2018) |

| | | | |
|---|---|---|---|
| 03/20/2018 | | 6 | Request to Activate Debtor Electronic Notice filed by Erich M. Fabricius on behalf of Lent Christopher Carr II. (Fabricius, Erich) (Entered: 03/20/2018) |
| 03/20/2018 | | 7 | Request to Decline Debtor Electronic Notice filed by Erich M. Fabricius on behalf of Deltarina V. Carr. (Fabricius, Erich) (Entered: 03/20/2018) |
| 03/20/2018 | | 8 | Application to Pay Filing Fee in Installments filed by Erich M. Fabricius on behalf of Deltarina V. Carr, Lent Christopher Carr II (Fabricius, Erich) (Entered: 03/20/2018) |
| 03/20/2018 | | 9 | Meeting of Creditors With 341(a) Meeting To Be Held On 04/17/2018 At 10:30 AM At Fayetteville Courtroom. Objections To Dischargeability Of A Debt Due By 06/18/2018. Proof Of Claim Due By 05/29/2018. (admin, ) (Entered: 03/20/2018) |
| 03/20/2018 | | | Creditor matrix uploaded/added 25 creditor(s). (adi) (Entered: 03/21/2018) |
| 03/21/2018 | | | NOTE: DEBN Account(s) Activated (related document(s): 6 Request re: Debtor Electronic Notice) (Shum−Drake, Kelly) (Entered: 03/21/2018) |
| 03/21/2018 | | 10 | Order Granting Application to Pay Filing Fees in Installments. (Related Doc # 8). Final installment payment due by 5/1/2018. (Gurgone, Christy) (Entered: 03/21/2018) |
| 03/22/2018 | | 11 | Order And Notice To Chapter 13 Debtor(s). Order Appointing Trustee. (adi). <br> Financial Management Notice due by 06/01/2018 (Entered: 03/22/2018) |
| 03/22/2018 | | 12 | BNC Certificate of Mailing − Meeting of Creditors Notice Date 03/22/2018. (Related Doc # 9) (Admin.) (Entered: 03/23/2018) |
| 03/23/2018 | | 13 | BNC Certificate Of Mailing − Order Notice Date 03/23/2018. (Related Doc # 10) (Admin.) (Entered: 03/24/2018) |
| 03/24/2018 | | 14 | BNC Certificate Of Mailing − Order Notice Date 03/24/2018. (Related Doc # 11) (Admin.) (Entered: 03/25/2018) |
| 03/28/2018 | | 15 | Deficiency Notice re: Claim Number 2. (barnes, cathy) (Entered: 03/28/2018) |
| 03/30/2018 | | 16 | BNC Certificate Of Mailing − Notice Notice Date 03/30/2018. (Related Doc # 15) (Admin.) (Entered: 03/31/2018) |
| 04/03/2018 | | | NOTE: Deficiency Notice was sent in error. Please disregard. (related document(s): 15 Deficiency Notice) (Wiggins, Carrie) (Entered: 04/03/2018) |
| 04/13/2018 | | 17 | Motion to Transfer Case Outside District filed by Joseph A. Bledsoe III on behalf of Joseph A. Bledsoe III (Bledsoe, Joseph) <br> **Certificate Of Service Amended By Docket Entry: 19**. Modified on 4/17/2018 (Gibson, Aileen). (Entered: 04/13/2018) |
| 04/16/2018 | | 18 | **DEFICIENCY NOTICE** to Joseph A. Bledsoe, III. The referenced document has been filed; however, it is deficient as follows: *The motion was not served on all creditors as required by Rule 2002(a) of the Federal Rules of Bankruptcy Procedure. Upon completion of proper service, a* |

| | | | |
|---|---|---|---|
| | | | *certificate of service should immediately be filed with the court.* Failure to correct the deficiencies by the date indicated may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action. (related document no.17 Motion to Transfer Case Outside District filed by Joseph A. Bledsoe) Due by 4/30/2018. (Gibson, Aileen) (Entered: 04/16/2018) |
| 04/16/2018 | | 19 | Amended Certificate of Service filed by Joseph A. Bledsoe III on behalf of Joseph A. Bledsoe III (RE: related document(s)17 Motion to Transfer Case Outside District). (Bledsoe, Joseph) (Entered: 04/16/2018) |
| 04/17/2018 | | | Deadline(s) Terminated. Amended Certificate Of Service Filed. (related document no. 18 Deficiency Notice − Document (BK)) (Gibson, Aileen) (Entered: 04/17/2018) |
| 04/18/2018 | | | Statement Adjourning Meeting of Creditors and Request for Clerk to Schedule Continued Meeting of Creditors for Debtor and Joint Debtor, filed by Trustee Joseph A. Bledsoe III. (Bledsoe, Joseph) (Entered: 04/18/2018) |
| 04/19/2018 | | 20 | Meeting of Creditors Rescheduled 341(a) meeting to be held on 5/30/2018 at 10:30 AM at Fayetteville Courtroom. (Gibson, Aileen) (Entered: 04/19/2018) |
| 04/21/2018 | | 21 | BNC Certificate of Mailing − Meeting of Creditors Notice Date 04/21/2018. (Related Doc # 20) (Admin.) (Entered: 04/22/2018) |
| 05/01/2018 | | | Receipt of Chapter 13 FIling Fee − $310.00 by AB. Receipt Number 00060254. (admin) (Entered: 05/01/2018) |
| 05/02/2018 | | | Final Installment Paid (Gibson, Aileen) (Entered: 05/02/2018) |
| 05/07/2018 | | 22 | Order Granting Motion to Transfer Case (Related Doc # 17) Appeal time due 5/21/2018. (Gibson, Aileen) (Entered: 05/07/2018) |
| 05/09/2018 | | 23 | BNC Certificate Of Mailing − Order Notice Date 05/09/2018. (Related Doc # 22) (Admin.) (Entered: 05/10/2018) |