## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Lent Christopher Carr, II**  xxx-xx-9559 | ) | **Case No. 18-80386** |
| **Deltarina V. Carr**  xxx-xx-6527 | ) | **Chapter 13** |
| **3300 Laurinburg Rd.** | ) | |
| **Raeford, NC 28376** | ) | |
| **Debtor** | ) | |

## NOTICE OF TRANSFER OF CASE

**TAKE NOTICE** that the above Chapter 13 case was originally filed in the United States Bankruptcy Court, Eastern District of North Carolina, on March 20, 2018 and was assigned Case Number 18-01386; that an Order Transferring Venue to the Middle District of North Carolina was entered on May 7, 2018**;** and that this case is now pending in the U. S. Bankruptcy Court, Middle District of North Carolina, Durham Division, and bears Case Number 18-80386.

**TAKE FURTHER NOTICE** that Richard M. Hutson, II at 302 East Pettigrew St., Suite B-140, P.O. Box 3613, Durham, NC 27702 has been appointed as the Chapter 13 trustee.

**TAKE FURTHER NOTICE** that the Meeting of Creditors is continued to June 22, 2018 and will be held at 1:00 p.m. in the Creditors Meeting Room, Venable Center, Dibrell Building - Suite 280, 302 East Pettigrew Street, Durham, NC.  The deadline to file a Complaint Objecting to the Discharge of the debtor was originally set for June 18, 2018, and this deadline remains the same.

**TAKE FURTHER NOTICE** that a copy of this Notice is to be mailed to all creditors and interested parties in this case by the Clerks Office.

**Date:    May 23, 2018**                    **OFFICE OF THE CLERK**


                                             By:    Sandy Davis
                                                    Deputy Clerk