United States Bankruptcy Court
Middle District of North Carolina

In re:                                                          Case No. 18-80386-lmj
Lent Christopher Carr, II                                       Chapter 13
Deltarina V. Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0418-1         User: davis            Page 1 of 2           Date Rcvd: May 23, 2018
                             Form ID: pdf015        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
```
jdb            +Deltarina V. Carr,    3300 Laurinburg Rd.,   Raeford, NC 28376-7204
785863041       ACS/BoA,    P.O. Box 7060,   Utica, NY 13504-7060
785863042      +AMCOL Systems, Inc.,    PO Box 21625,   Columbia, SC 29221-1625
785863044      +Convergent Outsourcing,    PO Box 9004,   Renton, WA 98057-9004
785863049      +Hicks Motor Sales,    532 Hillsboro St.,   Oxford, NC 27565-3283
785863050      +Hoke County District Attorney,    231 N Main St,   Raeford, NC 28376-2805
785863051      +Hoke County Tax Collector,    227 N. Main St.,   Raeford, NC 28376-2805
785863067      +Jannetta Jordan,    4160 Laurinburg Road,   Raeford, NC 28376-7250
785863053      +Kroger,    1014 Vine St,   Cincinnati, OH 45202-1100
785863054      +Mariner Finance, LLC,    1333 Scotland Crossing Dr.,   Laurinburg, NC 28352-5414
785863066      +Meade And Associates,    737 Enterprise Dr.,   Lewis Center, OH 43035-9438
785863055      +Meade Associates,    737 Enterprise Dr.,   Lewis Center, OH 43035-9438
785863056      +New South Finance,    2107 Chester Ridge Dr.,   High Point, NC 27262-7690
785863057       North Carolina Dept of Revenue,    Office Services Division,    Bankruptcy Unit,    P.O. Box 1168,
                 Raleigh, NC 27602-1168
785863059       Payliance,    Eastern Oral Ste 120,   Columbus, OH 43219
785863063       Rudolph K. Smith,    RKS Law,   PO Box 2095,   Fayetteville, NC 28302-2095
785863061     ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,   MAIL CODE C 222,    CAYCE SC 29033-3701
                (address filed with court: PSNC Energy,    PO Box 100256,   Columbia, SC 29202)
785863065      +Wilson Utilities,    208 Nash St E,   Wilson, NC 27893-3802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: lentcarr@gmail.com May 23 2018 18:22:55     Lent Christopher Carr, II,
                 3300 Laurinburg Rd.,    Raeford, NC 28376-7204
ust            +E-mail/Text: babncnotify@ncmba.uscourts.gov May 23 2018 18:23:31       William P. Miller,
                 Bankruptcy Administrator,    101 South Edgeworth Street,   Greensboro, NC 27401-6024
785863043       E-mail/Text: g20956@att.com May 23 2018 18:23:48     AT&T,    1801 Valley View Ln,
                 Dallas TX 75234-8906
785863068      +E-mail/Text: g17768@att.com May 23 2018 18:23:04     AT&T Corp,    % AT&T Services, Inc.,
                 Karen Cavagnaro, Esq.,    One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
785863045      +E-mail/Text: collect@ccsroanoke.com May 23 2018 18:23:49      Creditors Collection Service,
                 4530 Old Cove Spring Rd,    Cove Spring, VA 24018-3423
785863046      +E-mail/Text: Bankruptcy.Consumer@dish.com May 23 2018 18:23:32      Dish Network,
                 9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
785863047      +E-mail/Text: bankruptcynotices@dcicollect.com May 23 2018 18:23:46
                 Diversified Consultants, Inc,    10550 Deerwood Park Blvd #309,    Dountroon, FL 32256-2805
785863048      +E-mail/Text: lynn.colombo@duke-energy.com May 23 2018 18:23:49      Duke Energy,    PO Box 70515,
                 Charlotte, NC 28272-0515
785863052       E-mail/Text: cio.bncmail@irs.gov May 23 2018 18:23:16      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
785863058      +E-mail/Text: bankruptcy@onlineis.com May 23 2018 18:23:46      Online Collections,
                 P.O. Box 1489,    Winterville NC 28590-1489
785863060      +E-mail/Text: lorie.english@pittcountync.gov May 23 2018 18:23:44       Pitt County Tax Collector,
                 P.O. Box 43,    Greenville, NC 27835-0043
785863062      +E-mail/Text: BANKRUPTCY@OIARAD.COM May 23 2018 18:23:54      Raleigh Radiology Associates, Inc,
                 PO Box 2090,    Morrisville, NC 27560-2090
785863064      +E-mail/Text: BANKRUPTCY@WAKEMED.ORG May 23 2018 18:23:53      WakeMed,    PO Box 29516,
                 Raleigh, NC 27626-0516
                                                                                              TOTAL: 13
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0418-1          User: davis              Page 2 of 2             Date Rcvd: May 23, 2018
                              Form ID: pdf015         Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2018 at the address(es) listed below:

```
          Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
           fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
          Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
           fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
          Richard M. Hutson, II    office@c13dur.com
                                                                                         TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Lent Christopher Carr, II**   xxx-xx-9559 | ) | **Case No. 18-80386** |
| **Deltarina V. Carr**          xxx-xx-6527 | ) | **Chapter 13** |
| **3300 Laurinburg Rd.** | ) | |
| **Raeford, NC 28376** | ) | |
| **Debtor** | ) | |

**NOTICE OF TRANSFER OF CASE**

    **TAKE NOTICE** that the above Chapter 13 case was originally filed in the United States Bankruptcy Court, Eastern District of North Carolina, on March 20, 2018 and was assigned Case Number 18-01386; that an Order Transferring Venue to the Middle District of North Carolina was entered on May 7, 2018**;** and that this case is now pending in the U. S. Bankruptcy Court, Middle District of North Carolina, Durham Division, and bears Case Number 18-80386.

    **TAKE FURTHER NOTICE** that Richard M. Hutson, II at 302 East Pettigrew St., Suite B-140, P.O. Box 3613, Durham, NC 27702 has been appointed as the Chapter 13 trustee.

    **TAKE FURTHER NOTICE** that the Meeting of Creditors is continued to June 22, 2018 and will be held at 1:00 p.m. in the Creditors Meeting Room, Venable Center, Dibrell Building - Suite 280, 302 East Pettigrew Street, Durham, NC.  The deadline to file a Complaint Objecting to the Discharge of the debtor was originally set for June 18, 2018, and this deadline remains the same.

    **TAKE FURTHER NOTICE** that a copy of this Notice is to be mailed to all creditors and interested parties in this case by the Clerks Office.

**Date:   May 23, 2018**                                         **OFFICE OF THE CLERK**

                                                                                              By:   Sandy Davis
                                                                                                   Deputy Clerk