# CERTIFICATE OF ATTENDANCE

This certificate is awarded to:

DELTARINA V. CARR
LENT C. CARR, II

CASE #

B-18-80386 C-13D

For Attending the Chapter 13 Money Management Course
Provided by Richard M. Hutson II, Chapter 13 Standing Trustee

*Scott E. Kehiaian*                                              *June 22, 2018*
Scott E. Kehiaian,                                               Date of Completion
Name of Educator