Form 204

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−80386

IN THE MATTER OF:
Lent Christopher Carr II    xxx−xx−9559
Deltarina V. Carr    xxx−xx−6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

    Debtor(s)

## NOTICE OF CLAIM FILED BY DEBTOR OR TRUSTEE

**TO THE CREDITOR:** Hoke County Tax Collector

**TAKE NOTICE** that pursuant to Section 501(c) and Bankruptcy Rule 3004, a proof of claim has been filed by the Debtor(s) or Trustee on your behalf as a creditor in the above−named case. The filing date of the claim as well as the claim number and claim amount are provided below:

| **Date Filed** | **Name of Creditor** | **Claim No.** | **Amount of Claim** |
| --- | --- | --- | --- |
| 6/28/18 | Hoke County Tax Collector<br>227 N. Main St.<br>Raeford, NC 28376 | 7 | $5370.96 |

A copy of this notice is being served by the Clerks Office on the creditor named above, debtor, debtor's attorney, and trustee.

Dated: 6/29/18                                                                                   Office of the Clerk/ sad