```
                         United States Bankruptcy Court
                         Middle District of North Carolina
```

In re:                                                      Case No. 18-80386-lmj
Lent Christopher Carr, II                                   Chapter 13
Deltarina V. Carr
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0418-1          User: davis             Page 1 of 1           Date Rcvd: Jun 29, 2018
                              Form ID: 204            Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
jdb             +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
785863051       +Hoke County Tax Collector,    227 N. Main St.,    Raeford, NC 28376-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              +E-mail/PDF: lentcarr@gmail.com Jun 29 2018 18:16:21     Lent Christopher Carr, II,
                 3300 Laurinburg Rd.,    Raeford, NC 28376-7204
                                                                                              TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Richard M. Hutson, II    office@c13dur.com
                                                                                             TOTAL: 3
```

Form 204

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−80386

IN THE MATTER OF:
Lent Christopher Carr II     xxx−xx−9559
Deltarina V. Carr     xxx−xx−6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

Debtor(s)

## NOTICE OF CLAIM FILED BY DEBTOR OR TRUSTEE

**TO THE CREDITOR:** Hoke County Tax Collector

**TAKE NOTICE** that pursuant to Section 501(c) and Bankruptcy Rule 3004, a proof of claim has been filed by the Debtor(s) or Trustee on your behalf as a creditor in the above−named case. The filing date of the claim as well as the claim number and claim amount are provided below:

| **Date Filed** | **Name of Creditor** | **Claim No.** | **Amount of Claim** |
| --- | --- | --- | --- |
| 6/28/18 | Hoke County Tax Collector<br>227 N. Main St.<br>Raeford, NC 28376 | 7 | $5370.96 |

A copy of this notice is being served by the Clerks Office on the creditor named above, debtor, debtor's attorney, and trustee.

Dated: 6/29/18

Office of the Clerk/ sad