

STATE OF NORTH CAROLINA
   COUNTY OF HOKE

AGREEMENT AND PERPETUAL LEASE/QUITCLAIM DEED

THIS AGREEMENT, PERPETUAL LEASE, AND ATTACHED QUITCLAIM DEED OF LEGAL RIGHT made and entered into this 3rd day of February, 2017, by and between Jannetta Jordan ("LANDLORD, OWNER AND QUITCLAIM GIFT GRANTOR"), and Lent Christopher Carr, II ("TENANT, NEWLY GRANTED QUITCLAIM DEED PROPERTY OWNER, AND GIFT RECIPIENT").

## WITNESSETH

In consideration of the mutual promises herein contained, and elsewhere (specifically a Quitclaim Deed Attached Hereto by reference entered into by BOTH PARTIES) the Landlord agree to rent, fee free of cost, lease and herewith acknowledge Quitclaim Deed of remised property Granted/Gifted to Lent Christopher Carr, in valuable consideration of Ten-Dollars 0/100, ($10.00) who hereby accept as Tenant and Grantee Deed Holder of Property/Land, nominally, the premises located at 3300 Laurinburg Road, Raeford N.C. 28376, County of Hoke, State of North Carolina on the terms and conditions hereinafter set forth:

1. TERM. This lease shall extend for a perpetual period of years to no end, beginning on February 3rd, 2017 through all times of perpetuity, irrespective of Grantor's Gift of the above-mentioned property as evidenced by the attached legal Quitclaim Deed granted Grantee pursuant to applicable North Carolina State, and Federal laws, including but not limited to NCGS and IRS Tax Laws etc.

2. RENTAL. The Tenant shall pay to Landlord rent for the premises as follows: $0.00 0/100 in consideration of Grantor's GIFT in Quitclaim Deed, and GIFT of fee free rent as hereby agreed and legally enforceable under contract law and procedures

3. IMPROVEMENTS AND ALTERATIONS. Tenant/Grantee may make any improvements, alterations or additions or place any sign on said premises without the prior written consent of the Landlord/Grantor. If any locks are changed on premises, interior or exterior, a set of keys will be maintained by Tenant/Grantee. Any signs placed on exterior of building will meet zoning requirements of City of Raeford. All improvements, expressed or implied shall be at the sole expense of Tenant/Grantee.

4. MAINTENANCE AND REPAIRS. The Tenants acknowledge that they have inspected the premises and hereby accept the premises in its current physical condition. The Tenant/Grantee will maintain and make all repairs to the roof and exterior walls of the building and will provide parking for vehicles. The Tenant will keep maintained and repaired the interior of the premises, to include small plumbing leaks and repairs, changing electrical fuses, changing of furnace filters, painting, ceiling tiles, etc.. The Tenant will be responsible for any and all repairs that are caused by the negligence of the Tenant, their agents or employees, and shall be repaired by Tenant at his sole expense immediately.

5. INSURANCE. Tenant/Grantee party may insure their own interest in the leased/quitclaim premises against loss by fire or other casualty and make himself the party to whom loss benefits are payable.

The Landlord/Grantor shall not be responsible for the loss of or damage to property, or injury to persons, occurring in or about the leased/deeded remised premises, by reason of any existing or future condition, defect, matter or thing in said leased/remised premises or the property of which the premises are a part, or for the acts, omissions or negligence of third persons or tenant/grantee in and about the said property. The Tenant/Grantee agree to indemnify and save the Landlord/Grantor harmless from all claims and liability for losses of or damage to property, or injuries to persons occurring in or about the leased/deeded premises unless caused by the negligence of the Landlord/Grantor, including, but not limited to, all claims and liability caused by the negligence of Tenant/Grantee, their agents, employees, invitees, and independent contractors excepting unforeseen liens or taxes previously attributable. Notwithstanding, any such future taxes shall be paid by Tenant/Grantee in consideration of the annexed Quitclaim Deed.

6. CASUALTY. In the event the premises are rendered untenantable by fire or other casualty, Tenant/Grantee may promptly repair the premises to its prior state.

7. TAXES. During the term of this Lease/Quitclaim Deed the Tenant/Grantee shall pay all taxes and assessments imposed upon the land and the building; the Tenant/Grantee shall pay all taxes and assessments imposed by reason of any improvements, which he may make or by reason of his own property and inventory stored therein.

