UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 18-80386 |
| ) | |
| LENT CHRISTOPHER CARR, II ) | Chapter 13 |
| DELTARINA V. CARR ) | |
| Debtor. ) | |
| _____) | |

**ELECTION TO OPT OUT OF PRESUMPTIVE BASE FEE**

NOTICE is hereby given that I am the attorney of record for the above debtor(s) and that I elect to opt out of the presumptive base fee allowance in this case. I understand that my initial application for compensation in this case is to be filed during the thirty days immediately following the confirmation of a plan in this case and is to include all services rendered through the date on which the plan is confirmed.

Respectfully submitted, this the 19th day of August, 2018.

/s/ Erich M. Fabricius
Erich M. Fabricius, NC State Bar No. 39667
Attorney for the Debtors
Fabricius & Fabricius PLLC
P.O. Box 1230, Knightdale, NC 27545-1230
Telephone: 919-295-6001    Fax: 919-890-3833
Email: emf@fabriciuslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the attached notice, was served this day on the following parties:

Richard M. Hutson                         Lent and Deltarina Carr
Chapter 13 Trustee                        3300 Laurinburg Rd.
(electronic notice via CM/ECF)            Raeford, NC 28376
                                          (via first class mail)

This 19th day of August 2018

/s/ Erich M. Fabricius