]C-13-11(c)
(4/18)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | |
|---|---|
| In Re: ) | |
| Timothy Allen Holt    SSN: xxx-xx-5975   ) | |
| 4232 Morton Pulliam Road ) | |
| Roxboro, Roxboro 27574 ) | |
| ) | |
| ) | Case No. B-18-80346 C-13D |
| ) | |
| ) | |
| ) | |
| Debtor.            ) | |

### NOTICE OF AMENDED PLAN AND TIME FOR FILING OBJECTION THERETO

1. The amended plan filed by the Debtor on <u>August 15, 2018, Docket No. 23</u> ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2. If a timely objection is filed, a hearing on the objection to confirmation and on confirmation of the Proposed Plan will be held on <u>October 4, 2018</u>, at 9:30 a.m., in Courtroom, Venable Center, Dibrell Building, 302 East Pettigrew Street, Suite C280, Durham, NC. The party objecting must appear at this hearing.

3. Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation. Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC, 27420-6100, with copies served on (1) Richard M. Hutson II, Post Office Box 3613, Durham, NC 27702-3613; (2) the Attorney for the Debtor; and (3) the Debtor. If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4. The Debtor and the Attorney for the Debtor are required to appear at any hearing on confirmation.

5. Any order confirming the plan will be served on all parties.

DATE: <u>August 21, 2018</u>                              Office of the Clerk
                                                          Reid Wilcox, Clerk