## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Lent Christopher Carr, II    SSN: xxx-xx-9559 | ) | |
| Deltarina V. Carr    SSN: xxx-xx-6527 | ) | |
| 3300 Laurinburg Road | ) | |
| Raeford, NC | ) | |
| | ) | |
| | ) | Case No. B-18-80386 C-13D |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

### REQUEST FOR HEARING BY STANDING TRUSTEE

Now comes Richard M. Hutson II, Standing Trustee and requests a hearing on confirmation of the Debtors' proposed Chapter 13 Plan and respectfully shows unto the Court as follows:

1. The Debtors' proposed Chapter 13 plan provides for the determination of the amount of a secured claim pursuant to Rule 3012(b) of the Federal Rules of Bankruptcy Procedure for the purpose of classifying a claim held by <u>Hicks Motor Sales</u> as partially or wholly unsecured.

2. The Standing Trustee is unable to determine from the record whether the holder of the secured claim has been properly served with the plan in the manner as provided under Rule 7004 of the Federal Rules of Bankruptcy Procedure.

This the 21st day of August, 2018.

/s/Richard M. Hutson II
Standing Trustee
Post Office Box 3613
Durham, NC 27702-3613
(919) 688-8065

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Lent Christopher Carr, II    SSN: xxx-xx-9559 | ) | |
| Deltarina V. Carr               SSN: xxx-xx-6527 | ) | |
| 3300 Laurinburg Road | ) | |
| Raeford, Raeford 28376 | ) | |
| | ) | |
| | ) | Case No. B-18-80386 C-13D |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing document upon all parties listed below, by depositing a copy of same in the United States Mail, postage prepaid, and in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure, or by electronic service through CM/ECF,

Erich M. Fabricius, Esq.                                              **    CM/ECF    **

William P. Miller, Esq.                                                 **    CM/ECF    **
U.S. Bankruptcy Administrator

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376

Hicks Motor Sales
Attn: Hilman Hicks, Owner
532 Hillsboro Street
Oxford, NC 27565

This the 21st day of August, 2018.

/s/Richard M. Hutson II
Standing Trustee
Post Office Box 3613
Durham, NC 27702-3613
(919) 688-8065