## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | |
|---|---|
| In Re: )<br>Lent Christopher Carr, II     SSN: xxx-xx-9559 )<br>Deltarina V. Carr     SSN: xxx-xx-6527 )<br>3300 Laurinburg Road )<br>Raeford, NC )<br>     )<br>Debtors.     ) | Case No. B-18-80386 C-13D |

## WITHDRAWAL OF DOCUMENT

    NOW COMES Richard M. Hutson, II, Standing Trustee, and requests that the Amended Notice of Plan and Time for Filing Objection Thereto filed on August 21, 2018 for the Debtors (Document Number 37) be withdrawn.

Date: August 21, 2018

s/Richard M. Hutson, II
Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC  27702