UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Case No. | 18-80386 |
| | ) | | |
| LENT CHRISTOPHER CARR, II | ) | | |
| DELTARINA V. CARR | ) | Chapter 13 | |
| Debtor(s) | ) | | |

CERTIFICATE OF SERVICE
NOTICE TO CREDITORS AND PROPOSED PLAN *[2D AMENDED PLAN]*, AND REQUEST FOR VALUATION OF SECURITY

I do hereby certify that I have this day served a copy of the Notice to Creditors and Proposed Plan *[2d Amended Plan]*, and Request for Valuation of Security as filed on August 16, 2018 by depositing a copy of the same in the U.S. Mail, postage prepaid, properly addressed as shown, unless another method is indicated parenthetically:

Hicks' Motor Sales, LLC
Attn: Hilman Cannaday Hicks, Jr., Reg. Agent
532 Hillsboro Street
Oxford, NC 27565

THIS the 21st day of August, 2018

/s/ Erich M. Fabricius
Erich M. Fabricius
Attorney for the Debtors
NC State Bar # 39667

Fabricius & Fabricius PLLC
106 N 1st Ave, Ste D.
P.O. Box 1230
Knightdale, NC 27545-1230
Telephone: (919) 295-6001
Fax: (919) 890-3833
Email: emf@fabriciuslaw.com