```
                        United States Bankruptcy Court
                        Middle District of North Carolina

In re:                                                       Case No. 18-80386-lmj
Lent Christopher Carr, II                                    Chapter 13
Deltarina V. Carr
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0418-1         User: hammock              Page 1 of 2          Date Rcvd: Aug 21, 2018
                             Form ID: pdf016            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
jdb            +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
785863041       ACS/BoA,    P.O. Box 7060,    Utica, NY 13504-7060
785863042      +AMCOL Systems, Inc.,    PO Box 21625,    Columbia, SC 29221-1625
785863044      +Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
785863049      +Hicks Motor Sales,    532 Hillsboro St.,    Oxford, NC 27565-3283
785863050      +Hoke County District Attorney,    231 N Main St,    Raeford, NC 28376-2805
785863051      +Hoke County Tax Collector,    227 N. Main St.,    Raeford, NC 28376-2805
785863067      +Jannetta Jordan,    4160 Laurinburg Road,    Raeford, NC 28376-7250
785863053      +Kroger,    1014 Vine St,    Cincinnati, OH 45202-1100
785863054      +Mariner Finance, LLC,    1333 Scotland Crossing Dr.,    Laurinburg, NC 28352-5414
785863066      +Meade And Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
785863055      +Meade Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
785863056      +New South Finance,    2107 Chester Ridge Dr.,    High Point, NC 27262-7690
785863057       North Carolina Dept of Revenue,    Office Services Division,    Bankruptcy Unit,    P.O. Box 1168,
                 Raleigh, NC 27602-1168
785863059       Payliance,    Eastern Oral Ste 120,    Columbus, OH 43219
785863063       Rudolph K. Smith,    RKS Law,    PO Box 2095,    Fayetteville, NC 28302-2095
785863061     ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
               (address filed with court:    PSNC Energy,    PO Box 100256,    Columbia, SC 29202)
785863065      +Wilson Utilities,    208 Nash St E,    Wilson, NC 27893-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: lentcarr@gmail.com Aug 21 2018 18:22:20      Lent Christopher Carr, II,
                 3300 Laurinburg Rd.,    Raeford, NC 28376-7204
785863043       E-mail/Text: g20956@att.com Aug 21 2018 18:23:03       AT&T,    1801 Valley View Ln,
                 Dallas TX 75234-8906
785863068      +E-mail/Text: g17768@att.com Aug 21 2018 18:22:27       AT&T Corp,    % AT&T Services, Inc.,
                 Karen Cavagnaro, Esq.,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
785863045      +E-mail/Text: collect@ccsroanoke.com Aug 21 2018 18:23:05       Creditors Collection Service,
                 4530 Old Cove Spring Rd,    Cove Spring, VA 24018-3423
785863046      +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 21 2018 18:22:52       Dish Network,
                 9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
785863047      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 21 2018 18:23:03
                 Diversified Consultants, Inc,    10550 Deerwood Park Blvd #309,    Dountroon, FL 32256-2805
785863048      +E-mail/Text: lynn.colombo@duke-energy.com Aug 21 2018 18:23:05       Duke Energy,    PO Box 70515,
                 Charlotte, NC 28272-0515
785863052       E-mail/Text: cio.bncmail@irs.gov Aug 21 2018 18:22:33       Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
785863058      +E-mail/Text: bankruptcy@onlineis.com Aug 21 2018 18:23:02       Online Collections,
                 P.O. Box 1489,    Winterville NC 28590-1489
785863060      +E-mail/Text: lorie.english@pittcountync.gov Aug 21 2018 18:23:01       Pitt County Tax Collector,
                 P.O. Box 43,    Greenville, NC 27835-0043
785863062      +E-mail/Text: BANKRUPTCY@OIARAD.COM Aug 21 2018 18:23:11       Raleigh Radiology Associates, Inc,
                 PO Box 2090,    Morrisville, NC 27560-2090
785863064      +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Aug 21 2018 18:23:10       WakeMed,    PO Box 29516,
                 Raleigh, NC 27626-0516
                                                                                                 TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                           Signature:  /s/Joseph Speetjens

```
District/off: 0418-1          User: hammock              Page 2 of 2              Date Rcvd: Aug 21, 2018
                              Form ID: pdf016            Total Noticed: 30
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Richard M. Hutson, II    office@c13dur.com
                                                                                          TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| In Re: ) | |
| Lent Christopher Carr, II    SSN: xxx-xx-9559    ) | |
| Deltarina V. Carr    SSN: xxx-xx-6527    ) | |
| 3300 Laurinburg Road    ) | |
| Raeford, NC 28376    ) | |
| ) | |
| ) | Case No. B-18-80386 C-13D |
| ) | |
| ) | |
| ) | |
| Debtors.    ) | |

**NOTICE OF AMENDED PLAN AND TIME FOR FILING OBJECTION THERETO**

1. The amended plan filed by the Debtors on August 16, 2018, Docket No. 32 ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2. If a timely objection is filed, a hearing on the objection to confirmation and on confirmation of the Proposed Plan will be held on October 4, 2018, at 9:30 a.m., in Courtroom, Venable Center, Dibrell Building, 302 East Pettigrew Street, Suite C280, Durham, NC. The party objecting must appear at this hearing.

3. Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation. Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC, 27420-6100, with copies served on (1) Richard M. Hutson II, Post Office Box 3613, Durham, NC 27702-3613; (2) the Attorney for the Debtors; and (3) the Debtors. If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4. The Debtors and the Attorney for the Debtors are required to appear at any hearing on confirmation.

5. Any order confirming the plan will be served on all parties.

DATE: August 21, 2018                                    Office of the Clerk
                                                         Reid Wilcox, Clerk