United States Bankruptcy Court
Middle District of North Carolina

In re:                                                          Case No. 18-80386-lmj
Lent Christopher Carr, II                                      Chapter 13
Deltarina V. Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0418-1          User: davis          Page 1 of 2              Date Rcvd: Aug 22, 2018
                              Form ID: 130         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
jdb          +Deltarina V. Carr,   3300 Laurinburg Rd.,   Raeford, NC 28376-7204
785863041     ACS/BoA,   P.O. Box 7060,   Utica, NY 13504-7060
785863042    +AMCOL Systems, Inc.,   PO Box 21625,   Columbia, SC 29221-1625
785863044    +Convergent Outsourcing,   PO Box 9004,   Renton, WA 98057-9004
785863049    +Hicks Motor Sales,   532 Hillsboro St.,   Oxford, NC 27565-3283
785863050    +Hoke County District Attorney,   231 N Main St,   Raeford, NC 28376-2805
785863051    +Hoke County Tax Collector,   227 N. Main St.,   Raeford, NC 28376-2805
785863067    +Jannetta Jordan,   4160 Laurinburg Road,   Raeford, NC 28376-7250
785863053    +Kroger,   1014 Vine St,   Cincinnati, OH 45202-1100
785863054    +Mariner Finance, LLC,   1333 Scotland Crossing Dr.,   Laurinburg, NC 28352-5414
785863066    +Meade And Associates,   737 Enterprise Dr.,   Lewis Center, OH 43035-9438
785863055    +Meade Associates,   737 Enterprise Dr.,   Lewis Center, OH 43035-9438
785863056    +New South Finance,   2107 Chester Ridge Dr.,   High Point, NC 27262-7690
785863057     North Carolina Dept of Revenue,   Office Services Division,   Bankruptcy Unit,   P.O. Box 1168,
               Raleigh, NC 27602-1168
785863059     Payliance,   Eastern Oral Ste 120,   Columbus, OH 43219
785863063     Rudolph K. Smith,   RKS Law,   PO Box 2095,   Fayetteville, NC 28302-2095
785863061   ++SCANA AND SUBSIDIARIES,   220 OPERATION WAY,   MAIL CODE C 222,   CAYCE SC 29033-3701
               (address filed with court: PSNC Energy,   PO Box 100256,   Columbia, SC 29202)
785863065    +Wilson Utilities,   208 Nash St E,   Wilson, NC 27893-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: lentcarr@gmail.com Aug 22 2018 18:19:51     Lent Christopher Carr, II,
               3300 Laurinburg Rd.,   Raeford, NC 28376-7204
ust          +E-mail/Text: babncnotify@ncmba.uscourts.gov Aug 22 2018 18:20:29     William P. Miller,
               Bankruptcy Administrator,   101 South Edgeworth Street,   Greensboro, NC 27401-6024
785863043     E-mail/Text: g20956@att.com Aug 22 2018 18:20:47     AT&T,   1801 Valley View Ln,
               Dallas TX 75234-8906
785863068    +E-mail/Text: g17768@att.com Aug 22 2018 18:20:02     AT&T Corp,   % AT&T Services, Inc.,
               Karen Cavagnaro, Esq.,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
785863045    +E-mail/Text: collect@ccsroanoke.com Aug 22 2018 18:20:49     Creditors Collection Service,
               4530 Old Cove Spring Rd,   Cove Spring, VA 24018-3423
785863046    +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 22 2018 18:20:31     Dish Network,
               9601 S. Meridian Blvd.,   Englewood, CO 80112-5905
785863047    +E-mail/Text: bankruptcynotices@dcicollect.com Aug 22 2018 18:20:46
               Diversified Consultants, Inc,   10550 Deerwood Park Blvd #309,   Dountroon, FL 32256-2805
785863048    +E-mail/Text: lynn.colombo@duke-energy.com Aug 22 2018 18:20:50     Duke Energy,   PO Box 70515,
               Charlotte, NC 28272-0515
785863052     E-mail/Text: cio.bncmail@irs.gov Aug 22 2018 18:20:09     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA  19101-7346
785863058    +E-mail/Text: bankruptcy@onlineis.com Aug 22 2018 18:20:44     Online Collections,
               P.O. Box 1489,   Winterville NC 28590-1489
785863060    +E-mail/Text: lorie.english@pittcountync.gov Aug 22 2018 18:20:43     Pitt County Tax Collector,
               P.O. Box 43,   Greenville, NC 27835-0043
785863062    +E-mail/Text: BANKRUPTCY@OIARAD.COM Aug 22 2018 18:20:59     Raleigh Radiology Associates, Inc,
               PO Box 2090,   Morrisville, NC 27560-2090
785863064    +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Aug 22 2018 18:20:58     WakeMed,   PO Box 29516,
               Raleigh, NC 27626-0516
                                                                                       TOTAL: 13

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0418-1          User: davis              Page 2 of 2            Date Rcvd: Aug 22, 2018
                              Form ID: 130             Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
          Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
           fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
          Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
           fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
          Richard M. Hutson, II    office@c13dur.com
                                                                                          TOTAL: 3
```

Form 130

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

---

Bankruptcy Case No.:  18−80386

IN THE MATTER OF:
 Lent Christopher Carr II      xxx−xx−9559
Deltarina V. Carr     xxx−xx−6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

   Debtor(s)

---

## NOTICE OF HEARING

A Notice to Creditors and Proposed Plan has been filed in this case.

A hearing on the confirmation of the proposed plan in this case will be held at **09:30 AM** on **10/4/18** in the following location:

Courtroom − Venable Center
Dibrell Building − Suite 280
302 East Pettigrew Street
Durham NC 27701

**Date: 8/22/18**                                                            **Office of the Clerk/ sad**

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.