

**SO ORDERED.**

**SIGNED this 5th day of October, 2018.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER CONTINUING HEARING

This matter comes before the Court on the motion of the Debtors to continue the hearing on the Debtors' objection to the claim of Jannetta Jordan. Ms. Jordan contacted counsel for the Debtors and the Trustee and indicated that she was unavailable for the hearing due to the funeral of a brother. Based on the parties consent, the Court finds the motion should be allowed.

**THEREFORE, IT IS ORDERED** that hearing on the Debtors' Objection to the Claim of Jannetta Jordan and the hearing on Confirmation of the Plan is continued to October 18, 2018, at 9:30 AM in Courtroom, Venable Center, Dibrell Building, 302 East Pettigrew Street, Suite C280, Durham, NC.

**END OF DOCUMENT**