United States Bankruptcy Court
Middle District of North Carolina

In re:                                                                Case No. 18-80386-lmj
Lent Christopher Carr, II                                             Chapter 13
Deltarina V. Carr
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0418-1          User: davis              Page 1 of 1              Date Rcvd: Oct 09, 2018
                              Form ID: pdf014          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
jdb            +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: lentcarr@gmail.com Oct 09 2018 18:26:07     Lent Christopher Carr, II,
                 3300 Laurinburg Rd.,   Raeford, NC 28376-7204
ust            +E-mail/Text: babncnotify@ncmba.uscourts.gov Oct 09 2018 18:32:02     William P. Miller,
                 Bankruptcy Administrator,   101 South Edgeworth Street,    Greensboro, NC 27401-6024
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Richard M. Hutson, II    office@c13dur.com
                                                                                             TOTAL: 3

**SO ORDERED.**

**SIGNED this 5th day of October, 2018.**


LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE



___

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
|                 Debtor. | ) | |
| _____ | ) | |

## ORDER CONTINUING HEARING

This matter comes before the Court on the motion of the Debtors to continue the hearing on the Debtors' objection to the claim of Jannetta Jordan. Ms. Jordan contacted counsel for the Debtors and the Trustee and indicated that she was unavailable for the hearing due to the funeral of a brother. Based on the parties consent, the Court finds the motion should be allowed.

**THEREFORE, IT IS ORDERED** that hearing on the Debtors' Objection to the Claim of Jannetta Jordan and the hearing on Confirmation of the Plan is continued to October 18, 2018, at 9:30 AM in Courtroom, Venable Center, Dibrell Building, 302 East Pettigrew Street, Suite C280, Durham, NC.

**END OF DOCUMENT**