

**SO ORDERED.**

**SIGNED this 26th day of October, 2018.**

*/s/ Lena Mansori James*
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| Lent Christopher Carr, II    SSN: xxx-xx-9559 | ) | |
| Deltarina V. Carr            SSN: xxx-xx-6527 | ) | |
| 3300 Laurinburg Road | ) | |
| Raeford, NC 28376 | ) | |
| | ) | Case No. B-18-80386 C-13D |
| Debtors. | ) | |

### ORDER CONFIRMING PLAN AS MODIFIED

On October 18, 2018, a hearing was held on confirmation of the Debtors' amended Plan filed on August 16, 2018, Docket No. 32 ("Plan"). At the hearing, Erich Fabricius, Esq. appeared on behalf of the Debtors and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee and the plan was orally modified in open Court to comply with the provisions of 11 U.S.C. §1325. The Court, after considering the proposed Plan, as modified, and the totality of the circumstances regarding the Plan, finds that the Plan should be confirmed as modified in accordance with the provisions of 11 U.S.C. §1325; therefore, it is

ORDERED that the Plan is confirmed as modified to provide that the Trustee shall make disbursements on the secured claim of Hoke County Tax Collector, Claim No. 3, in the amount of $13,314.38 representing real property taxes for tax years 2015, 2016, and 2017, payable with interest at the rate of 9% per annum in monthly installments of $287.92.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
B-18-80386 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**