**SO ORDERED.**

**SIGNED this 26th day of October, 2018.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | No. B-18-80386 C-13D |
| Lent Christopher Carr II ) | |
| Deltarina V. Carr ) | |
| ) | |
| Debtors ) | |

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM**

On October 18, 2018, a hearing was held on the Debtors' Objection to the claim of Jannetta Jordan (Claim No. 5) in the amount of $255,000.00. At the hearing, Erich Fabricius, Esq. appeared on behalf of the Debtors and Benjamin E. Lovell, Esq., appeared on behalf of the Standing Trustee, and no other party appeared. The Court, after considering the Objection in this matter and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the claimant, Jannetta Jordan, after proper notice has failed to respond or appear at the hearing and the Objection should be sustained; therefore, it is

ORDERED that the Debtors' Objection to the claim of Jannetta Jordan (Claim No. 5) is sustained and the claim in the amount of $255,000.00 is disallowed.

END OF DOCUMENT

**PARTIES TO BE SERVED**
Page 1 of 1
B-18-80386 C-13D

| | |
|---|---|
| Erich Fabricius, Esq.<br>Attorney for Debtors | CM/ECF electronic mail |
| Richard M. Hutson II, Esq.<br>Standing Trustee | CM/ECF electronic mail |
| William P. Miller, Esq.<br>U.S. Bankruptcy Administrator | CM/ECF electronic mail |

Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376