```
                          United States Bankruptcy Court
                          Middle District of North Carolina

In re:                                                        Case No. 18-80386-lmj
Lent Christopher Carr, II                                     Chapter 13
Deltarina V. Carr
         Debtors            CERTIFICATE OF NOTICE

District/off: 0418-1         User: nuckols              Page 1 of 2           Date Rcvd: Oct 26, 2018
                             Form ID: pdf014            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
jdb            +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
785863041       ACS/BoA,    P.O. Box 7060,    Utica, NY 13504-7060
785863042      +AMCOL Systems, Inc.,    PO Box 21625,    Columbia, SC 29221-1625
785863044      +Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
785863049      +Hicks Motor Sales,    532 Hillsboro St.,    Oxford, NC 27565-3283
785863050      +Hoke County District Attorney,    231 N Main St,    Raeford, NC 28376-2805
785863051      +Hoke County Tax Collector,    227 N. Main St.,    Raeford, NC 28376-2805
785863067      +Jannetta Jordan,    4160 Laurinburg Road,    Raeford, NC 28376-7250
785863053      +Kroger,    1014 Vine St,    Cincinnati, OH 45202-1100
785863054      +Mariner Finance, LLC,    1333 Scotland Crossing Dr.,    Laurinburg, NC 28352-5414
785863066      +Meade And Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
785863055      +Meade Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
785863056      +New South Finance,    2107 Chester Ridge Dr.,    High Point, NC 27262-7690
785863057       North Carolina Dept of Revenue,    Office Services Division,    Bankruptcy Unit,   P.O. Box 1168,
                 Raleigh, NC 27602-1168
785863059       Payliance,    Eastern Oral Ste 120,    Columbus, OH 43219
785863063       Rudolph K. Smith,    RKS Law,    PO Box 2095,    Fayetteville, NC 28302-2095
785863061     ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
               (address filed with court: PSNC Energy,     PO Box 100256,    Columbia, SC 29202)
785863065      +Wilson Utilities,    208 Nash St E,    Wilson, NC 27893-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: lentcarr@gmail.com Oct 26 2018 18:23:38     Lent Christopher Carr, II,
                 3300 Laurinburg Rd.,    Raeford, NC 28376-7204
ust            +E-mail/Text: babncnotify@ncmba.uscourts.gov Oct 26 2018 18:24:17      William P. Miller,
                 Bankruptcy Administrator,    101 South Edgeworth Street,    Greensboro, NC 27401-6024
785863043       E-mail/Text: g20956@att.com Oct 26 2018 18:24:44     AT&T,    1801 Valley View Ln,
                 Dallas TX 75234-8906
785863068      +E-mail/Text: g17768@att.com Oct 26 2018 18:23:49     AT&T Corp,    % AT&T Services, Inc.,
                 Karen Cavagnaro, Esq.,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
785863045      +E-mail/Text: collect@ccsroanoke.com Oct 26 2018 18:24:46      Creditors Collection Service,
                 4530 Old Cove Spring Rd,    Cove Spring, VA 24018-3423
785863046      +E-mail/Text: Bankruptcy.Consumer@dish.com Oct 26 2018 18:24:27      Dish Network,
                 9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
785863047      +E-mail/Text: bankruptcynotices@dcicollect.com Oct 26 2018 18:24:43
                 Diversified Consultants, Inc,    10550 Deerwood Park Blvd #309,    Dountroon, FL 32256-2805
785863048      +E-mail/Text: lynn.colombo@duke-energy.com Oct 26 2018 18:24:46      Duke Energy,    PO Box 70515,
                 Charlotte, NC 28272-0515
785863052       E-mail/Text: cio.bncmail@irs.gov Oct 26 2018 18:23:54     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
785863058      +E-mail/Text: bankruptcy@onlineis.com Oct 26 2018 18:24:43      Online Collections,
                 P.O. Box 1489,    Winterville NC 28590-1489
785863060      +E-mail/Text: lorie.english@pittcountync.gov Oct 26 2018 18:24:42      Pitt County Tax Collector,
                 P.O. Box 43,    Greenville, NC 27835-0043
785863062      +E-mail/Text: BANKRUPTCY@OIARAD.COM Oct 26 2018 18:24:53      Raleigh Radiology Associates, Inc,
                 PO Box 2090,    Morrisville, NC 27560-2090
785863064      +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Oct 26 2018 18:24:53      WakeMed,    PO Box 29516,
                 Raleigh, NC 27626-0516
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0418-1          User: nuckols            Page 2 of 2              Date Rcvd: Oct 26, 2018
                              Form ID: pdf014         Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Richard M. Hutson, II    office@c13dur.com
                                                                                             TOTAL: 3
```

**SO ORDERED.**

**SIGNED this 26th day of October, 2018.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | |
|---|---|
| In Re: ) | |
| Lent Christopher Carr, II    SSN: xxx-xx-9559 ) | |
| Deltarina V. Carr    SSN: xxx-xx-6527 ) | |
| 3300 Laurinburg Road ) | |
| Raeford, NC 28376 ) | |
| ) | Case No. B-18-80386 C-13D |
| Debtors. ) | |

### ORDER CONFIRMING PLAN AS MODIFIED

On October 18, 2018, a hearing was held on confirmation of the Debtors' amended Plan filed on August 16, 2018, Docket No. 32 ("Plan"). At the hearing, Erich Fabricius, Esq. appeared on behalf of the Debtors and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee and the plan was orally modified in open Court to comply with the provisions of 11 U.S.C. §1325. The Court, after considering the proposed Plan, as modified, and the totality of the circumstances regarding the Plan, finds that the Plan should be confirmed as modified in accordance with the provisions of 11 U.S.C. §1325; therefore, it is

ORDERED that the Plan is confirmed as modified to provide that the Trustee shall make disbursements on the secured claim of Hoke County Tax Collector, Claim No. 3, in the amount of $13,314.38 representing real property taxes for tax years 2015, 2016, and 2017, payable with interest at the rate of 9% per annum in monthly installments of $287.92.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
B-18-80386 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**