```
                         United States Bankruptcy Court
                         Middle District of North Carolina
```

In re:                                                              Case No. 18-80386-lmj
Lent Christopher Carr, II                                           Chapter 13
Deltarina V. Carr
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0418-1          User: nuckols            Page 1 of 1          Date Rcvd: Oct 26, 2018
                              Form ID: pdf014          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
785863067      +Jannetta Jordan,    4160 Laurinburg Road,    Raeford, NC 28376-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: babncnotify@ncmba.uscourts.gov Oct 26 2018 18:24:19      William P. Miller,
                Bankruptcy Administrator,    101 South Edgeworth Street,    Greensboro, NC 27401-6024
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Richard M. Hutson, II    office@c13dur.com
                                                                                             TOTAL: 3



**SO ORDERED.**

**SIGNED this 26th day of October, 2018.**

*Lena Mansori James*
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| IN THE MATTER OF:            ) | No. B-18-80386 C-13D |
| Lent Christopher Carr II        ) | |
| Deltarina V. Carr                ) | |
|                                            ) | |
| Debtors                            ) | |

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM**

On October 18, 2018, a hearing was held on the Debtors' Objection to the claim of Jannetta Jordan (Claim No. 5) in the amount of $255,000.00. At the hearing, Erich Fabricius, Esq. appeared on behalf of the Debtors and Benjamin E. Lovell, Esq., appeared on behalf of the Standing Trustee, and no other party appeared. The Court, after considering the Objection in this matter and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the claimant, Jannetta Jordan, after proper notice has failed to respond or appear at the hearing and the Objection should be sustained; therefore, it is

ORDERED that the Debtors' Objection to the claim of Jannetta Jordan (Claim No. 5) is sustained and the claim in the amount of $255,000.00 is disallowed.

END OF DOCUMENT

**PARTIES TO BE SERVED**
Page 1 of 1
B-18-80386 C-13D

| | |
|---|---|
| Erich Fabricius, Esq.<br>Attorney for Debtors | CM/ECF electronic mail |
| Richard M. Hutson II, Esq.<br>Standing Trustee | CM/ECF electronic mail |
| William P. Miller, Esq.<br>U.S. Bankruptcy Administrator | CM/ECF electronic mail |

Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376