UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtor. | ) | |
| _____ | ) | |

## WITHDRAWAL OF CLAIM

NOW COME the Debtors, by and through their undersigned attorney, and withdraws the claim filed on behalf of the Hoke County Tax Collector on June 28, 2018 (Court Claim #7). As documented on the attached exhibit, the taxes involved in this claim have been paid in full, and further payment by the trustee is unnecessary.

Respectfully submitted, this the 26th day of November, 2018

                                          s/ Erich M. Fabricius
                                          Erich M. Fabricius, NC State Bar No. 39667
                                          Attorney for the Debtors
                                          Fabricius & Fabricius PLLC
                                          P.O. Box 1230, Knightdale, NC 27545-1230
                                          Telephone: 919-295-6001
                                          Fax: 919-890-3833
                                          Email: emf@fabriciuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above withdrawal was served this day on the following parties as provided below:

| | |
|---|---|
| Richard M. Hutson | Hoke County Tax Collector |
| Chapter 13 Trustee | 227 N. Main St. |
| (via CM/ECF) | Raeford, NC 28376 |
| | (via first class mail) |

This 26th day of November 2018

                                           s/ Erich M. Fabricius

Hoke County Online — Hoke County, North Carolina        Munis Self Service

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2014 |
| Bill | 19328 |
| Owner | ROBERSON, KATIE HEIRS |
| Parcel ID | 394130001054 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2015 | $735.46 | $735.46 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $262.93 | | | $0.00 |
| **TOTAL** | | $736.46 | $999.39 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

Hoke County Online — Hoke County, North Carolina    Munis Self Service

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2015 |
| Bill | 19415 |
| Owner | ROBERSON, KATIE HEIRS |
| Parcel ID | 394130001054 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2016 | $468.55 | $468.55 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $125.34 | | | $0.00 |
| **TOTAL** | | $469.55 | $594.89 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

Hoke County Online — Hoke County, North Carolina

Munis Self Service

# Real Estate

Newer unpaid bill(s) exist for this parcel.

View Bill

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2016 |
| Bill | 19615 |
| Owner | ROBERSON, KATIE HEIRS |
| Parcel ID | 394130001054 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2017 | $468.55 | $468.55 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $83.17 | | | $0.00 |
| TOTAL | | $469.55 | $552.72 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2017 |
| Bill | 19641 |
| Owner | ROBERSON, KATIE HEIRS |
| Parcel ID | 394130001054 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2018 | $468.55 | $468.55 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $41.00 | | | $0.00 |
| **TOTAL** | | $469.55 | $510.55 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

Hoke County Online    Munis Self Service
Hoke County, North Carolina

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2016 |
| Bill | 19616 |
| Owner | ROBERSON, KATIE ANN |
| Parcel ID | 394130001055 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2017 | $768.42 | $768.42 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $136.39 | | | $0.00 |
| TOTAL | | $769.42 | $905.81 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

Munis Self Service

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2017 |
| Bill | 19642 |
| Owner | ROBERSON, KATIE ANN |
| Parcel ID | 394130001055 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2018 | $768.42 | $768.42 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $67.23 | | | $0.00 |
| **TOTAL** | | $769.42 | $836.65 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

Hoke County Online Munis Self Service

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2016 |
| Bill | 19617 |
| Owner | ROBERSON, KATIE ANN |
| Parcel ID | 394130001119 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2017 | $53.59 | $53.59 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $9.51 | | | $0.00 |
| **TOTAL** | | $54.59 | $64.10 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

Munis Self Service

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| **As of** | 11/26/2018 |
| **Bill Year** | 2017 |
| **Bill** | 19643 |
| **Owner** | ROBERSON, KATIE ANN |
| **Parcel ID** | 394130001119 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2018 | $53.59 | $53.59 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $4.69 | | | $0.00 |
| **TOTAL** | | $54.59 | $59.28 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2015 |
| Bill | 11516 |
| Owner | JORDAN, JANETTA P. |
| Parcel ID | 694460001055 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2016 | $374.93 | $374.93 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $100.29 | | | $0.00 |
| **TOTAL** | | $375.93 | $476.22 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

# Hoke County Online

Hoke County, North Carolina

Munis Self Service

## Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| As of | 11/26/2018 |
| Bill Year | 2016 |
| Bill | 11707 |
| Owner | JORDAN, JANETTA P. |
| Parcel ID | 694460001055 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2017 | $374.93 | $374.93 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $66.55 | | | $0.00 |
| **TOTAL** | | $375.93 | $442.48 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.

Munis Self Service

# Real Estate

Newer unpaid bill(s) exist for this parcel.

**View Bill**

| | |
|---|---|
| **As of** | 11/26/2018 |
| **Bill Year** | 2017 |
| **Bill** | 11744 |
| **Owner** | JORDAN, JANETTA P. |
| **Parcel ID** | 694460001055 |

View payments/adjustments

| Installment | Pay By | Amount | Payments/Credits | Balance | Interest | Due |
|---|---|---|---|---|---|---|
| 1 | 1/5/2018 | $374.93 | $374.93 | $0.00 | $0.00 | $0.00 |
| Fees | | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 |
| Interest | | | $32.80 | | | $0.00 |
| **TOTAL** | | $375.93 | $408.73 | $0.00 | $0.00 | $0.00 |

©2018 Tyler Technologies, Inc.