UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |  |
|---|---|---|---|
| IN RE: | ) | Case No. | 18-80386 |
|  | ) |  |  |
| LENT CHRISTOPHER CARR, II | ) |  |  |
| DELTARINA V. CARR | ) | Chapter 13 |  |
| Debtor(s) | ) |  |  |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the Application for Compensation for Debtors' Attorney filed on November 26, 2018 by depositing a copy of the same in the U.S. Mail, postage prepaid, properly addressed as shown, unless another method is indicated parenthetically:

Richard M. Hutson
Chapter 13 Trustee
(electronic notice via CM/ECF)

William P. Miller
US Bankruptcy Administrator
101 South Edgeworth St
Greensboro, NC 27401

Additionally, a copy was served by BK Attorney Services, LLC on **November 27, 2018** to the parties as listed on the appended certificate.

THIS the 27th day of November, 2018

/s/ Erich M. Fabricius
Erich M. Fabricius
Attorney for the Debtors
NC State Bar # 39667

Fabricius & Fabricius PLLC
106 N 1st Ave, Ste D.
P.O. Box 1230
Knightdale, NC 27545-1230
Telephone: (919) 295-6001
Fax: (919) 890-3833
Email: emf@fabriciuslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | CASE NO: 18-80386<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 56 |

On 11/27/2018, I did cause a copy of the following documents, described below,

Application for Compensation by Attorney for Debtors ECF Docket Reference No. 56

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/27/2018

/s/ Erich M. Fabricius
Erich M. Fabricius  39667
Fabricius & Fabricius PLLC
PO Box 1230
Knightdale, NC  27545
919 295 6001

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | CASE NO: 18-80386<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 56 |

On 11/27/2018, a copy of the following documents, described below,

Application for Compensation by Attorney for Debtors ECF Docket Reference No. 56

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/27/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erich M. Fabricius
Fabricius & Fabricius PLLC
PO Box 1230
Knightdale, NC  27545

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>04181<br>CASE 18-80386<br>MIDDLE DISTRICT OF NORTH CAROLINA<br>DURHAM<br>TUE NOV 27 11-58-39 EST 2018 | EXCLUDE<br><br>DURHAM<br>PO BOX 26100<br>GREENSBORO NC 27402-6100 | ACSBOA<br>PO BOX 7060<br>UTICA NY 13504-7060 |
| AMCOL SYSTEMS INC<br>PO BOX 21625<br>COLUMBIA SC 29221-1625 | ATT<br>1801 VALLEY VIEW LN<br>DALLAS TX 75234-8906 | ATT CORP<br>ATT SERVICES INC<br>KAREN CAVAGNARO ESQ<br>ONE ATT WAY ROOM 3A104<br>BEDMINSTER NJ 07921-2693 |
| CONVERGENT OUTSOURCING<br>PO BOX 9004<br>RENTON WA 98057-9004 | CREDITORS COLLECTION SERVICE<br>4530 OLD COVE SPRING RD<br>COVE SPRING VA 24018-3423 | DISH NETWORK<br>9601 S MERIDIAN BLVD<br>ENGLEWOOD CO 80112-5905 |
| DIVERSIFIED CONSULTANTS INC<br>10550 DEERWOOD PARK BLVD 309<br>DOUNTROON FL 32256-2805 | DUKE ENERGY<br>PO BOX 70515<br>CHARLOTTE NC 28272-0515 | HICKS MOTOR SALES<br>532 HILLSBORO ST<br>OXFORD NC 27565-3283 |
| HOKE COUNTY DISTRICT ATTORNEY<br>231 N MAIN ST<br>RAEFORD NC 28376-2805 | HOKE COUNTY TAX COLLECTOR<br>227 N MAIN ST<br>RAEFORD NC 28376-2805 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JANNETTA JORDAN<br>4160 LAURINBURG ROAD<br>RAEFORD NC 28376-7250 | KROGER<br>1014 VINE ST<br>CINCINNATI OH 45202-1100 | MARINER FINANCE LLC<br>1333 SCOTLAND CROSSING DR<br>LAURINBURG NC 28352-5414 |
| MEADE AND ASSOCIATES<br>737 ENTERPRISE DR<br>LEWIS CENTER OH 43035-9438 | MEADE ASSOCIATES<br>737 ENTERPRISE DR<br>LEWIS CENTER OH 43035-9438 | NEW SOUTH FINANCE<br>2107 CHESTER RIDGE DR<br>HIGH POINT NC 27262-7690 |
| NORTH CAROLINA DEPT OF REVENUE<br>OFFICE SERVICES DIVISION<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH NC 27602-1168 | ONLINE COLLECTIONS<br>PO BOX 1489<br>WINTERVILLE NC 28590-1489 | SCANA AND SUBSIDIARIES<br>220 OPERATION WAY<br>MAIL CODE C 222<br>CAYCE SC 29033-3701 |
| PAYLIANCE<br>EASTERN ORAL STE 120<br>COLUMBUS OH 43219 | PITT COUNTY TAX COLLECTOR<br>PO BOX 43<br>GREENVILLE NC 27835-0043 | RALEIGH RADIOLOGY ASSOCIATES INC<br>PO BOX 2090<br>MORRISVILLE NC 27560-2090 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RUDOLPH K SMITH<br>RKS LAW<br>PO BOX 2095<br>FAYETTEVILLE NC 28302-2095 | WAKEMED<br>PO BOX 29516<br>RALEIGH NC 27626-0516 | WILSON UTILITIES<br>208 NASH ST E<br>WILSON NC 27893-3802 |
| DELTARINA V CARR<br>3300 LAURINBURG RD<br>RAEFORD NC 28376-7204 | ~~EXCLUDE~~<br>~~ERICH M FABRICIUS~~<br>~~FABRICIUS FABRICIUS PLLC~~<br>~~PO BOX 1230~~<br>~~KNIGHTDALE NC 27545-1230~~ | DEBTOR<br>LENT CHRISTOPHER CARR II<br>3300 LAURINBURG RD<br>RAEFORD NC 28376-7204 |
| RICHARD M HUTSON II<br>DURHAM CHAPTER 13 OFFICE<br>302 EAST PETTIGREW ST SUITE B-140<br>P O BOX 3613<br>DURHAM NC 27702-3613 | | |