UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   LENT CHRISTOPHER CARR, II             CASE NO. 18-80386
   DELTARINA V CARR                        JUDGE LENA M. JAMES
   3300 LAURINBURG RD.
   RAEFORD, NC  28376

       DEBTORS

   SSN(1) XXX-XX-9559     SSN(2) XXX-XX-6527        DATE: 12/14/2018

---

REPORT OF FILED CLAIMS

---

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACS/BOA<br>P.O. BOX 7060<br>UTICA, NY  13504-7060 | $0.00<br>INT:  .00%<br>NAME ID: 292282<br>CLAIM #:  0007 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMCOL SYSTEMS, INC.<br>PO BOX 21625<br>COLUMBIA, SC  29221 | $0.00<br>INT:  .00%<br>NAME ID: 290968<br>CLAIM #:  0019 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AT AND T MOBILITY II LLC<br>% AT&T SERVICES INC<br>ONE AT&T WAY STE 3A104<br>BEDMINSTER, NJ  07921 | $527.93<br>INT: 6.50%<br>NAME ID: 246876<br>CLAIM #:  0008 | SPECIAL<br><br>ACCT: 6551<br>COMMENT: |
| CONVERGENT OUTSOURCING<br>PO BOX 9004<br>RENTON, WA  98057 | $0.00<br>INT:  .00%<br>NAME ID: 283885<br>CLAIM #:  0020 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDITORS COLLECTION SERVICE<br>4530 OLD COVE SPRING RD<br>COVE SPRING, VA  24018 | $0.00<br>INT:  .00%<br>NAME ID: 292285<br>CLAIM #:  0021 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DISH NETWORK<br>9601 S. MERIDIAN BLVD.<br>ENGLEWOOD, CO  80112 | $0.00<br>INT:  .00%<br>NAME ID: 292286<br>CLAIM #:  0009 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DIVERSIFIED CONSULTANTS, INC<br>10550 DEERWOOD PARK BLVD #309<br>DOUNTROON, FL  32256 | $0.00<br>INT:  .00%<br>NAME ID: 292287<br>CLAIM #:  0022 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DUKE ENERGY<br>PO BOX 70515<br>CHARLOTTE, NC  28272 | $0.00<br>INT:  .00%<br>NAME ID: 292288<br>CLAIM #:  0010 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HICKS MOTORS<br>532 HILLSBORO ST<br>OXFORD, NC  27565 | $2,600.00<br>INT: 6.50%<br>NAME ID: 192350<br>CLAIM #: 0001 | VEHICLE<br><br>ACCT:<br>COMMENT: 97 INFINITY Q45 |
| HICKS MOTORS<br>532 HILLSBORO ST<br>OXFORD, NC  27565 | $2,309.55<br>INT: 6.50%<br>NAME ID: 192350<br>CLAIM #: 10001 | SPECIAL<br><br>ACCT:<br>COMMENT: Split Claim 97 INFINITY Q45 |
| HOKE COUNTY REGISTER OF DEEDS<br>113 CAMPUS AVENUE<br>RAEFORD, NC  28376 | $52.00<br>INT: .00%<br>NAME ID: 12609<br>CLAIM #: 0027 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: RECORD NOTICE |
| HOKE COUNTY TAX COLLECTOR<br>227 N. MAIN ST.<br>RAEFORD, NC  28376 | $13,314.38<br>INT: 9.00%<br>NAME ID: 292291<br>CLAIM #: 0002 | SECURED<br><br>ACCT: 9376<br>COMMENT: 15-17 REAL PROP TAX |
| HOKE COUNTY TAX COLLECTOR<br>227 N MAIN STREET<br>RAEFORD, NC  28376-0266 | $73.10<br>INT: 8.00%<br>NAME ID: 201254<br>CLAIM #: 0026 | SECURED<br><br>ACCT: 9413<br>COMMENT: 14-17 REAL PROP/AMENDED |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 0005 | PRIORITY<br>AMENDED<br>ACCT: 9559<br>COMMENT: 14-17 INCOME TAX |
| JANNETTA JORDAN<br>4160 LAURINBURG ROAD<br>RAEFORD, NC  28376 | $0.00<br>INT: .00%<br>NAME ID: 292292<br>CLAIM #: 0025 | SPECIAL<br>AMENDED<br>ACCT:<br>COMMENT: ORDER DISALLOWED |
