

**SO ORDERED.**

**SIGNED this 15th day of January, 2019.**

                                          LENA MANSORI JAMES
                                  UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent Christopher Carr II | ) | |
| Deltarina V. Carr | ) | |
| | ) | |
| Debtors | ) | |

### ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

On January 3, 2019, a hearing was held on Application for Compensation by Debtors' counsel for services rendered in this case. At the hearing, Erich M. Fabricius, Esq. appeared on behalf of the Debtors; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and William P. Miller, Esq. U.S. Bankruptcy Administrator appeared. The Court, after considering the Application and having heard and considered the statements of the parties, finds that the Application should be approved in accordance with the terms of this Order; therefore, it is

ORDERED that the Application for Compensation is approved and Debtors' counsel shall be paid the sum of $5,412.00 for services rendered in this case plus expenses in the amount of $47.72 for a total amount of $5,459.72 to be paid as an administrative expense through the Debtors' plan.

END OF DOCUMENT

**PARTIES IN INTEREST**
Page 1 of 1
B-18-80386 C-13D

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376

| | |
|---|---|
| Erich M. Fabricius, Esq.<br>Attorney for Debtors | CM/ECF electronic mail |
| Richard M. Hutson II, Esq.<br>Standing Trustee | CM/ECF electronic mail |
| William P. Miller, Esq.<br>U.S. Bankruptcy Administrator | CM/ECF electronic mail |

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER