```
                            United States Bankruptcy Court
                            Middle District of North Carolina

In re:                                                          Case No. 18-80386-lmj
Lent Christopher Carr, II                                       Chapter 13
Deltarina V. Carr
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0418-1          User: davis                 Page 1 of 2         Date Rcvd: Jan 16, 2019
                              Form ID: pdf014             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
jdb          +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
785863041     ACS/BoA,    P.O. Box 7060,    Utica, NY 13504-7060
785863042    +AMCOL Systems, Inc.,    PO Box 21625,    Columbia, SC 29221-1625
785863044    +Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
785863049    +Hicks Motor Sales,    532 Hillsboro St.,    Oxford, NC 27565-3283
785863050    +Hoke County District Attorney,    231 N Main St,    Raeford, NC 28376-2805
785863051    +Hoke County Tax Collector,    227 N. Main St.,    Raeford, NC 28376-2805
785863067    +Jannetta Jordan,    4160 Laurinburg Road,    Raeford, NC 28376-7250
785863053    +Kroger,    1014 Vine St,    Cincinnati, OH 45202-1100
785863054    +Mariner Finance, LLC,    1333 Scotland Crossing Dr.,    Laurinburg, NC 28352-5414
785863066    +Meade And Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
785863055    +Meade Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
785863056    +New South Finance,    2107 Chester Ridge Dr.,    High Point, NC 27262-7690
785863057     North Carolina Dept of Revenue,    Office Services Division,    Bankruptcy Unit,   P.O. Box 1168,
               Raleigh, NC 27602-1168
785863059     Payliance,    Eastern Oral Ste 120,    Columbus, OH 43219
785863063     Rudolph K. Smith,    RKS Law,    PO Box 2095,    Fayetteville, NC 28302-2095
785863061   ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
             (address filed with court: PSNC Energy,    PO Box 100256,    Columbia, SC 29202)
785863065    +Wilson Utilities,    208 Nash St E,    Wilson, NC 27893-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: lentcarr@gmail.com Jan 16 2019 18:22:23      Lent Christopher Carr, II,
               3300 Laurinburg Rd.,    Raeford, NC 28376-7204
785863043     E-mail/Text: g20956@att.com Jan 16 2019 18:22:59       AT&T,   1801 Valley View Ln,
               Dallas TX 75234-8906
785863068    +E-mail/Text: g17768@att.com Jan 16 2019 18:22:28       AT&T Corp,   % AT&T Services, Inc.,
               Karen Cavagnaro, Esq.,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
785863045    +E-mail/Text: collect@ccsroanoke.com Jan 16 2019 18:23:00       Creditors Collection Service,
               4530 Old Cove Spring Rd,    Cove Spring, VA 24018-3423
785863046    +E-mail/Text: Bankruptcy.Consumer@dish.com Jan 16 2019 18:22:47       Dish Network,
               9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
785863047    +E-mail/Text: bankruptcynotices@dcicollect.com Jan 16 2019 18:22:58
               Diversified Consultants, Inc,    10550 Deerwood Park Blvd #309,    Dountroon, FL 32256-2805
785863048    +E-mail/Text: lynn.colombo@duke-energy.com Jan 16 2019 18:23:01       Duke Energy,   PO Box 70515,
               Charlotte, NC 28272-0515
785863052     E-mail/Text: cio.bncmail@irs.gov Jan 16 2019 18:22:31       Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
785863058    +E-mail/Text: bankruptcy@onlineis.com Jan 16 2019 18:22:57       Online Collections,
               P.O. Box 1489,    Winterville NC 28590-1489
785863060    +E-mail/Text: lorie.english@pittcountync.gov Jan 16 2019 18:22:57       Pitt County Tax Collector,
               P.O. Box 43,    Greenville, NC 27835-0043
785863062    +E-mail/Text: BANKRUPTCY@OIARAD.COM Jan 16 2019 18:23:06       Raleigh Radiology Associates, Inc,
               PO Box 2090,    Morrisville, NC 27560-2090
785863064    +E-mail/Text: BANKRUPTCY@WAKEMED.ORG Jan 16 2019 18:23:05       WakeMed,   PO Box 29516,
               Raleigh, NC 27626-0516
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0418-1          User: davis              Page 2 of 2              Date Rcvd: Jan 16, 2019
                              Form ID: pdf014          Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Richard M. Hutson, II     office@c13dur.com
              William P Miller    Nicole_farabee@ncmba.uscourts.gov
                                                                                            TOTAL: 4
```

**SO ORDERED.**

**SIGNED this 15th day of January, 2019.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent Christopher Carr II | ) | |
| Deltarina V. Carr | ) | |
| | ) | |
| Debtors | ) | |

**ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

On January 3, 2019, a hearing was held on Application for Compensation by Debtors' counsel for services rendered in this case. At the hearing, Erich M. Fabricius, Esq. appeared on behalf of the Debtors; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and William P. Miller, Esq. U.S. Bankruptcy Administrator appeared. The Court, after considering the Application and having heard and considered the statements of the parties, finds that the Application should be approved in accordance with the terms of this Order; therefore, it is

ORDERED that the Application for Compensation is approved and Debtors' counsel shall be paid the sum of $5,412.00 for services rendered in this case plus expenses in the amount of $47.72 for a total amount of $5,459.72 to be paid as an administrative expense through the Debtors' plan.

END OF DOCUMENT

**PARTIES IN INTEREST**
Page 1 of 1
B-18-80386 C-13D

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376

Erich M. Fabricius, Esq.                    CM/ECF electronic mail
Attorney for Debtors

Richard M. Hutson II, Esq.                  CM/ECF electronic mail
Standing Trustee

William P. Miller, Esq.                     CM/ECF electronic mail
U.S. Bankruptcy Administrator

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE
SERVED BY THE BANKRUPTCY NOTICING CENTER