C-13-15(ECF)
(Rev. 11/15)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In Re: Lent C. Carr, II )
    Deltarina V. Carr )  **MOTION**
) **CHAPTER 13**
)
) No: B-18-80386 C-13D
)
                 Debtors )

The undersigned Standing Trustee respectfully moves the Court for a hearing with respect to the following:

The Debtors' plan was confirmed on October 26, 2018, and the plan currently provides for payments of $650.00 per month. The Debtors' last payment was credited for November, 2018 and the plan payments are delinquent by $1,300.00. The Standing Trustee's office has contacted the Debtors regarding delinquent payments and the Debtors have not responded.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for nonpayment.

Date: January 23, 2019                                                              s/Richard M. Hutson, II
RMH:mlw                                                                                 Standing Trustee

---

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 E. Pettigrew St., Durham, NC, on March 14, 2019 at 10:00 a.m., at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: January 23, 2019                                                                                  OFFICE OF THE CLERK
                                                                                                                             U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
PAGE 1 OF 1
18-80386 C-13D

Lent C. Carr, II
Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376

Erich M. Fabricius, Esq.  \*\*CM/ECF\*\*
Attorney for the Debtors

Richard M. Hutson, II, Esq.  \*\*CM/ECF\*\*
Standing Trustee