```
                        United States Bankruptcy Court
                        Middle District of North Carolina
```

In re:                                                              Case No. 18-80386-lmj
Lent Christopher Carr, II                                           Chapter 13
Deltarina V. Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0418-1         User: randolph            Page 1 of 1              Date Rcvd: Jan 23, 2019
                             Form ID: pdf013           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/PDF: lentcarr@gmail.com Jan 23 2019 18:12:58     Lent Christopher Carr, II,
               3300 Laurinburg Rd.,    Raeford, NC 28376-7204
                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:
        Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
         fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
        Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
         fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
        Richard M. Hutson, II    office@c13dur.com
        William P Miller    Nicole_farabee@ncmba.uscourts.gov
                                                                                                                 TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In Re: Lent C. Carr, II )
    Deltarina V. Carr )      **MOTION**
                            )     **CHAPTER 13**
                            )
                            )     No:  B-18-80386 C-13D
                            )
                Debtors )

The undersigned Standing Trustee respectfully moves the Court for a hearing with respect to the following:

The Debtors' plan was confirmed on October 26, 2018, and the plan currently provides for payments of $650.00 per month. The Debtors' last payment was credited for November, 2018 and the plan payments are delinquent by $1,300.00. The Standing Trustee's office has contacted the Debtors regarding delinquent payments and the Debtors have not responded.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for nonpayment.

Date: January 23, 2019                                                                 s/Richard M. Hutson, II
RMH:mlw                                                                                 Standing Trustee

---

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 E. Pettigrew St., Durham, NC, on March 14, 2019 at 10:00 a.m., at which time you may appear and offer your evidence.  If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: January 23, 2019                                                                  OFFICE OF THE CLERK
                                                                                                             U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**18-80386 C-13D**

Lent C. Carr, II
Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376

Erich M. Fabricius, Esq.                **CM/ECF**
Attorney for the Debtors

Richard M. Hutson, II, Esq.             **CM/ECF**
Standing Trustee