C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent C. Carr, II | ) | |
| Deltarina V. Carr | ) | |
| | ) | |
| Debtor(s) | ) | |

## WITHDRAWAL OF MOTION

    NOW COMES Richard M. Hutson, II, Standing Trustee, and requests that the Motion (Document No. 64) be withdrawn.

Date: February 27, 2019                s/Richard M. Hutson, II
                                                          Richard M. Hutson, II
                                                          Standing Trustee
                                                          PO Box 3613
                                                          Durham, NC  27702