# EXHIBIT "A"

## Description of Property

Owner: LENT CHRISTOPHER CARR a/k/a LENT CHRISTOPHER CARR, II
Title reference: Book 01207 Page 0977
PIN: 39413-00-01-095
Property Location: Laurinburg Road, Raeford, NC

All that certain tract or parcel of land situated in Hoke County, North Carolina and more particularly described as follows:

"BEGINNING at an iron stake in a ditch in the north edge of U.S. Highway 401, Hendrix's corner, and running thence N 12-45 W 350 feet to an iron at an oak; thence S 84-00 W 424.5 feet to a stake, the northwest corner of Tract No.1 as shown in Book of Maps 1, Page 129 of the Hoke County Public Registry; thence S 9-15 E 510 feet to a steel blade in the north edge of the U.S. Highway 401, McNeill's corner; thence N 62-30 E 475 feet along the north edge of said U.S. Highway 401 to the point of beginning.

This description is taken from a map by R.H. Gatlin, Registered Surveyor, dated 10-5-57, and the property herein described contains 4.2 acres.

THERE IS EXCEPTED FROM THIS CONVEYANCE THE FOLLOWING TWO TRACTS:

Tract I:

A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N.C., lying about 75 yards northwest of U.S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west, J.B. McLeod on the north and Willie Harrell on the east, being further described as follows:

Beginning at an iron pipe with two pine pointers, said iron pipe being the northwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with the John K. McNeill tract described in Deed Book 106 at Page 8 and the J.B. McLeod tract described in Deed Book 145 at Page 984 in the Hoke County Registry; running thence from the beginning as the common line of J.B. McLeod and the aforementioned Willie Harrell 4.2 acre tract; N 82-21 E 150.00 feet to a 5/8 inch iron set in the north line of said Harrell 4.2 acre tract; thence a new line, S 22-22.2 E. 254.88 feet to a 5/8 inch iron; thence a new line, S 62-30 W 222.95 feet to a 5/8 inch iron in the west line of said Harrell 4.2 acre tract; thence as the west line of said 4.2 acre tract, a common line with John K. McNeill, N 08-33 W 322.26 feet to the point of beginning, containing 1.2 acre, more or less, as surveyed by Leland D. Strother, R.L.S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry.

Tract II:

A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N.C., fronting on the northwest side of U.S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west and Willie Harrell on the east, being further described as follows:

*Beginning at an iron blade 50.3 feet north of the center line of the pavement of U.S. Highway No. 401, said iron blade being the southwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with John K. McNeill tract described in Deed Book 106 at Page 8 in the Hoke County Registry; running thence from the beginning as the common line of Harrell and McNeill, N 08-93 W 187.64 feet to a 5/8 inch iron set in said common line of Harrell and McNeill; thence a new line N 62-30 E 222.95 feet to a 5/8 iron; thence a new line S 22-22.2 E 178.18 feet to a 5/8 inch iron set in the southeast line of the Harrell 4.2 acre tract, said iron being 50.8 feet northwest of the center line of the pavement of U.S. Highway No. 401; thence as the southeast line of said Harrell 4.2 acre tract, generally as the northwest right-of-way line of U.S. Highway No. 401, S 62-30 W 267.95 feet to the beginning, containing 1.0 acre, more or less, as surveyed by Leland D. Strother, R.L.S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry."*