UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtors. | ) | |
| _____ | ) | |

**MOTION TO SHORTEN NOTICE AND EXPEDITE HEARING ON
DEBTORS' MOTION FOR PRIVATE SALE FREE AND CLEAR**

NOW COME the Debtors, by and through their undersigned attorney, and move the Court for an Order pursuant to M.D.N.C. LBR 9006-1 to shorten notice time and expedite hearing on the Debtors; Motion for Private Sale Free and Clear [Docket #68]. In support thereof, the Debtors show as follows:

1. On June 4, 2019, the Debtors filed a motion for private sale [Docket #68] (the "Sale Motion") seeking authority to sell certain real estate owned by the Debtor.

2. The proposed buyer set out in the Sale Motion has requirements that have led to a requested closing date of on or before July 5, 2019. If the matter were set for hearing on July 3, 2019, there would be insufficient time to address any matters that might be raised at hearing and without delaying the sale beyond the next business day.

3. Accordingly, the Debtors request the Court to expedite the hearing of the Sale Motion and set it for hearing on June 20, 2019. Consistent with this hearing date, the Debtors further would request that the time for responses to the Sale Motion be shortened and that such responses be due on June 18, 2019.

4. Tuesday, June 18, 2019 is fourteen days from the date the Sale Motion was filed and provides sufficient time for the parties to the Sale Motion to become aware of the motion and respond as appropriate.

WHEREFORE, the Debtors respectfully move the Court as follows:

1. For an order (i) shortening the notice/response time and expediting hearing, (ii) setting responses to the Sale Motion to be due on or before June 18, 2019, (iii) setting either a final or tentative hearing on an expedited basis for June 20, 2019 or such other date determined by the Court, and (iv) directing the Debtors to serve a copy of the order expediting the hearing together with a copy of the Sale Motion on all parties in interest, including the trustee and bankruptcy administrator, within twenty-four hours of entry of the order expediting, and to file forthwith a certificate of service evidencing such service;

2. For such other relief as the Court may deem appropriate.

Respectfully submitted, this the 4th day of June, 2019

/s/ Erich M. Fabricius
Erich M. Fabricius, NC State Bar No. 39667
Attorney for the Debtors
Fabricius & Fabricius PLLC
P.O. Box 1230, Knightdale, NC 27545-1230
Telephone: 919-295-6001
Fax: 919-890-3833
Email: emf@fabriciuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion was served this day on the following parties as provided below:

Richard M. Hutson
Chapter 13 Trustee
(via CM/ECF)

William P. Miller
US Bankruptcy Administrator
(via CM/ECF)

Jannetta Jordan
(via email to jannettajordan@yahoo.com)

Hoke County Tax Collector
(via fax to 910-875-9222)

This 4th day of June 2019

s/ Erich M. Fabricius