

**SO ORDERED.**

**SIGNED this 5th day of June, 2019.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER SHORTENING NOTICE AND EXPEDITING HEARING ON DEBTORS' MOTION FOR PRIVATE SALE FREE AND CLEAR

**THIS MATTER** comes before the Court on a motion of Debtors to shorten notice time and expedite hearing on the Debtors' Motion for Private Sale Free and Clear of the property at 3300 Laurinburg Rd, Raeford, NC 28376 [Docket #68] (the "Sale Motion"). The Debtor has requested expedited consideration of the Sale Motion so as to avoid possible disruption of a time-sensitive sale. The Court has determined that sufficient notice can be provided, and accordingly has determined the motion to shorten notice and expedite hearing should be allowed for good cause shown.

**THEREFORE, IT IS ORDERED** that the response time to the Debtors' Motion for Private Sale Free and Clear [Docket #68] of the property located at 3300 Laurinburg Rd, Raeford, NC 28376 is reduced and responses are due on or before Tuesday, June 18, 2019. Any responses concerning the proposal to sell this property will be heard an expedited hearing on the Sale Motion, which will be conducted June 20, 2019 at 9:30 AM, Durham Courtroom, 302 East Pettigrew St, Durham, NC. Debtors, through Counsel, are directed to serve a copy of this order expediting the hearing together with a copy of the Sale Motion on all parties in interest, including the trustee and bankruptcy administrator, within twenty-four hours of entry of this order expediting, and to file forthwith a certificate of service evidencing such service.

**END OF DOCUMENT**