UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | )  | |
|---|---|---|
| IN RE: | ) | Case No.    18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | |
| DELTARINA V. CARR | ) | Chapter 13 |
| Debtor(s) | ) | |

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the Motion for Private Sale Free and Clear and Order Expediting Hearing by depositing a copy of the same in the U.S. Mail, postage prepaid, properly addressed as shown, unless another method is indicated parenthetically:

Richard M. Huston
Chapter 13 Trustee
(electronic notice via CM/ECF)

William P. Miller
US Bankruptcy Administrator
(electronic notice via CM/ECF)

Email Notice on June 6, 2019:
Pitt County Tax Collector,
anne.heath@pittcountync.gov
Hicks Motor Sales, hicksmotors@earthlink.net
Jannetta Jordan, jannettajordan@yahoo.com
AT&T Corp, km1426@att.com
Mariner Finance North Carolina, Inc,
mkirk@marinerfinance.com

Fax Notice on June 6, 2019: Hoke County Tax Collector, 910-875-9222

Additionally, a copy was served by BAE Systems on **June 6, 2019** to the parties as listed on the appended certificate.

THIS the 7th day of June, 2019

/s/ Erich M. Fabricius
Erich M. Fabricius
Attorney for the Debtors
NC State Bar # 39667

Fabricius & Fabricius PLLC
106 N 1st Ave, Ste D.
P.O. Box 1230
Knightdale, NC 27545-1230
Tel: (919) 295-6001 Fax: (919) 890-3833
Email: emf@fabriciuslaw.com

United States Bankruptcy Court
Middle District of North Carolina

In re:                                                                  Case No. 18-80386
Lent Christopher Carr II                                                Chapter 13
Deltarina V. Carr
       Debtors

# CERTIFICATE OF SERVICE

District/off: 0418-c           User: 1010              Page 1 of 1              Date Rcvd: Jun 05, 2019
                               Form ID: private-sale   Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Noticing Center on Jun 06, 2019.
```
db          Lent Christopher Carr II,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
jdb         Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
tr          Richard M. Hutson II,    Chapter 13 Office,    3518 Westgate Drive,    Suite 400,
             Durham, NC 27707-2560
2           ACS/BoA,    P.O. Box 7060,    Utica, NY 13504-7060
3           AMCOL Systems, Inc.,    PO Box 21625,    Columbia, SC 29221-1625
4           AT&T,    1801 Valley View Ln,    Dallas TX 75234-8906
5           AT&T Corp,    % AT&T Services, Inc.,    Karen Cavagnaro, Esq.,    One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
6           Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
7           Creditors Collection Service,    4530 Old Cove Spring Rd,    Cove Spring, VA 24018-3423
8           Dish Network,    9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
9           Diversified Consultants, Inc,    10550 Deerwood Park Blvd #309,    Dountroon, FL 32256-2805
10          Duke Energy,    PO Box 70515,    Charlotte, NC 28272-0515
11          Hicks Motor Sales,    532 Hillsboro St.,    Oxford, NC 27565-3283
12          Hoke County District Attorney,    231 N Main St,    Raeford, NC 28376-2805
13          Hoke County Tax Collector,    227 N. Main St.,    Raeford, NC 28376-2805
14          Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
15          Jannetta Jordan,    4160 Laurinburg Road,    Raeford, NC 28376-7250
16          Kroger,    1014 Vine St,    Cincinnati, OH 45202-1100
17          Mariner Finance, LLC,    1333 Scotland Crossing Dr.,    Laurinburg, NC 28352-5414
18          Meade And Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
19          Meade Associates,    737 Enterprise Dr.,    Lewis Center, OH 43035-9438
20          New South Finance,    2107 Chester Ridge Dr.,    High Point, NC 27262-7690
21          North Carolina Dept of Revenue,    Office Services Division,    Bankruptcy Unit,    P.O. Box 1168,
             Raleigh, NC 27602-1168
22          Online Collections,    P.O. Box 1489,    Winterville NC 28590-1489
24          Payliance,    Eastern Oral Ste 120,    Columbus, OH 43219
25          Pitt County Tax Collector,    P.O. Box 43,    Greenville, NC 27835-0043
26          Raleigh Radiology Associates, Inc,    PO Box 2090,    Morrisville, NC 27560-2090
27          Rudolph K. Smith,    RKS Law,    PO Box 2095,    Fayetteville, NC 28302-2095
23          SCANA AND SUBSIDIARIES,    220 OPERATION WAY,    MAIL CODE C 222,    CAYCE SC 29033-3701
28          WakeMed,    PO Box 29516,    Raleigh, NC 27626-0516
31          William P Miller,    Bankruptcy Administrator,    101 South Edgeworth Street,
             Greensboro, NC 27401-6024
29          Wilson Utilities,    208 Nash St E,    Wilson, NC 27893-3802
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Jun 06, 2019**                    **Signature:**   *Joseph Speetjens*