**SO ORDERED.**

**SIGNED this 17th day of June, 2019.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtors. | ) | |
| | ) | |

### AMENDED ORDER SHORTENING NOTICE AND EXPEDITING HEARING ON DEBTORS' MOTION FOR PRIVATE SALE FREE AND CLEAR

**THIS MATTER** comes before the Court on a motion of Debtors to shorten notice time and expedite hearing on the Debtors' Motion for Private Sale Free and Clear of the property at 3300 Laurinburg Rd, Raeford, NC 28376 [Docket #68] (the "Sale Motion"). The Debtor has requested expedited consideration of the Sale Motion so as to avoid possible disruption of a time-sensitive sale.

**THEREFORE, IT IS ORDERED** that an expedited hearing on the Sale Motion will be conducted June 20, 2019 at 9:30 AM, Durham Courtroom, 302 East Pettigrew St, Durham, NC.

**END OF DOCUMENT**