**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

IN RE:

                                              Case No.   18-80386

**Lent Christopher Carr, II**
**Deltarina V. Carr**

       **Debtors**

**CERTIFICATE OF SERVICE**

     **THIS IS TO CERTIFY** that on <u>June 17, 2019</u>, a copy of the <u>Amended Order Expediting Hearing on Debtors' Motion for Private Sale Free and Clear of Liens</u> was sent to the following party/parties through CM/ECF:

     Erich M. Fabricius, Counsel for Debtor

     Richard M. Hutson, II, Richard M. Hutson, II, Chapter 13 Trustee

     **THIS IS TO CERTIFY** that on <u>June 17, 2019</u>, the undersigned Deputy Clerk served a copy of the <u>Amended Order Expediting Hearing on Debtors' Motion for Private Sale Free and Clear of Liens</u> by first-class U.S. Mail, postage prepaid to the following party/parties:

     Jannetta Jordan
     4160 Laurinburg Road
     Raeford, NC 28376-7250

THIS the 17th day of June, 2019.

                                                              OFFICE OF THE CLERK

                                          BY:   <u>Tiffany Shoffner</u>
                                                        DEPUTY CLERK