FILED JUN 18'19 PM 3:12 USBC-GBO

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION FOR LIMITED STAY OF PROCEEDING FOR PRIVATE SALE FREE AND CLEAR UNTIL FRAUD ALLEGATIONS ARE INVESITGATED

NOW COME the Creditor, Jannetta Jordan and moves the Court for an Order allowing a limited stay on allowing a private sale of the real estate located at 3300 Laurinburg Road, Raeford, NC 28376, free and clear due to fraudulent transfer of the property to Thomas Jerome Marshall pending a full investigation of the matter. In support thereof, the Creditor show as follows:

1. On June 4, 2019, the Debtors filed a motion for private sale [Docket #68] (the "Sale Motion") seeking authority to sell certain real estate owned by the Debtor.
2. The Buyer, Thomas Jerome Marshall, resides at 114 King Robinson Drive, Elizabethtown, North Carolina 28377.
3. The Buyer, Thomas Jerome Marshall resides in a home with his Sister, Myra, Brother-in-law and other family members. Thomas Marshall does not have the adequate income or financial means to afford a home of his own at this time.
4. The Buyer, Thomas Marshall has agreed "the total purchase price for the property of $568,000.00. Buyer will pay $10,000.00 (the Earnest Money) upon the execution of this Agreement and then pay the remaining $558,000.00 of the purchase price at closing. Closing will occur on July 5, 2019, at which point Seller will transfer title to the Property to Buyer." Thomas Marshall has not paid the Debtor any monies in reference to this agreement as Thomas Marshall does not have the financial means, collateral, etc. to afford such.
5. This agreement is an attempt for the Debtors to fraud the Court and illegally transfer the property for their further cause. Jannetta Jordan spoke directly with Thomas Marshall's Sister, Myra. Myra stated that Thomas Marshall is her Brother and he lives with her and her family. Myra confirmed that Thomas Marshall does not have any money to afford to give the Debtors $10,000 or any money for that fact.
6. The Debtors have a relationship with Thomas Marshall through their church (Emmaus Greater Pentecoastal Assembly) where his Sister, Myra is a member.
7. Debtor has a long history of acts of fraud. (1) Debtor, In 2000, Lent Carr served over 10 years (125 months) in Federal Prison for Conspiracy to Commit Mail Fraud and bank fraud. Case sites that in 1998, Lent Carr applied for a fire insurance policy for a mobile home in Greenville, North Carolina, which served as a residence and as a place of worship known as the World Harvest Oasis Temple of Praise Church . In addition, Lent Carr along with his then wife, Davina Carr made insurance claims. Lent Carr also met with witnesses in order to "get their stories straight." Those who supported Carr's version were to get a share of the insurance proceeds. Davina Carr later admitted that she had lied to an investigating grand jury under pressure from her husband." (2) Debtor, Lent Carr presented himself to me, Jannetta Jordan,

while I was an inmate at the Wake County jail, as an Attorney. By the established relationship, he stated that he was representing me and through that he fraudulently obtained my property, 3300 Laurinburg Road, Raeford, NC 28376. Allegations of acting as an Attorney was presented to The State Bar of North Carolina and a Letter of Caution was issued to Debtor, Lent Carr.

WHEREFORE, the Creditor Jannetta Jordan pray that the Court enter an Order:

1. Allowing the limited stay on the Motion for private sale free and clear on the property at 3300 Laurinburg Road, Raeford, N.C. 28376 for the purchase price of $568,000.00 to Thomas Jerome Marshall.

2. The Court conduct a thorough investigation into the allegations of fraudulent transfer of the property at 3300 Laurinburg Road, Raeford, NC 28376.

3. The Court prosecute all parties involved in the fraud, Lent Christopher Carr, Deltarina V. Carr and Thomas Jerome Marshall to the fullest extend of the law.

Respectfully submitted, this 18th day of June, 2019

_s/ Jannetta Jordan_
Jannetta Jordan
4160 Laurinburg Road
Raeford, North Carolina 28376
Telephone: 910-583-0399
Email: jannettajordan@yahoo.com

**CERTIFICATE OF SERVICE**
**Page 1 of 1**
**Case 18-80386**

I hereby certify that a copy of the above motion was served this day on the following parties as provided below:

Erich Fabricius, Esq.                                    Electronic mail
Attorney for Debtors
(via email at: emf@fabriciuslaw.com)

Richard M. Hutson II, Esq.                         Hand delivered
Standing Trustee

William P. Miller, Esq.                                Hand delivered
U.S. Bankruptcy Administrator

Hoke County Tax Collector                          Hand delivered

This 18th day of June 2019

s/Jannetta Jordan