FILED JUL 5 '19 PM 2  GOUSBC-GE

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtors | ) | |
| _____ | ) | |

## PETITION FOR RELIEF OF DISALLOWED JUDGMENT ON CLAIM #5 OF JANNETTA JORDAN

NOW COME the Creditor, Jannetta Jordan, and moves the Court for an Order for Relief of disallowed Judgment on Claim #5, and that the Claim facts be heard and ruled upon accordingly.  In support thereof, the Creditor show as follows:

1. The Notice of Lis Pendens filed by Jannetta Jordan was disallowed by order of this Court on October 26, 2018.

2. On or around April 4, 2018, Jannetta Jordan filed a Notice of Lis Pendens in Hoke County concerning the property, asserting a debt of $255,000.00

3. On May 13, 2018, Jannetta Jordan filed a claim #5 in this case in the unsecured amount of $255,000.00, the aggregate of a $250,000.00 claim on "cost of real property" and a $5,000.00 claim on "personal property (Goods sold)."

4. This claim is based on a verbal Attorney/Client agreement.  Whereas, Lent Carr is the Attorney and Jannetta Jordan is the Client.  Lent Carr misrepresented himself as an Attorney to Jannetta Jordan and in this, he was able to obtain from Jannetta Jordan (1) Quitclaim Deed transfers of properties: 3300 Laurinburg Road, Raeford, NC 28376, 521 Gatlin Farm Road, Raeford, NC 28376 and 4160 Laurinburg Road, Raeford, NC 28376 (2) Rental monies from a tenant who was residing in 521 Gatlin Farm Road, Raeford NC. (3) personal properties (all furnishings, etc.) found in the properties after he obtained the Quitclaim Deeds.

5. On June 4, 2019, the Debtors filed a Motion for Private Sale Free and Clear of the property in dispute located at 3300 Laurinburg Road, Raeford, NC 28376.

6. On June 20, 2019, the Motion for Private Sale Free and Clear of the property was heard in Court.  Lent Carr provided sworn testimony.  Due to specifics presented to the Judge by Creditor, Jannetta Jordan, and the testimony of Lent Carr, the Judge ruled the $10,000.00 cash Lent Carr claimed to have in his at home safe and any other money collected as a result of the sale of the property will be in the control of the Trustee.  The Judge also made an assertion that the Creditor, Jannetta Jordan, if so desired can present the Court with a Petition for Relief of the Disallowed Claim.

WHEREFORE, the Creditor pray that the Court enter an Order:

1. Judge set aside the judgment that disallowed Claim #5 due to fraud on the court.
2. Grant the Petition for Relief of Judgment.
3. Granting the Creditor the right to bring before the Court evidence in relations to Claim #5, the matter be heard and ruled upon.
4. For such other relief as the Court deems appropriate.

Respectfully Submitted, this 5th of July, 2019

*Jannetta Jordan*

Jannetta Jordan, Creditor
4160 Laurinburg Road, Raeford, NC 28376
(910) 583-0399
email:  jannettajordan@yahoo.com

## Certificate of Service

I hereby certify that a copy of the above Petition was served this day on the following parties as provided below:


Erich M. Fabricius
Attorney for Debtors
(via email: emf@fabriciuslaw.com)




_Jannetta Jordan_
**Jannetta Jordan**