United States Bankruptcy Court
Middle District of North Carolina

In re:                                                                  Case No. 18-80386-lmj
Lent Christopher Carr, II                                               Chapter 13
Deltarina V. Carr
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0418-1        User: davis              Page 1 of 1            Date Rcvd: Jul 09, 2019
                            Form ID: 154             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
jdb         +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
cr          +Jannetta Jordan,    4160 Laurinburg Road,    Raeford, NC 28376-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: lentcarr@gmail.com Jul 09 2019 18:09:10     Lent Christopher Carr, II,
               3300 Laurinburg Rd.,    Raeford, NC 28376-7204
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Richard M. Hutson, II    office@c13dur.com
              William P Miller    Nicole_farabee@ncmba.uscourts.gov
                                                                                              TOTAL: 4

Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−80386

IN THE MATTER OF:
Lent Christopher Carr II      xxx−xx−9559
Deltarina V. Carr      xxx−xx−6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

  Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 8/12/19 at 11:00 AM

to consider and act upon the following:

Petition for Relief of Disallowed Judgment on Claim No. 5 of Jannetta Jordan filed by Creditor Jannetta Jordan.

Dated: 7/9/19                                                                                                        OFFICE OF THE CLERK/ sad

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.