Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  18–80386

IN THE MATTER OF:
Lent Christopher Carr II      xxx–xx–9559
Deltarina V. Carr      xxx–xx–6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom 3, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401

on 9/9/19 at 11:00 AM

to consider and act upon the following:

**Notice of Rescheduled Hearing Date Time and Location**

Please note that the Petition for Relief of Disallowed Judgment on Claim No. 5 of Jannetta Jordan filed by Jannetta Jordan is being rescheduled from the previously scheduled hearing date of 8/12/19 in Durham to 9/9/19 at 11:00am in Greensboro as stated above.

*RESCHEDULED HEARING DATE TIME AND LOCATION: 9/9/19 at 11:00 a.m., Courtroom 3, 2nd floor, 101 South Edgeworth Street, Greensboro, NC 27401.*

Dated: 7/25/19

OFFICE OF THE CLERK/ tls

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID,** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held

or two way radios or similar radio communication devices.