United States Bankruptcy Court
Middle District of North Carolina

In re:  
Lent Christopher Carr, II  
Deltarina V. Carr  
      Debtors

Case No. 18-80386-lmj  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0418-1     User: shoffner     Page 1 of 1     Date Rcvd: Jul 25, 2019  
                          Form ID: 154     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.  
jdb         +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204  
cr          +Jannetta Jordan,    4160 Laurinburg Road,    Raeford, NC 28376-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db           +E-mail/PDF: lentcarr@gmail.com Jul 25 2019 18:30:14      Lent Christopher Carr, II,  
         3300 Laurinburg Rd.,    Raeford, NC 28376-7204  
                                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:  
       Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,  
        fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com  
       Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,  
        fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com  
       Richard M. Hutson, II    office@c13dur.com  
       William P Miller    Nicole_farabee@ncmba.uscourts.gov  
                                                                                                                                                TOTAL: 4

Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−80386

IN THE MATTER OF:
Lent Christopher Carr II     xxx−xx−9559
Deltarina V. Carr     xxx−xx−6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom 3, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401

on 9/9/19 at 11:00 AM

to consider and act upon the following:

**Notice of Rescheduled Hearing Date Time and Location**

Please note that the Petition for Relief of Disallowed Judgment on Claim No. 5 of Jannetta Jordan filed by Jannetta Jordan is being rescheduled from the previously scheduled hearing date of 8/12/19 in Durham to 9/9/19 at 11:00am in Greensboro as stated above.

*RESCHEDULED HEARING DATE TIME AND LOCATION: 9/9/19 at 11:00 a.m., Courtroom 3, 2nd floor, 101 South Edgeworth Street, Greensboro, NC 27401.*

Dated: 7/25/19                                                                                                                OFFICE OF THE CLERK/ tls

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held

or two way radios or similar radio communication devices.