FILED JUL 29 2019 AM 11:45 USBC-GSO

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
|           Debtors | ) | |
| _____ | ) | |

## PETITION FOR NEW COURT DATE

NOW COME the Creditor, Jannetta Jordan, and moves the Court for a new Court date. In support thereof, the Creditor show as follows:

1. Jannetta Jordan, Creditor received notification of Court Date set for Monday, August 12, 2019.
2. On Monday, July 22, 2019 Jannetta Jordan, Creditor was formally placed on Employment Probation due to excessive workdays requests to be off of work due to issues related to Lent Carr. Employer noted the following dates (I provided explanations as to what occurred on those dates):

**Thursday, April 12, 2018** (this date I was in Magistrate's Court with Lent Carr petitioning the Magistrate to Order him to return my belongings. At this time I learned of the Bankruptcy and the stay.)
**Wednesday, May 2, 2018** (this was the day I was arrested and booked on charges of Stalking concocted by Lent Carr and Deltarina Carr)
**Wednesday, May 16, 2018** (1st Court Appearance: Hoke County Court Date due to Stalking Charges concocted by Lent Carr and Deltarina Carr)
**Wednesday, June 13, 2018** (2nd Court Appearance: Hoke County Court Date due to Stalking Charges concocted by Lent Carr and Deltarina Carr- Lent Carr asked for a continuance)
**Wednesday, August 8, 2018** (Day 1 of Stalking Trial. Session was so long we had to continue on a separate day)
**Wednesday, August 29, 2018** (Day 2 of Stalking Trial. Both parties and their witnesses were heard. Judge concluded that, due to evidence/testimony presented, I was not guilty of stalking Lent Carr and Deltarina Carr).
**Wednesday, November 21, 2018** (Lent Carr and I to Hoke County Magistrate's Office as he attempted to Evict me out of my family's home: 4160 Laurinburg Road, Raeford, NC 28376 claiming that he owned the home and we had a rental contract. Magistrate dismissed the case due to lack of evidence as to Lent Carr's claims.)
**Monday, February 25, 2019** (Lent Carr and I to Hoke County District Court Judge Joe as he appealed the Magistrate's Decision. Lent Carr asked for a continuance as he stated his Investigators were looking into the case and had not gotten back with him at that time.)
**Monday, April 29, 2019** (1st appearance before Judge McSweeney as Judge Joe recused herself as she was the Judge who oversaw the stalking case. I requested continuance.)
**Friday, June 14, 2019** (Appearance before Hoke County District Judge McSweeney. Lent Carr left the Court claiming to be having a stroke or a heart attack. Case continued.)
**Friday, July 19, 2019** (Lent Carr and I before Judge McSweeney. Lent Carr presented his case. Judge McSweeney dismissed the case due to lack of evidence to support claims.)

3. Employer noted immediate termination of employment if I request to be off work for the next 60 days. In this, I am requesting a new Court date. I am off work on Wednesday, September 4, 2019. If this is not a plausible date, please allocate a Court date in October 2019.

WHEREFORE, the Creditor, Jannetta Jordan pray that the Court order:

1. Court date change to either Wednesday, September 4, 2019 or another Court Date in October 2019.
2. Judge accepts Exhibit 1 (CD recording of Jannetta Jordan phone calls along with Affidavit of Captain Heidi Steinbeck) as a continuation of evidence as to pending trial in this matter.

Respectfully submitted, this 29th day of July, 2019

/s/Jannetta Jordan
Jannetta Jordan
4160 Laurinburg Road
Raeford, North Carolina 28376
Telephone: (910) 583-0399
Email: jannettajordan@yahoo.com

**PARTIES TO BE SERVED**
Page 1 of 1
Case 18-80386

Erich Fabricius, Esq.                              Electronic mail
Attorney for Debtors
(via email at: emf@fabriciuslaw.com)

This 29th day of July 2019

s/ Jannetta Jordan

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>COUNTY OF WAKE | IN THE GENERAL COURT OF JUSTICE<br>DISTRICT COURT DIVISION<br>18 CV 000239 |

JANNETTA JORDAN, )
)
Plaintiff, )
) **AFFIDAVIT OF ADMINISTRATOR**
v. ) **CAPTAIN HEIDI STEINBECK**
)
LENT CHRISTOPHER CARR, )
)
Defendant. )

## AFFIDAVIT OF CAPTAIN HEIDI STEINBECK

The Affiant, Heidi Steinbeck, being first duly sworn, deposes and says:

1. My name is Heidi Steinbeck. I am over 18 years of age and have personal knowledge of the matters herein described. I am not a party to this action.

2. I am a Captain in the Detention Division of the Wake County Jail and my duties are as an Administrator of the Wake County Jail (Wake County Detention Facility). Among other things, I administer jail programs and record keeping which includes, but is not limited to, jail records regarding inmate commitments to jail, inmate housing (including conditions of confinement), inmate transfers to the NC Department of Correction, inmate grievances, inmate disciplinary procedures and investigations of incidents involving staff and inmates, Jail Law Library and jail security including monitoring of inmate phone calls. It is my responsibility to provide copies of recorded inmate phone calls pursuant to subpoenas and court orders.

3. I have reviewed the requests for production and inspection of phone calls of Inmate Jannetta Jordan, #11246814 and do herewith along with this Affidavit tender the following:

4. Two (2) Zip Files containing recorded inmate phone calls labeled 09012016 to 05312017 and 04012017 to 12122017.

5. There were no recorded calls for the time period of 11-23-15 to 8-31-16 as the record retention schedule for calls during that time period had expired and any inmate phone calls of this inmate during that time period no longer exist.

6. Respectfully submitted this the 11th day of September, 2018.

Further your Affiant sayeth not.

Captain Heidi Steinbeck,
Wake County Detention Administrator
Post Office Box 550
Raleigh, North Carolina 27602
(919) 856-6900

North Carolina
County of Wake

The foregoing Affidavit was sworn to and subscribed before me this the 11th day of September, 2018.

Notary Public

My Commission Expires: 2/29/2020

Millicent R Belk
NOTARY PUBLIC
Wake County, NC
My Commission Expires Feb. 29, 2020