

**SO ORDERED.**

**SIGNED this 6th day of August, 2019.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| LENT CHRISTOPHER CARR, II | ) | Case No. 18-80386 |
| DELTARINA V. CARR | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER DENYING PETITION FOR NEW COURT DATE

THIS MATTER coming on before the above signed Bankruptcy Judge on the Petition for New Court Date (the "Motion for Continuance") filed by Jannetta Jordan with this Court on July 29, 2019 regarding the hearing set for the matter Petition for Relief of Disallowed Judgment on Claim #5, originally set for hearing on August 12, 2019;

Originally the hearing on the Petition for Relief of Disallowed Judgment on Claim #5 of Jannetta Jordan was set for hearing at 11:00 a.m. on August 12, 2019 in Durham, North Carolina. Per the direction of the Court the hearing was previously rescheduled to 11:00 a.m. on September 9, 2019 in Courtroom 3, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401.

On July 29, 2019 Ms. Jordan filed the Motion for Continuance requesting a continuance of the hearing scheduled for August 12, 2019. Since the hearing has already been rescheduled for September 9, 2019, it is appropriate to deny the Motion for Continuance, without prejudice, as moot.

Ms. Jordan also left a CD recording with the Clerk's Office when she filed the Motion for Continuance, requesting the Court accept the Exhibit 1 as evidence in connection with the pending hearing. The Clerk's Office has returned the CD to Ms. Jordan. Evidence with regard to the matter will be admitted at the hearing, as appropriate, pursuant to the Federal Rules of Evidence.

IT APPEARING to the Court, and the Court so finds, that it is appropriate to deny the Motion for Continuance without prejudice, determining that the hearing on Petition for Relief of Disallowed Judgment on Claim #5 of Jannetta Jordan will be heard at 11:00 a.m. on September 9, 2019, at Courtroom 3, Second Floor, 101 South Edgeworth Street, Greensboro NC 27401.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Continuance is denied, without prejudice, as moot.

**END OF DOCUMENT**

PARTIES TO BE SERVED

Lent and Deltarina Carr
18-80386 C-13


Lent Christopher Carr, II
Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376

Erich M. Fabricius
Fabricius & Fabricius, PLLC
P.O. Box 1230
Knightdale, NC 27545-1230

Richard M. Hutson, II
Chapter 13 Office
3518 Westgate Drive
Suite 400
Durham, NC 27707

Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376

William P. Miller
Bankruptcy Administrator
101 S. Edgeworth St.
Greensboro, NC 27401