United States Bankruptcy Court
Middle District of North Carolina

In re:  
Lent Christopher Carr, II  
Deltarina V. Carr  
      Debtors

Case No. 18-80386-lmj  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-1  User: davis  Page 1 of 1  Date Rcvd: Aug 06, 2019  
                Form ID: pdf014  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.  
jdb     +Deltarina V. Carr,  3300 Laurinburg Rd.,  Raeford, NC 28376-7204  
cr      +Jannetta Jordan,  4160 Laurinburg Road,  Raeford, NC 28376-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db      +E-mail/PDF: lentcarr@gmail.com Aug 06 2019 18:28:36   Lent Christopher Carr, II,  
       3300 Laurinburg Rd.,  Raeford, NC 28376-7204  
                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:  
        Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,  
         fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com  
        Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,  
         fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com  
        Richard M. Hutson, II    office@c13dur.com  
        William P Miller    Nicole_farabee@ncmba.uscourts.gov  
                                                                                   TOTAL: 4



**SO ORDERED.**

**SIGNED this 6th day of August, 2019.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| LENT CHRISTOPHER CARR, II | ) | Case No. 18-80386 |
| DELTARINA V. CARR | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER DENYING PETITION FOR NEW COURT DATE

THIS MATTER coming on before the above signed Bankruptcy Judge on the Petition for New Court Date (the "Motion for Continuance") filed by Jannetta Jordan with this Court on July 29, 2019 regarding the hearing set for the matter Petition for Relief of Disallowed Judgment on Claim #5, originally set for hearing on August 12, 2019;

Originally the hearing on the Petition for Relief of Disallowed Judgment on Claim #5 of Jannetta Jordan was set for hearing at 11:00 a.m. on August 12, 2019 in Durham, North Carolina. Per the direction of the Court the hearing was previously rescheduled to 11:00 a.m. on September 9, 2019 in Courtroom 3, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401.

On July 29, 2019 Ms. Jordan filed the Motion for Continuance requesting a continuance of the hearing scheduled for August 12, 2019. Since the hearing has already been rescheduled for September 9, 2019, it is appropriate to deny the Motion for Continuance, without prejudice, as moot.

Ms. Jordan also left a CD recording with the Clerk's Office when she filed the Motion for Continuance, requesting the Court accept the Exhibit 1 as evidence in connection with the pending hearing. The Clerk's Office has returned the CD to Ms. Jordan. Evidence with regard to the matter will be admitted at the hearing, as appropriate, pursuant to the Federal Rules of Evidence.

IT APPEARING to the Court, and the Court so finds, that it is appropriate to deny the Motion for Continuance without prejudice, determining that the hearing on Petition for Relief of Disallowed Judgment on Claim #5 of Jannetta Jordan will be heard at 11:00 a.m. on September 9, 2019, at Courtroom 3, Second Floor, 101 South Edgeworth Street, Greensboro NC 27401.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Continuance is denied, without prejudice, as moot.

**END OF DOCUMENT**

PARTIES TO BE SERVED

Lent and Deltarina Carr
18-80386 C-13

Lent Christopher Carr, II
Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376

Erich M. Fabricius
Fabricius & Fabricius, PLLC
P.O. Box 1230
Knightdale, NC 27545-1230

Richard M. Hutson, II
Chapter 13 Office
3518 Westgate Drive
Suite 400
Durham, NC 27707

Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376

William P. Miller
Bankruptcy Administrator
101 S. Edgeworth St.
Greensboro, NC 27401