UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: ) Case No. 18-80386
)
LENT CHRISTOPHER CARR, II )
DELTARINA V. CARR ) Chapter 13
Debtor(s) )

## MOTION TO CONTINUE HEARING

NOW COME the Debtors, by and through their undersigned attorney, and move the Court for an Order continuing the the Hearing on the Motion for Relief from Order from September 9, 2019. In support thereof, the Debtors show as follows:

1. The Debtors filed the above captioned Chapter 13 Bankruptcy case on March 20, 2018. A plan was confirmed on October 26, 2018.
2. On July 5, 2019, Ms. Jannetta Jorden filed a motion for relief from disallowance of her claim in this case. The court has scheduled a hearing on September 9, 2019.
3. Mr. Carr is likely a necessary witness on the motion for relief. However, he is required to appear in Hoke County Superior Court as a defendant in a matter that has been continued multiple times, and the Debtors are informed that it would be difficult to reschedule that hearing, based on comments from the presiding judge. Mr. Carr is also anxious to clear his name in that matter.
4. The Debtors are able to travel to hearings in Greensboro if deemed optimal by the Court.

WHEREFORE, the Debtors respectfully move the Court as follows:

1. For an order continuing the Hearing on the Motion for Relief from Order, to a forthcoming date as set by the court; and
2. For such other relief as the Court deems just and proper.

THIS the 19th day of August, 2019

/s/ Erich M. Fabricius
Erich M. Fabricius
Attorney for the Debtors
NC State Bar # 39667

Fabricius & Fabricius PLLC
106 N 1st Ave, Ste D.
P.O. Box 1230
Knightdale, NC 27545-1230
Tel: (919) 295-6001 Fax: (919) 890-3833
Email: emf@fabriciuslaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the Motion to Continue Hearing by depositing a copy of the same in the U.S. Mail, postage prepaid, properly addressed as shown, unless another method is indicated:

Richard M. Hutson, II
Chapter 13 Trustee
(electronic notice via CM/ECF)

Jannetta Jordan
4160 Laurinburg Rd.
Raeford, NC 28376

THIS the 19th day of August, 2019

/s/ Erich M. Fabricius
Erich M. Fabricius
Attorney for the Debtors