**SO ORDERED.**

**SIGNED this 4th day of September, 2019.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER CONTINUING HEARING

This matter comes before the Court on the motion of the Debtors to continue the hearing on the motion for relief from an order filed by Ms. Jannetta Jordan. Mr. Carr has a conflicting court appearance on September 9, 2019. The Court finds the motion should be allowed.

**THEREFORE, IT IS ORDERED** that hearing on the motion for relief from an order filed by Ms. Jannetta Jordan is continued to October 29, 2019, at 10:00 AM in Courtroom #3, 101 S. Edgeworth St., Greensboro, NC.

**END OF DOCUMENT**

**Parties to Serve**

Jannetta Jordan, Movant

Lent and Deltarina Carr, Debtors

Erich M. Fabricius, Attorney for the Debtors

Richard M. Hutson, Chapter 13 Trustee