```
                        United States Bankruptcy Court
                         Middle District of North Carolina
In re:                                                    Case No. 18-80386-lmj
Lent Christopher Carr, II                                 Chapter 13
Deltarina V. Carr
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0418-1          User: davis               Page 1 of 1            Date Rcvd: Sep 04, 2019
                              Form ID: pdf014           Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
jdb            +Deltarina V. Carr,    3300 Laurinburg Rd.,    Raeford, NC 28376-7204
cr             +Jannetta Jordan,    4160 Laurinburg Road,    Raeford, NC 28376-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: lentcarr@gmail.com Sep 04 2019 18:23:18      Lent Christopher Carr, II,
                 3300 Laurinburg Rd.,    Raeford, NC 28376-7204
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
               fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
              Richard M. Hutson, II    office@c13dur.com
              William P Miller    Nicole_farabee@ncmba.uscourts.gov
                                                                                               TOTAL: 4
```



**SO ORDERED.**

**SIGNED this 4th day of September, 2019.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE
_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER CONTINUING HEARING**

This matter comes before the Court on the motion of the Debtors to continue the hearing on the motion for relief from an order filed by Ms. Jannetta Jordan. Mr. Carr has a conflicting court appearance on September 9, 2019. The Court finds the motion should be allowed.

**THEREFORE, IT IS ORDERED** that hearing on the motion for relief from an order filed by Ms. Jannetta Jordan is continued to October 29, 2019, at 10:00 AM in Courtroom #3, 101 S. Edgeworth St., Greensboro, NC.

**END OF DOCUMENT**

**Parties to Serve**

Jannetta Jordan, Movant

Lent and Deltarina Carr, Debtors

Erich M. Fabricius, Attorney for the Debtors

Richard M. Hutson, Chapter 13 Trustee