**STATEMENT OF TAXES DUE**
**HOKE COUNTY**
**RAEFORD, NORTH CAROLINA 28376**
**910-875-8751**

DATE: SEPTEMBER 18, 2019

LENT C CARR
DELTARINA V CARR
3300 LAURINBURG RD
RAEFORD NC 28376

| BILL # | REAL | PERSONAL | INTEREST | FEE/PEN | TOTAL |
|---|---|---|---|---|---|
| **CUSTOMER #239376** | | | | | |
| 2015-11515 | $ 1,485.25 | | $ 26.89 | | $ 1,512.14 |
| 2016-11706 | $ 3,994.13 | | $ 1,038.22 | | $ 5,032.35 |
| 2017-11743 | $ 3,963.35 | | $ 673.60 | | $ 4,636.95 |
| G.S. 105-374(I) | | | | $ 2,186.60 | $ 2,186.60 |
| 2018-3527 | $ 2,080.60 | | $ 166.37 | | $ 2,246.97 |
| 2019-3606 | $ 4,265.31 | | | | $ 4,265.31 |
| **TOTALS** | $ 15,788.64 | $ - | $ 1,905.08 | $ 2,186.60 | $ 19,880.32 |