Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  18–80386

IN THE MATTER OF:
Lent Christopher Carr II     xxx–xx–9559
Deltarina V. Carr     xxx–xx–6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

    Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom – Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 3/12/20 at 09:30 AM

to consider and act upon the following:

Motion for Jannetta Jordan to Appear and Show Cause for Failure to Comply with the November 19, 2019 Order of This Court, in addition to Motion For Sanctions against Jannetta Jordan for Violation of the Automatic Stay (11 USC 362(k) Filed by Debtors Deltarina V. Carr and Lent Christopher Carr II, by and through counsel, Erich Fabricius.

Dated: 2/19/20                                                          OFFICE OF THE CLERK/ sad

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID**, (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.