Form 207

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18–80386

IN THE MATTER OF:
Lent Christopher Carr II    xxx–xx–9559
Deltarina V. Carr    xxx–xx–6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

   Debtor(s)

TO THE DEBTOR, CREDITORS AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a Status hearing will be held at:

Courtroom – Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 5/7/20 at 09:30 AM

to consider and act upon the following:

Motion for Jannetta Jordan to Appear and Show Cause for Failure to Comply with November 19, 2019 Order of This Court, in addition to Motion For Sanctions against Jannetta Jordan for Violation of the Automatic Stay (11 USC 362(k) Filed by Joint Debtor Deltarina V. Carr, Debtor Lent Christopher Carr II by counsel Erich Fabricius.

Dated: 3/19/20                                                                                                OFFICE OF THE CLERK/ sad

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.