

SO ORDERED.

SIGNED this 23rd day of March, 2020.

                                              LENA MANSORI JAMES
                                 UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent Christopher Carr II, | ) | |
| Deltarina V. Carr, | ) | |
| | ) | |
| Debtors | ) | |

### ORDER ON MOTION BY DEBTORS FOR SANCTIONS AGAINST JANNETTA JORDAN FOR VIOLATION OF AUTOMATIC STAY

On March 12, 2020, a hearing was held on the Motion by Debtors for Jannetta Jordan to Appear and Show Cause for Failure to Comply with the Court's November 19, 2019 Order and for sanctions for violating the automatic stay of 11 U.S.C. §362. At the hearing, Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee, Erich Fabricius, Esq. appeared on behalf of the Debtors, and Jannetta Jordan appeared *pro se*. The Court, after considering the Motion, the Court's record in this case, and the statements of counsel, Ms. Jordan and the attorney for the Trustee, finds good cause to set a status hearing on this matter for May 7, 2020 upon the conditions stated in this Order; therefore, it is

ORDERED that Jannetta Jordan shall have ten (10) days from March 12, 2020 to voluntarily dismiss her state-court action pending in the Superior Court for Hoke County, North Carolina, *Jannetta Jordan v. Lent Carr*, No. 18 CVS 239 (N.C. Super. Apr. 4, 2018) and shall furnish to both the Trustee and Debtors' counsel sufficient documentary evidence showing the dismissal of the state-court action; and it is further

ORDERED that the Court will set this matter for a status hearing on May 7, 2020 at 9:30am in the Courtroom, Venable Center, Dibrell Building C, Suite 280, 302 East Pettigrew Street, Durham, NC; and it is further

ORDERED that, prior to the status hearing, both Debtors' counsel and Ms. Jordan shall conduct a conference with the Trustee, or counsel for the Trustee, for mediation of their dispute and the Trustee or his counsel shall, prior to the status hearing, file a written recommendation with the Court on how to proceed in addressing the dispute between the parties.

END OF DOCUMENT

PARTIES TO BE SERVED
B-18-80386- C-13D

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376-7204

Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376-7250

| | |
|---|---|
| Erich M. Fabricius, Esq.<br>Attorney for Debtor | CM/ECF electronic mail |
| Richard M. Hutson II, Esq.<br>Standing Trustee | CM/ECF electronic mail |
| William P. Miller, Esq.<br>U.S. Bankruptcy Administrator | CM/ECF electronic mail |