United States Bankruptcy Court
Middle District of North Carolina

In re:                                                          Case No. 18-80386-lmj
Lent Christopher Carr, II                                       Chapter 13
Deltarina V. Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0418-1        User: davis          Page 1 of 1              Date Rcvd: Mar 23, 2020
                           Form ID: pdf014       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
jdb          +Deltarina V. Carr,   3300 Laurinburg Rd.,   Raeford, NC 28376-7204
cr           +Jannetta Jordan,   4160 Laurinburg Road,   Raeford, NC 28376-7250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: lentcarr@gmail.com Mar 23 2020 18:35:58     Lent Christopher Carr, II,
              3300 Laurinburg Rd.,   Raeford, NC 28376-7204
                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
          Erich M. Fabricius    on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com,
           fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
          Erich M. Fabricius    on behalf of Debtor Lent Christopher Carr, II emf@fabriciuslaw.com,
           fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com
          Richard M. Hutson, II    office@c13dur.com
          William P Miller    Nicole_farabee@ncmba.uscourts.gov
                                                                           TOTAL: 4



**SO ORDERED.**

**SIGNED this 23rd day of March, 2020.**

_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent Christopher Carr II, | ) | |
| Deltarina V. Carr, | ) | |
| | ) | |
| Debtors | ) | |

**ORDER ON MOTION BY DEBTORS FOR SANCTIONS AGAINST JANNETTA JORDAN FOR VIOLATION OF AUTOMATIC STAY**

On March 12, 2020, a hearing was held on the Motion by Debtors for Jannetta Jordan to Appear and Show Cause for Failure to Comply with the Court's November 19, 2019 Order and for sanctions for violating the automatic stay of 11 U.S.C. §362. At the hearing, Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee, Erich Fabricius, Esq. appeared on behalf of the Debtors, and Jannetta Jordan appeared *pro se*. The Court, after considering the Motion, the Court's record in this case, and the statements of counsel, Ms. Jordan and the attorney for the Trustee, finds good cause to set a status hearing on this matter for May 7, 2020 upon the conditions stated in this Order; therefore, it is

ORDERED that Jannetta Jordan shall have ten (10) days from March 12, 2020 to voluntarily dismiss her state-court action pending in the Superior Court for Hoke County, North Carolina, *Jannetta Jordan v. Lent Carr*, No. 18 CVS 239 (N.C. Super. Apr. 4, 2018) and shall furnish to both the Trustee and Debtors' counsel sufficient documentary evidence showing the dismissal of the state-court action; and it is further

ORDERED that the Court will set this matter for a status hearing on May 7, 2020 at 9:30am in the Courtroom, Venable Center, Dibrell Building C, Suite 280, 302 East Pettigrew Street, Durham, NC; and it is further

ORDERED that, prior to the status hearing, both Debtors' counsel and Ms. Jordan shall conduct a conference with the Trustee, or counsel for the Trustee, for mediation of their dispute and the Trustee or his counsel shall, prior to the status hearing, file a written recommendation with the Court on how to proceed in addressing the dispute between the parties.

END OF DOCUMENT

PARTIES TO BE SERVED
B-18-80386- C-13D


Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376-7204

Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376-7250

Erich M. Fabricius, Esq.                     CM/ECF electronic mail
Attorney for Debtor

Richard M. Hutson II, Esq.                   CM/ECF electronic mail
Standing Trustee

William P. Miller, Esq.                       CM/ECF electronic mail
U.S. Bankruptcy Administrator