| STATE OF NORTH CAROLINA | File No. 18CVS00239 |
|---|---|
| HOKE County | In The General Court Of Justice<br>☐ Small Claims  ☒ District  ☐ Superior Court Division |

**Name Of Plaintiff**
JANNETTA JORDAN

**VERSUS**

**Name Of Defendant**
LENT CARR

**NOTICE OF VOLUNTARY DISMISSAL**
☒ COMPLAINT
☐ COUNTERCLAIM
☐ OTHER _____

G.S. 1A-1, Rule 41

*Complete the following information if known:*

| Court Date | Time | ☐ AM ☐ PM | Location |
|---|---|---|---|

☒ The plaintiff gives notice of voluntary dismissal   ☐ with prejudice   ☒ without prejudice
in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal   ☐ with prejudice   ☐ without prejudice
in this case as to only the defendants named below and this case remains open as to defendants not listed.
(Name of defendants for whom dismissal taken.)

**RECEIVED**
**APR 0 8 2020**
U.S. Bankruptcy Court
Greensboro, NC

☐ The defendant gives notice of voluntary dismissal   ☐ with prejudice   ☐ without prejudice
of the counterclaim in this case as to all of the plaintiffs.

☐ The defendant gives notice of voluntary dismissal   ☐ with prejudice   ☐ without prejudice
in this case as to only the plaintiffs named below and the counterclaim remains open as to plaintiffs not listed.
(Name of plaintiffs for whom dismissal taken.)

☒ Other:
Dismissal requested per Federal "Stay" Laws of Bankruptcy Court as Lent Carr has filed bankruptcy therefore Court ruling and relief of this matter cannot be heard. At this time the Bankruptcy Court has ordered Jannetta Jordan to submit form of Dismissal to Hoke County Courts due to the Federal Statute governing Lent Carr's Bankruptcy proceedings. At this time, due to federal regulations and guidelines Jannetta Jordan cannot pursue the suing on this case. Jannetta Jordan stands by the content of the court filing and will pursue the legal remedy for her property at 3300 Laurinburg Road, Raeford, NC 28376 along with all personal belonging presently in the custody of Lent Carr when Lent Carr's bankruptcy has been discharged. If Lent Carr sells the property or Jannetta Jordan's personal belongings then future filings will include Lent Carr and all parties involved for monetary and other damages due to Lent Carr's fraudulent dealings in this manner.

| Date | Plaintiff Or Attorney |
|---|---|
| 03/11/2020 | *Jannetta Jordan* |
| Date | Defendant Or Attorney |

NOTE TO CITY OR COUNTY PLAINTIFF: If, pursuant to G.S. 7A-317, you were not required to pay all costs when filing the complaint to which you are taking a voluntary dismissal, you must pay the costs to the Clerk of Superior Court upon taking a voluntary dismissal. See G.S. 1A-1, Rule 41(d).

Re: Bankruptcy Case # 18-80386 Chapter 13   LENT CHRISTOPHER CARR   DELTARINA V. CARR