**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | No. B-18-80386 C-13D |
| Lent Christopher Carr, II, ) | |
| Deltarina V. Carr, ) | |
| ) | |
| Debtors ) | |

**MOTION TO CONTINUE STATUS HEARING**

Now comes Richard M. Hutson, II, Standing Trustee, and requests that the Status Hearing scheduled for May 7, 2020 be continued until July 2, 2020. On March 12, 2020, a hearing was held on the Motion by Debtors for Jannetta Jordan to Appear and Show Cause for Failure to Comply with the Court's November 19, 2019 Order and for sanctions for violating the automatic stay of 11 U.S.C. §362. As a result of that hearing, the Court set a Status Hearing on May 7, 2020, and requested that both Debtors' counsel and the creditor, Ms. Jordan, conduct a conference with the Trustee for mediation of the dispute between Ms. Jordan and Mr. Carr prior to the Status Hearing, and the Trustee, or counsel for the Trustee, would file a written recommendation with the Court prior to the Status Hearing. Subsequent to the hearing on March 12, 2020, the Trustee's office was closed due to the COVID-19 pandemic and, as of the filing of this Motion, the conference between the Trustee and the parties has not yet occurred. While counsel for the Trustee is attempting to arrange a teleconference between the parties, the teleconference would be on Wednesday, May 6, at the earliest and possibly after the May 7 hearing date. For these reasons, the Trustee would request that the Status Hearing scheduled for May 7, 2020 be continued until July 2, 2020.

Respectfully submitted, this the 4th day of May, 2020.

/s/ Benjamin E. Lovell
Benjamin E. Lovell
Attorney for the Trustee
State Bar No: 23266
3518 Westgate Drive, Suite 400
Durham, N.C. 27707
Telephone: (919) 688-8065

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent Christopher Carr, II, | ) | |
| Deltarina V. Carr, | ) | |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing document upon all parties listed below, by depositing a copy of same in the United States Mail, postage prepaid, and in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure, or by electronic service through CM/ECF,

William P. Miller, Esq.                    **    CM/ECF    **
U.S. Bankruptcy Administrator

Erich M. Fabricius, Esq.                   **    CM/ECF    **
Attorney for Debtor

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376

Janetta Jordan
4160 Laurinburg Rd.
Raeford, NC 28376


This the 5th day of May, 2020.

/s/Benjamin E. Lovell
Benjamin E. Lovell