UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent Christopher Carr, II, | ) | |
| Deltarina V. Carr, | ) | |
| | ) | |
| Debtors | ) | |

## WITHDRAWAL OF MOTION

NOW COMES Richard M. Hutson, II, Standing Trustee, and requests that the Motion to Continue Hearing filed by the Trustee on May 5, 2020 (Document Number 110) be withdrawn.

This the 8th day of May, 2020.

/s/ Benjamin E. Lovell
Benjamin E. Lovell
Attorney for the Trustee
State Bar No: 23266
3518 Westgate Drive, Suite 400
Durham, N.C. 27707
Telephone: (919) 688-8065

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent Christopher Carr, II, | ) | |
| Deltarina V. Carr, | ) | |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing document upon all parties listed below, by depositing a copy of same in the United States Mail, postage prepaid, and in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure, or by electronic service through CM/ECF,

William P. Miller, Esq.                    **     CM/ECF     **
U.S. Bankruptcy Administrator

Erich M. Fabricius, Esq.                   **     CM/ECF     **
Attorney for Debtor

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376

Janetta Jordan
4160 Laurinburg Rd.
Raeford, NC 28376

This the 8th day of May, 2020.

/s/Benjamin E. Lovell
Benjamin E. Lovell