# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtors. | ) | |
| _____ | ) | |

## NOTICE OF REMOTE WITNESSES

NOW COME the Debtors, by and through undersigned counsel, and give notice of the following remote witnesses pursuant to the Court's May 11, 2020 order:

### I.      Mr. Lent C. Carr, II, Debtor

Mr. Carr will provide testimony on the ownership of real property, events concerning possession of real property, damages caused in this matter, and other matters of general issue in the case. He may also testify in rebuttal to allegations alleged at the hearing. Mr. Carr will testify from Raeford, Hoke County, North Carolina, from home. Mr. Carr will be in the same room with Ms. Deltarina V. Carr during testimony. She is a party to the proceeding and it is not practical for her to observe the testimony by other means. The Carrs will share a connection to the court. Mr. Carr anticipates taking notes during the course of the hearing, but does not otherwise intend to refer to documents that are not filed as potential exhibits.

### II.      Ms. Deltarina V. Carr, Debtor

Ms. Carr may provide testimony on events concerning possession of real property, damages caused in this matter, and other matters of general issue in the case. She may also testify in rebuttal to allegations alleged at the hearing. Ms. Carr will testify from Raeford, Hoke County, North Carolina, from home. Ms. Carr will be in the same room with Mr. Lent C. Carr, II during testimony. He is a party to the proceeding and it is not practical for him to observe the testimony by other means. The Carrs will share a connection to the court. Ms. Carr anticipates taking notes during the course of the hearing, but does not otherwise intend to refer to documents that are not filed as potential exhibits.

Respectfully submitted, this the 8th day of May, 2020

s/ Erich M. Fabricius
Erich M. Fabricius, NC State Bar No. 39667
Attorney for the Debtors
Fabricius & Fabricius PLLC
P.O. Box 1230, Knightdale, NC 27545-1230
Telephone: 919-295-6001      Fax: 919-890-3833
Email: emf@fabriciuslaw.com