8. UTILITIES. During the term of this perpetual Lease/attched Quitclaim Deed the Tenant/Grantee shall provide and pay for all electricity, heat, water, gas, sewer, telephone, and other utility charges upon said premises. Tenant/Grantee is responsible for the yard maintenance. The yard, parking area, driveways and outside of premises.

9. ASSIGNMENT AND SUBLETTING. The Tenant/Grantee shall have the right to assign or sublet the lease premises during the term of this perpetual Lease/Quitclaim Deed arrangement.

IN TESTIMONY WHEREOF, the parties hereto have caused this Perpetual Agreement and Lease/Quitclaim gift Deed as evidenced herein to be executed in duplicate originals, one of which is retained by each of the parties, this the date and year first above written.

_____ (SEAL)
Jannetta Jordan,
Landlord/Grantee

Emmaus, Greater Pentecostal Assembly, Churches of the First Born International, Inc.

By: _____
Leni C. Carr, II
President

Attested by: _____
Doltarina V. Diaz
Secretary

(CORPORATE SEAL)

FILED     Oct 04, 2017          08:11:04 am

BOOK      01207
PAGE      0977  THRU  0979
INSTRUMENT #       06029
INSTRUMENT TYPE    QCD
RECORDING          $26.00
EXCISE TAX         (None)

FILED
HOKE COUNTY NC
CAMILLE D. HURST
REGISTER OF DEEDS

ELP

This certifies that pin:394130001095 ;
is free of any delinquent ad valorem Tax liens charged to the
Hoke County Tax Collector; but does not certify that the deed
description matches the PIN.

Collection Clerk Signature          Date: 10/3/2017
                                    NCGS 161-31

## NORTH CAROLINA QUITCLAIM DEED

Tax Lot No._____ Parcel Identifier No. 394130001095 _____

Verified by _____ County on the ___ day of _____. 20_____

By _____

Mail after recording to Emmaus Corp. Legal Briefing Firm of North Carolina C/O: Deltarina Diaz, Esq., P.O. Box 27193, Raleigh, North Carolina 27611.

This instrument prepared by Deltarina Diaz_____

Brief description for the index 3300 Laurinburg Road, Raeford, North Carolina 28376. Recorded in the Hoke County Register of Deeds Office at Book # 00866, Pg. # 0729-073: 5300 Sq. Ft., 4BR and 3.5Ba Resident/Church Property

THIS QUITCLAIM DEED made this the 25ᵗʰ day of ___January___, in the year __2017__, by and between

| GRANTOR | | GRANTEE |
|---------|---|---------|
| | + | |
| | + | |
| Jannetta Jordan | + | Lent Christopher Carr |
| 4160 Laurinburg Road | + | 3300 Laurinburg Road |
| Raeford, North Carolina 28376 | + | Raeford, North Carolina 28376 |
| | + | |
| | + | Property Address: |
| | + | 3300 LAURINBURG ROAD |
| | + | RAEFORD, NC |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

WITNESSETH, that said Grantor, for and in consideration of ten dollars and other consideration to them in hand paid, the receipt of which is hereby acknowledged, have remised and released and by these present do remise, and forever quitclaim into the Grantee and his heirs and assigns all rights, title, claim, and interest of said Grantor in and to a certain tract or parcel of land lying and being in the County of __Hoke_____, and State of North Carolina, in __Raeford__ Township, and more particularly described as follows:

*3300 Laurinburg Road, Raeford, North Carolina 28376, as recorded in the Hoke County Register of Deeds Office at Book Number 00866, Page 0729-073-- to include a completely and newly renovated 5300 Sq. Ft., 4BR, 3Ba Home/Church, and its entire parcel of land as mapped, drawn, surveyed, charted, platted, delineated, drawn, depicted pertraded and recorded thereto, all amenities thereon, i.e., a Great Room/Church, Kitchen, Library, Entertainment Room, 3 Heating/Air Conditioning Units (Electric), Shingled Roof, Fully Armed with Security Cameras and Alarm Systems, Carbon-Monoxide Alarm, installed Fire Alarms, Jacuzzi, and any and all properties located on said land (externally & internally) as ascertained heretofor, thereon, and therein as agreed between Grantor and Grantee at the signing of this herein Quit Claim Deed, etc. inter alia.*

Grantor acquired the property hereinabove described by instrument recorded in Book 00866 at Page 0729-073. More particularly described as follows:

**SEE ATTACHED EXHIBIT "A"**

A map showing the above-described property is recorded in Map/Cabinet ___00866___ at Page ___0729-073___.