| MARINER FINANCE, LLC<br>1333 SCOTLAND CROSSING DR.<br>LAURINBURG, NC  28352 | $0.00<br>INT: 6.50%<br>NAME ID: 292294<br>CLAIM #: 0012 | SPECIAL<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MEADE AND ASSOCIATES<br>ATTN BANKRUPTCY<br>737 ENTERPRISE DRIVE<br>WESTERVILLE, OH  43081 | $74.83<br>INT: .00%<br>NAME ID: 91548<br>CLAIM #: 0011 | UNSECURED<br><br>ACCT: 6749<br>COMMENT: KROGER |
| MEADE ASSOCIATES<br>737 ENTERPRISE DR.<br>LEWIS CENTER, OH  43035 | $0.00<br>INT: .00%<br>NAME ID: 292296<br>CLAIM #: 0023 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NEW SOUTH FINANCE<br>2107 CHESTER RIDGE DR.<br>HIGH POINT, NC  27262 | $0.00<br>INT: .00%<br>NAME ID: 292297<br>CLAIM #: 0013 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NORTH CAROLINA DEPT OF REVENUE<br>OFFICE SERVICES DIVISION<br>BANKRUPTCY UNIT<br>P.O. BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 292298<br>CLAIM #: 0006 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ONLINE COLLECTIONS<br>P.O. BOX 1489<br>WINTERVILLE NC 28590 | $0.00<br>INT: .00%<br>NAME ID: 292299<br>CLAIM #: 0024 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PAYLIANCE<br>EASTERN ORAL STE 120<br>COLUMBUS, OH 43219 | $0.00<br>INT: .00%<br>NAME ID: 292300<br>CLAIM #: 0014 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PITT COUNTY REGISTER OF DEEDS<br>P O BOX 35<br>GREENVILLE, NC 27835 | $52.00<br>INT: .00%<br>NAME ID: 13099<br>CLAIM #: 0028 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: RECORD NOTICE |
| PITT COUNTY TAX COLLECTOR<br>P O BOX 875<br>GREENVILLE, NC 27835 | $293.66<br>INT: 8.00%<br>NAME ID: 15778<br>CLAIM #: 0003 | SECURED<br><br>ACCT: 9559<br>COMMENT: 17 REAL PROP TAX |
| PSNC ENERGY<br>PO BOX 100256<br>COLUMBIA, SC 29202 | $0.00<br>INT: .00%<br>NAME ID: 272303<br>CLAIM #: 0015 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| RALEIGH RADIOLOGY ASSOCIATES, INC<br>PO BOX 2090<br>MORRISVILLE, NC 25760 | $0.00<br>INT: .00%<br>NAME ID: 292302<br>CLAIM #: 0016 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| RUDOLPH K. SMITH<br>RKS LAW<br>PO BOX 2095<br>FAYETTEVILLE, NC 28302-2095 | $0.00<br>INT: .00%<br>NAME ID: 292303<br>CLAIM #: 0004 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WAKEMED<br>PO BOX 29516<br>RALEIGH, NC 27626 | $0.00<br>INT: .00%<br>NAME ID: 185710<br>CLAIM #: 0017 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WILSON UTILITIES<br>208 NASH ST E<br>WILSON, NC 27893 | $0.00<br>INT: .00%<br>NAME ID: 292304<br>CLAIM #: 0018 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

**TOTAL:** **$19,297.45**

| | | |
|---|---|---|
| ERICH M. FABRICIUS<br>FABRICIUS & FABRICIUS, PLLC<br>P.O. BOX 1230<br>KNIGHTDALE, NC 27545-1230 | $0.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC 27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/14/2018

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Qiana Michaux
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc: Debtors
    Attorney for Debtors - Electronic Notice