TO HAVE AND TO HOLD the aforesaid tract or parcel of land and all privileges thereunto belonging to him the said Grantee and his heirs and assigns free and discharged from all right, title, claim or interest of the said grantor or anyone claiming by, and through or under them. Title to the property hereinabove described is subject to the following exceptions if any:

## ANY AND ALL OF PUBLIC RECORD

IN TESTIMONY WHEREOF, said Grantors have hereunto set their hands and seal the day and year first above written.    _Jannette Jordan_

_____(SEAL)

_____(SEAL)

_____(SEAL)

_____(SEAL)

STATE OF NORTH CAROLINA
COUNTY OF ___WAKE___

I, a Notary Public, of said State and County aforesaid, do hereby certify that _Jannette Jordan_ grantor(s), personally appeared before me this day, and (i) I have personal knowledge of the identity of the grantor(s), or (ii) I have seen satisfactory evidence of the grantor(s) identity, by current state or federal identification with the grantor(s) photographs in the form of _I.D. Band_, or (iii) a credible witness has sworn to the identity of the grantor(s) each acknowledging to me that he/she voluntarily signed the foregoing document for the purpose stated herein and in the capacity indicated.

WITNESS my hand and Official Seal or Stamp, this __3rd__ day of __February__, in the year _2017_.

SEAL OR STAMP

_William Thomas_
Notary Public Official Signature

_William Thomas_
Notary Printed or Typed Name

My Commission Expires: _____

`0866`
0731

BK:00866 PG:0731

## EXHIBIT "A"

BEGINNING at an iron stake in a ditch in the north edge of U. S. Highway 401, Hendrix's corner, and running thence N 12-45 W 350 feet to an iron at an oak; thence S 84-00 W 424.5 feet to a stake, the northwest corner of Tract No. 1 as shown in Book of Maps 1, Page 139 of the Hoke County Public Registry; thence S 9-15 E 510 feet to a steel blade in the north edge of U. S. Highway 401, McNeill's corner; thence N 62-30 E 475 feet along the north edge of said U. S. Highway 401 to the point of beginning.

This description is taken from a map by R. H. Gatlin, Registered Surveyor, dated 10-5-57, and the property herein described contains 4.2 acres.

THERE IS EXCEPTED FROM THIS CONVEYANCE THE FOLLOWING TWO TRACTS:

**Tract I:**
A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N. C., lying about 75 yards northwest of U. S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west, J. B. McLeod on the north and Willie Harrell on the east, being further described as follows:
Beginning at an iron pipe with two pine pointers, said iron pipe being the northwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with the John K. McNeill tract described in Deed Book 106 at Page 8 and the J. B. McLeod tract described in Deed Book 145 at Page 984 in the Hoke County Registry; running thence from the beginning as the common line of J. B. McLeod and the aforementioned Willie Harrell 4.2 acre tract, N 82-21 E 150.00 feet to a 5/8 inch iron set in the north line of said Harrell 4.2 acre tract; thence a new line, S 22-22.2 E 254.88 feet to a 5/8 inch iron; thence a new line, S 62-30 W 222.95 feet to a 5/8 inch iron in the west line of said Harrell 4.2 acre tract; thence as the west line of said 4.2 acre tract, a common line with John K. McNeill, N 08-33 W 322.26 feet to the point of beginning, containing 1.2 acre, more or less, as surveyed by Leland D. Strother, R. L. S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry.

**Tract II:**
A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N. C., fronting on the northwest side of U. S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west and Willie Harrell on the east, being further described as follows:
Beginning at an iron blade 50.3 feet north of the center line of the pavement of U. S. Highway No. 401, said iron blade being the southwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with John K. McNeill tract described in Deed Book 106 at Page 8 in the Hoke County Registry; running thence from the beginning as the common line of Harrell and McNeill, N 08-33 W 187.64 feet to a 5/8 inch iron set in said common line of Harrell and McNeill; thence a new line N 62-30 E 222.95 feet to a 5/8 inch iron; thence a new line S 22-22.2 E 178.18 feet to a 5/8 inch iron set in the southeast line of the Harrell 4.2 acre tract, said iron being 50.8 feet northwest of the center line of the pavement of U. S. Highway No. 401; thence as the southeast line of said Harrell 4.2 acre tract, generally as the northwest right-of-way line of U. S. Highway No. 401, S 62-30 W 267.95 feet to the beginning, containing 1.0 acre, more or less, as surveyed by Leland D. Strother, R. L. S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry.