# TRUSTEE EXHIBIT 1

# 4160 Laurinburg Road

4160 Laurinburg Rd

This certifies that PIN: 39413000001054,39413000001055,39413000001119 is free of any delinquent ad valorem Tax liens charged to the Hoke County Tax Collector; but does not certify that the deed description matches the PIN.
Collection Clerk Signature
Date: 10/5/2018
NCGS 161-31

BK 1244 PG 0001

39413-00-01-054
39413-00-01-055
39413-00-01-119

FILED Oct 05, 2018 04:41:59 pm
BOOK 01244
PAGE 0001 THRU 0011

FILED
HOKE COUNTY, NC
CAMILLE D. HURST

North Carolina Quitclaim Deed

Mail after recording to: EMMAUS CORP. Legal Briefing Firm C/O DeHarina Diaz, Esq. P.O. Box 27193 Raleigh, NC 27611

This instrument prepared by: Jannetta Jordan, Grantor

Brief description for the index: 4160 Laurinburg Road, Raeford, NC 28376, including the 2 attached tracts of land associated with the prenamed address (also refer to typed property description attached to this document for further reference).

This QUITCLAIM DEED made this the 16th day of October, in the year 2017, by and between

INSTRUMENT # 05759
RECORDING $51.00
EXCISE TAX (None)

REGISTER OF DEEDS
JOP

| GRANTOR | GRANTEE |
| --- | --- |
| Jannetta Jordan | Lent Christopher Carr |
| P.O. Box 2419 | 3300 Laurinburg Road |
| Raleigh, NC 27602 | Raeford, NC 28376 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

Witnesseth, that said Grantor, for and in consideration of ten dollars and other consideration to them in hand paid, the receipt of which is hereby acknowledged, have remised and released and by these present do remise, and forever quitclaim unto the Grantee and his heirs and assigns all rights, title, claim, and interest of said ~~Grantee~~ Grantor in and to a certain tract or parcel of land lying and being in the County of HOKE, and State of North Carolina, in Raeford Township, and more particularly described as follows: (please refer to attached typed document of description of property)

Grantor acquired the property herein above described by instrument recorded in Book 317 / 256 / 256 at page 228 / 1191 / 115;

A map showing the above described property is recorded in Map/Cabinet ______ at page ______.

To Have and to Hold the aforesaid tracts or parcels of land and all priviledges thereunto belonging to him the said Grantee and his heirs and assigns free and discharged from all right, title, claim or interest of the said Grantor or anyone claiming by, and through or under them. Title to the property hereinabove described is subject to the following exceptions if any:

Any and all of Public Record

In Testimony whereof, said Grantor have hereunto set their hands and seal the day and year first above written.

Jannetta Jordan 10/23/17

Name/Signature of Grantor

State of North Carolina

County of Wake




State of North Carolina
County of Wake
This instrument was acknowledged before me on 23 day of October, 20 17
by Titania Baggett
[signature]
Notary Public Signature
My Commission Expires 05/31/2022

I, a notary Public, of said State and County aforesaid, do hereby certify that Jannetta Jordan, Grantor, personally appeared before me this day, and (i) I have personal knowledge of the identity of the Grantor, or (ii) I have been satisfactory evidence of the Grantor's identity, by current state or federal identification with the Grantor photograph(s) in the form of ____________________, or (iii) a credible witness has sworn to the identity of the Grantor each acknowledging to me that he/she voluntarily signed the foregoing document for the purpose stated herein and in the capacity indicated.

State of north Carolina

County of Hoke

Agreement and Perpetual Lease/Quit claim Deed

This agreement, Perpetual lease and attached Quitclaim Deed of Legal Right made and entered into this 16th day of October, 2017, by and between Jarnetta Jordan ("Landlord, Owner and Quitclaim Deed Grantor), and LENT CHRISTOPHER CARR II ("Tenant, newly Granted Quitclaim Deed Property Owner, and Gift Recipient).

Witnesseth

In consideration of the mutual promises herein contained, and elsewhere (specifically a Quitclaim Deed attached hereto by reference entered into by BOTH PARTIES) the Landlord agree to rent, fee free of cost, lease and herewith acknowledge Quitclaim Deed of remised property Granted/Gifted to LENT CHRISTOPHER CARR, in valuable consideration of Ten Dollars 0/100, ($10.00) who hereby accept as Tenant and Grantee Deed Holder of Property/Land, nominally, the premises located at 4160 Laurinburg Road, Raeford, NC 28376, county of Hoke, State of north Carolina on the terms and conditions hereinafter set forth:

1. TERM: This lease shall extend for a perpetual period of years to no end, beginning this 16th day of October, 2017 through all times of perpetuity, irrespective of Grantor's Gift of the above mentioned property as evidenced by the attached legal Quitclaim Deed granted Grantee pursuant to applicable north Carolina State, and Federal laws, including but not limited to NCGS and IRS Tax laws, etc.

2 RENTAL: The Tenant shall pay the Landlord rent for the premises as follows: $0.00 0/100 in consideration of Grantor's Gift in Quitclaim Deed, and GIFT of fee free rent as hereby agreed and legally enforceable under contract law and procedures.

3. IMPROVEMENTS AND ALTERATIONS: Tenant/Grantee may make any improvements, alterations, additions or place any sign on said premises without the prior written consent of the Landlord/Grantor. If any locks are changed on premises, interior or exterior, a set of keys will be maintained by Tenant/Grantee. Any signs placed on exterior of building will meet zoning requirements of City of Raeford. All improvements, expressed or implied shall be at the sole expense of Tenant/Grantee.

4. MAINTENANCE AND REPAIRS: The Tenants acknowledge that they have inspected the premises and hereby accept the premises in its current physical condition. The Tenant/Grantee will maintain and make all repairs to the roof and exterior walls of the building and will provide parking for vehicles. The Tenant will keep maintained and repaired the interior of the premises, to include small plumbing leaks and repairs, changing electrical fuses, changing of furnace filters, painting, ceiling tiles etc. The Tenant will be responsible for any and all repairs that are caused by the negligence of the Tenant, their agents or employees; and shall be repaired by Tenant at his sole expense immediately.

5. INSURANCE: Tenant/Grantee party may insure their own interest in the leased/quitclaim premises against loss by fire or other casualty and make himself the party to whom loss benefits are payable. The Landlord/Grantor shall not be responsible for the loss of or damage to property, or injury to persons, occurring in or about the leased/deeded remised premises, by reason of any existing or future condition, defect, matter or thing in said leased/remised premises or the property of which the premises are a part, or for the acts, omissions or negligence of third persons or tenant/grantee in and about the said property. The Tenant/Grantee agree to indemnify and save the Landlord/Grantor harmless from all claims and liability for losses of or damage to property, or injuries to persons occurring in or about the leased/deeded premises unless caused by the negligence of the Landlord/Grantor, including, but not limited to, all claims and liability caused by the negligence of Tenant/Grantee, their agents, employees, invitees, and independent contractors excepting unforeseen liens or taxes previously attributable

consideration of the annexed Quitclaim Deed.

6. CASUALTY: In the event the premises are rendered untenantable by fire or other casualty, Tenant / Grantee may promptly repair the premises to its prior state.

7. TAXES: During the term of this Lease / Quitclaim Deed the Tenant / Grantee shall pay all taxes and assessments imposed upon the land and the building; the Tenant / Grantee shall pay all taxes and assessments imposed by reason of any improvements, which he may make or by reason of his own property and inventory stored therein.

8. UTILITIES: During the term of this perpetual Lease / attached Quitclaim Deed the Tenant / Grantee shall provide and pay for all electricity, heat, water, gas, sewer, telephone, and other utility charges upon said premises. Tenant / Grantee is responsible for the yard maintenance. The yard, parking area, driveway, and outside of premises.

9. ASSIGNMENT AND SUBLETTING: The Tenant / Grantee shall have the right to assign or sublet the lease premises during the term of this perpetual Lease / Quitclaim Deed arrangement.

In Testimony whereof, the parties hereto have caused this Perpetual Agreement and Lease / Quit claim gift Deed as evidenced herein to be executed in duplicate originals, one of which is retained by each of the parties, this the date and year first above written.

Jannette Jordan
LANDLORD / GRANTEE

EMMAUS, Greater Pentecostal Assembly, Churches of the First Born International, Inc

By: [signature]
KENT C. CARR II

Attested by: [signature]
Deltarina V. Diaz
— Secretary

BK 1244 PG 0006

0317
0228

BK317 PG0228

HOKE COUNTY
28

03-10-94

$14.00

STATE OF NORTH CAROLINA





Real Estate Excise Tax

Excise Tax

HOKE COUNTY, N.C. FILED
NO.
MAR 10 1994
1:45 O'CLOCK P M
DELLA MAYNOR
REGISTER OF DEEDS

Recording Time, Book and Page

Tax Lot No. ........ Parcel Identifier No. ........
Verified by ........ County on the .... day of ........, 19 ....
by ........

Mail after recording to ........

This instrument was prepared by BOBBY BURNS McNEILL OF THE FIRM OF HOSTETLER & McNEILL, ATTORNEYS
Brief description for the Index
NO TITLE SEARCH

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 14th day of January, 19 94, by and between

| GRANTOR | GRANTEE |
|---|---|
| WRIGHT & BEST, INC. | Mail<br>JOHN ROBERSON and wife,<br>KATIE ROBERSON<br>Route 1, Box ~~124~~ 122<br>Raeford, North Carolina 28376<br><br>RECEIVED 3-10-94<br>RETURNED 3-15-94<br>DELLA MAYNOR<br>REGISTER OF DEEDS |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of ........, Blue Springs Township, Hoke County, North Carolina and more particularly described as follows:

BEING ALL OF LOTS NO. TEN (10) and ELEVEN (11) OF THE McNEILL SUBDIVISION as shown in Book 8, Page 103, Slide 210 of the Hoke County Public Registry to which reference is hereby made.

APPROVED FOR RECORDING
TAX SUPERVISOR KB

Certificate of Approval for Recording
I hereby certify that this transaction hereon has been found to comply with the Subdivision Regulations of the County of Hoke, North Carolina, and that this has been approved for recording in the Office of the Register of Deeds of Hoke County.
Karen Burd

0317
0229

BK 1244 PG 0007

BK317 PG0229

The property hereinabove described was acquired by Grantor by instrument recorded in ..................

A map showing the above described property is recorded in Plat Book .................. page..........

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.
Title to the property hereinabove described is subject to the following exceptions:

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

WRIGHT & BEST, INC.
(Corporate Name)

By: Julian H. Wright
JULIAN H. WRIGHT
President

ATTEST: Thomas F. Wright
THOMAS F. WRIGHT
Secretary (Corporate Seal)

USE BLACK INK ONLY

..........(SEAL)
..........(SEAL)
..........(SEAL)
..........(SEAL)

SEAL-STAMP
CORPORATE SEAL

NORTH CAROLINA, .................. County.

Use Black Ink

I, a Notary Public of the County and State aforesaid, certify that .................. Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this ...... day of .................., 19......

My commission expires: .................. .................. Notary Public

SEAL-STAMP
NOTARY PUBLIC ... COUNTY

NORTH CAROLINA, HOKE County.

Use Black Ink

I, a Notary Public of the County and State aforesaid, certify that THOMAS F. WRIGHT personally came before me this day and acknowledged that he is Secretary of WRIGHT & BEST, INC. a North Carolina corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its President, sealed with its corporate seal and attested by him as its Secretary.

Witness my hand and official stamp or seal, this 14th day of January, 19 94.

My commission expires: 6-24-94 Sherry M. Pridgen Notary Public

The foregoing Certificate(s) of Sherry M. Pridgen

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

Dolly Maynor REGISTER OF DEEDS FOR Hoke COUNTY

By .................. Deputy/Assistant - Register of Deeds

BK 1244 PG 0008

0256
0119

119

APPROVED FOR RECORDING
TAX SUPERVISOR

Filed: October 7, 1987
Time: 3:30 P.M.
Book: 256
Page: 119

Excise Tax 13.50

Recording Time, Book and Page

Tax Lot No. Parcel Identifier No.
Verified by County on the day of , 19

Mail after recording to

This instrument was prepared by BOBBY BURNS McNEILL OF THE FIRM OF HOSTETLER & McNEILL, ATTORNEYS
Brief description for the Index

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 14th day of August, 19 87, by and between

| GRANTOR | GRANTEE |
| --- | --- |
| EVERLENA E. COVINGTON<br>wife of Sylvester Covington | JOHN ROBERSON and wife,<br>KATIE ANN ROBERSON<br>127 Milford Street<br>Brooklyn, New York 11206 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of , Blue Springs Township, Hoke County, North Carolina and more particularly described as follows:

Lying and being about five (5) miles South of Raeford, on U. S. Highway No. 401, and BEGINNING point being located in the U. S. Highway No. 401 right of way N 63-00 E 100 feet from where the northern edge of U. S. Highway No. 401 right of way intersects with the Wilkes line and runs thence N 27-00 W 200 feet; thence N 63-00 E 100 feet; thence S 27-00 E 200 feet to the northern right of way of U. S. Highway No. 401; thence with the right of way of U. S. Highway No. 401, S 63-00 W 100 feet to the point of BEGINNING, and being a part of that property described in Book 133, at Page 50 of the Hoke County Public REgistry.

BK 1244 PG 0009

0256
0115

APPROVED FOR RECORDING
TAX SUPERVISOR

Filed: October 7, 1987 115
Time: 3:29 P.M.
Book: 256
Page: 115

Excise Tax 3.50

Recording Time, Book and Page

Tax Lot No. Parcel Identifier No.
Verified by County on the day of , 19

Mail after recording to

This instrument was prepared by BOBBY BURNS McNEILL OF THE FIRM OF HOSTETLER & McNEILL, ATTORNEYS

Brief description for the Index

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this day of , 19 , by and between

| GRANTOR | GRANTEE |
|---|---|
| WRIGHT AND BEST, INC. | JOHN ROBERSON and wife, KATIE ANN ROBERSON 127 Milford Street Brooklyn, New York 11208 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of , Township, County, North Carolina and more particularly described as follows:

Lying and being in Blue Springs Township of Hoke County, North Carolina, described as follows:

BEGINNING at an iron stake in the Northern edge of U.S. 401, said stake being the Southeast corner of the Sylvester Covington residence lot, previously owned by Melvin, and currently being sold to John Roberson and wife, and also being North 63 East, 200 feet from a control corner, an iron pipe in the center of a ditch, John Alex Wilkes Estate line; and running from said beginning point N 27 W 200 feet to a stake; thence North 63 EAst 100 feet; thence South 27 E 100 feet to the northern edge of U. S. Highway No. 401; thence with the northern edge of U. S. Highway No. 401, South 63 WEst 100 feet to the point of BEGINNING.

Being all of Lot No. One (1) as shown in Map Book 8, at Page 103 of the Hoke County Public REgistry to which reference is also hereby made.

BK 1244 PG 0010

119

0256
0119

APPROVED FOR RECORDING
TAX SUPERVISOR

Filed: October 7, 1987
Time: 3:30 P.M.
Book: 256
Page: 119

Recording Time, Book and Page

Excise Tax 13.50

Tax Lot No. ... Parcel Identifier No. ...
Verified by ... County on the ... day of ... 19...
by ...

Mail after recording to

This instrument was prepared by BOBBY BURNS McNEILL OF THE FIRM OF HOSTETLER & McNEILL, ATTORNEYS

Brief description for the Index

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 14th day of August, 19 87, by and between

| GRANTOR | GRANTEE |
|---|---|
| EVERLENA E. COVINGTON<br>wife of Sylvester Covington | JOHN ROBERSON and wife,<br>KATIE ANN ROBERSON<br>127 Milford Street<br>Brooklyn, New York 11208 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of ..., Blue Springs Township, Hoke County, North Carolina and more particularly described as follows:

Lying and being about five (5) miles South of Raeford, on U. S. Highway No. 401, and BEGINNING point being located in the U. S. Highway No. 401 right of way N 63-00 E 100 feet from where the northern edge of U. S. Highway No. 401 right of way intersects with the Wilkes line and runs thence N 27-00 W 200 feet; thence N 63-00 E 100 feet; thence S 27-00 E 200 feet to the northern right of way of U. S. Highway No. 401; thence with the right of way of U. S. Highway No. 401, S 63-00 W 100 feet to the point of BEGINNING, and being a part of that property described in Book 133, at Page 50 of the Hoke County Public REgistry.

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977



0120

The property hereinabove described was acquired by Grantor by instrument recorded in ..............................

A map showing the above described property is recorded in Plat Book .......... page ..........

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

[illegible]

of the Register of Deeds [illegible]

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

| | USE BLACK INK ONLY | |
|---|---|---|
| ........................ (Corporate Name) | | EVERLENA E. COVINGTON (SEAL) |
| By: ........................ President | | ........................ (SEAL) |
| ATTEST: | | ........................ (SEAL) |
| ........................ Secretary (Corporate Seal) | | ........................ (SEAL) |

SEAL-STAMP NOTARY PUBLIC NEW JERSEY

NORTH CAROLINA, .................... County.

I, a Notary Public of the County and State aforesaid, certify that ESSEX OF NEW JERSEY EVERLENA E. COVINGTON, WIFE OF SYLVESTER COVINGTON Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this 15 day of August, 19 87.

REGINA ONEIL

My commission expires: Notary Public, State of New Jersey My Commission Expires Oct. 1, 1990 Regina Oneil Notary Public

SEAL-STAMP

NORTH CAROLINA, .................... County.

I, a Notary Public of the County and State aforesaid, certify that .................... personally came before me this day and acknowledged that .... he is .................... Secretary of .................... a North Carolina corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its .................... President, sealed with its corporate seal and attested by .................... as its .................... Secretary.

Witness my hand and official stamp or seal, this ...... day of ...................., 19.......

My commission expires: .................... Notary Public

The foregoing Certificate(s) of Regina Oneil ....................

are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

Della B Jaynor REGISTER OF DEEDS FOR Hoke COUNTY

.................... Deputy/Assistant - Register of Deeds

Estoppel Certificate
4160 Laurinburg RD

FILED Apr 04, 2018 10:27:37 am
BOOK 01224
PAGE 0867 THRU 0875
INSTRUMENT # 01748
RECORDING $26.00
EXCISE TAX (None)

FILED
HOKE COUNTY, NC
CAMILLE D. HURST
REGISTER
OF DEEDS
JOP

## ESTOPPEL CERTIFICATION/AFFIDAVIT BY GRANTEE/OWNER

Prepared by - Lent Carr

STATE NORTH CAROLINA

COUNTY OF HOKE

That on 23 October 2017, Jannetta Jordan, Grantor/s and beneficiary to Kattie Ann Roberson, (deceased) previous property owner as herein fully described did convey all of the property fee simple and for valuable consideration in that certain deed as pertaining to lots or parcels of land and all amenities thereon, nominally known as 4160 Laurinburg Road, Raeford North Carolina 28376, as recorded in Book No(S). 317; 256; , Page No(S). 0228; 119; and 115 Parcel No(S). 39413-00-01-054; 39413-00-01-055 and 39413-00-01-119 by means of her sworn Quit Claim Deed gift grant to Lent Christopher Carr, Grantee/s as evidenced by the attached (Quit Claim Deed) and dated 23 October 2017 conveying the following property.

SEE ATTACHED EXHIBIT "A"

**BEING ALL OF LOTS NO. TEN (10) and ELEVEN (11) OF THE McNEILL SUBDIVISION as shown in Book 8, Page 103, Slide 210 of the Hoke County Public Registry to which reference is hereby made;**

**Lying and being about five (5) miles South of Raeford, on U.S. 401, and BEGINNING point being located in the U.S. Highway No. 401 right of way N. 63-00 E 100 feet where the northern edge of U.S. Highway No. 401 right of way intersects with the Wilks line and runs thence N. 27-00 E 200 feet to the northern right of way of U.S. Highway No. 401; thence with the right of way of U.S. Highway No. 401, S 63-00 W 100 feet to the point of BEGINNING, and being a part of that property described in Book 133, at Page 50 of the Hoke County Public Registry;**

**Lying and being in Blue Springs Township of Hoke County, North Carolina, described as follows:**

**BEGINNING at an iron stake in the Northern edge of U.S. 401, said stake being the Southeast corner of the Sylvester Covington residence lot, previously owned by Melvin, and currently being sold to John Roberson and wife, and also being North 63 East, 200 feet from a control corner, an iron pipe in the center of a ditch, John Alex Wilkes Estate line; and running from said beginning point N 27 W 200 feet to a stake; thence North 63 East 100 feet; thence South 27 E 100 feet to the northern edge of U.S. Highway**

**No. 401, South 63 WEst 100 feet to the point of BEGINNING**

**Being all of Lot No. One (1) as shown in Map Book 8, at Page 103 of the Hoke County Public Registry to which reference is also hereby made.**

**See that Deed recorded in Book(S) 317 and 256, Page(S) 0228; 119 and 115 of the Hoke County Public Registry for further title information.**

SEE ATTACHED EXHIBITS "B" "C" and "D"

That the aforesaid deed is/was intended to be and is an absolute conveyance of the title to said land to the Grantee/s, and was not and is not now intended as a mortgage, trust conveyance, or security of any kind; that it was the intention of the Grantor/s to convey to Grantee/s all right, title and interest absolutely in and to said premises: that possession of said premises has been surrendered to the Grantee/s;

That in the execution and delivery of said deed said Grantor/s was not acting under any misapprehension as to the legal effect thereof, acted freely and voluntarily, was not acting under any coercion or duress; that the consideration for said deed was a gift by and from Grantor/s deed holder as recorded in Deed Book at Book 01062, Page 0168;

Said real property gift being in the combined amount of $138,400.00 as established by appraisal and Hoke County's Tax Assessors as fully agreed and accepted to by the parties; and that at the time of the making of said deed said Grantor/s conveying said real property affirmed under sworn oath and now Grantee/s believes the same to be correct, and do hereby receive the same for value and fee simple that the aforesaid consideration therefore represents the fair value of the property so deeded;

That by executing said deed to Grantee/s, the Grantee/s believes upon information and belief, and hereby accepts that the Grantor/s is/are solvent and have no other creditors whose rights would be prejudiced by this conveyance, and that the Grantor/s is/are not obligated under any judgment, bond, mortgage, obligation or other encumbrance whereby any lien has been created or exists against the premises described in said deed;

That Grantee/s believes and accepts to the extent of his personal beliefs and information that the aforesaid deed was not given as a preference against any other creditors of the Grantor/s; that at the time the conveyance was given there was no other person, firm, or corporation other than Grantor/s interested, either directly or indirectly in the premises;

This affidavit and estoppel certificate is made for the sole protection and benefit of the Grantee/s in said deed, its successors and assigns, and all other parties hereafter dealing with or who may acquire an interest in the land herein described, and specifically any title insurer which may insure the title to said land in reliance hereof;

That the affiant will testify, declare, depose, or certify before any competent tribunal or person in any case now pending or hereafter brought as to the facts hereinabove setout.

By: [signature] (SEAL)
Lent Christopher Carr, Grantee/Successor

Sworn to and subscribed before me this
the 3RD day of April, 2018.

Darrall F Murchison

Notary Public

My Commission Expires: 9-22-21

DARRALL F MURCHISON NOTARY PUBLIC HOKE COUNTY, NC (seal/stamp)

North Carolina Quitclaim Deed

Mail after recording to EMMAUS CORP Legal Briefing Firm C/O DeMarina Diaz, Esq. P.O. Box [illegible] Raleigh, NC [illegible]

This instrument prepared by Jannetta Jordan, Grantor

Brief description for the index : 4100 Laurinburg Road, Raeford, NC 28376 [illegible] the 2 attached tracts or land associated with the premises above (please refer to typed property description attached to this document for further reference).

This QUITCLAIM DEED made this the 16th day of [illegible], in the year 2017, by and between

| GRANTOR | GRANTEE |
|---|---|
| Jannetta Jordan | Lent Christopher Carr |
| P.O. Box 2419 | 35[illegible] Laurinburg Road |
| Raleigh, NC 2760[illegible] | Raeford, NC 28376 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors and assigns, and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

Witnesseth that said Grantor, for and in consideration of ten dollars and other consideration to them in hand paid, the receipt of which is hereby acknowledged, have remised and released and by these presents do remise, release and forever quitclaim unto the Grantee and his heirs and assigns all rights, titles, claims, and interest of said Grantor in and to a certain tract or parcel of land lying and being in the County of HOKE and State of North Carolina, in Raeford Township, and more particularly described as follows : (please refer to attached typed document of description of property)

Grantor acquired the property herein above described by instrument recorded in Book [illegible] at page [illegible].

a map showing the above described property is recorded in Map/Cabinet ______ at page ______.

To have and to hold the aforesaid tract or parcel of land and all privileges thereunto belonging to the said Grantee and his heirs and assigns free and discharged from all right, title, claim or interest of the said Grantor or anyone claiming by, and through or under them. Title to the property hereinabove described is subject to the following exceptions, if any;

Any and all of Public Record

In Testimony whereof, said Grantor have hereunto set their hand and seal the day and year first above written.

Jannette Jordan (SEAL)

Name/Signature of Grantor

State of North Carolina

County of Wake

State of North Carolina
County of Wake
This instrument was acknowledged before me on 23 day of October, 2017
by Titania Baggett
[signature]
Notary Public Signature
My Commission Expires 05/31/2022

TITANIA BAGGETT NOTARY PUBLIC WAKE COUNTY, N.C.

I, a Notary Public of said State and County aforesaid, do hereby certify that Jannette Jordan, Grantor, personally appeared before me this day, and (i) I have personal knowledge of the identity of the Grantor, or (ii) I have been satisfactory evidence of the Grantor's identity, by current state or federal identification with the Grantor photograph(s) in the form of ______, or
(iii) a credible witness has sworn to the identity of the Grantor each acknowledging to me that he/she voluntarily signed the foregoing document for the purpose stated herein and in the capacity indicated.

BK 1224 PG 0872

BK317 PG228

HOKE COUNTY 26 | 03-10-94

$14.00

STATE OF NORTH CAROLINA



Real Estate Excise Tax

Excise Tax

HOKE COUNTY, N.C. FILED

NO.

MAR 10 1994

1:45 O'CLOCK P. M

DELLA MAYNOR

REGISTER OF DEEDS

Recording Time, Book and Page

Tax Lot No. ... Parcel Identifier No.

Verified by ... County on the day of ..., 19

Mail after recording to

This instrument was prepared by BOBBY BURNS McNEILL OF THE FIRM OF HOSTETLER & McNEILL, ATTORNEYS

Brief description for the Index

NO TITLE SEARCH

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 14th day of January, 19 94, by and between

| GRANTOR | GRANTEE |
|---|---|
| WRIGHT & BEST, INC. | 7th ail<br>JOHN ROBERSON and wife, KATIE ROBERSON<br>Route 1, Box ~~124~~ 12x<br>Raeford, North Carolina 28376 |

RECEIVED 3-10-94

RETURNED 3-15-94

DELLA MAYNOR

REGISTER OF DEEDS

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of ..., Blue Springs Township, Hoke County, North Carolina and more particularly described as follows:

BEING ALL OF LOTS NO. TEN (10) and ELEVEN (11) OF THE McNEILL SUBDIVISION as shown in Book 8, Page 103, Slide 210 of the Hoke County Public Registry to which reference is hereby made.

APPROVED FOR RECORDING
TAX SUPERVISOR KD

1111

Certificate of Approval for Recording
I hereby certify that this transaction hereon has been found to comply with the Subdivision Regulations of the County of Hoke, North Carolina, and that this has been approved for recording in the Office of the Register of Deeds of Hoke County.

[signature] Karen Bird

BK 1224 PG 0873

BK 317 PG 0229

The property hereinabove described was acquired by Grantor by instrument recorded in

A map showing the above described property is recorded in Plat Book .... page ....

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

WRIGHT & BEST, INC. (Corporate Name) ........(SEAL)

By: JULIAN H. WRIGHT, President ........(SEAL)

ATTEST: THOMAS F. WRIGHT, Secretary (Corporate Seal) ........(SEAL)

........(SEAL)

USE BLACK INK ONLY

SEAL-STAMP — CORPORATE SEAL

NORTH CAROLINA, ........ County.

I, a Notary Public of the County and State aforesaid, certify that ........ Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this ...... day of ........, 19.....

My commission expires: ........ Notary Public

Use Black Ink

SEAL-STAMP

NORTH CAROLINA, HOKE County.

I, a Notary Public of the County and State aforesaid, certify that THOMAS F. WRIGHT personally came before me this day and acknowledged that he is ........ Secretary of WRIGHT & BEST, INC. a North Carolina corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its President, sealed with its corporate seal and attested by him as its Secretary.

Witness my hand and official stamp or seal, this 14th day of January, 19 94.

My commission expires: 6-24-94 Sherry M. Pridgen Notary Public

Use Black Ink

The foregoing Certificate(s) of Sherry M. Pridgen

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

Dale Maynor ........ REGISTER OF DEEDS FOR Hoke COUNTY

By ........ Deputy/Assistant - Register of Deeds

BK 1224 PG 0874

119

APPROVED FOR RECORDING
TAX SUPERVISOR

Filed: October 7, 1987
Time: 3:30 P.M.
Book: 256
Page: 119

Excise Tax 13.50

Recording Time, Book and Page

... Lot No. Parcel Identifier No.
...ed by County on the day of , 19

... after recording to

...is instrument was prepared by BOBBY BURNS McNEILL OF THE FIRM OF HOSTETLER & McNEILL, ATTORNEYS

...ef description for the Index

# NORTH CAROLINA GENERAL WARRANTY DEED

...is DEED made this 14th day of August , 19 87 , by and between

| GRANTOR | GRANTEE |
| --- | --- |
| EVERLENA E. COVINGTON<br>wife of Sylvester Covington | JOHN ROBERSON and wife,<br>KATIE ANN ROBERSON<br>127 Milford Street<br>Brooklyn, New York 11208 |

...nter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

...ITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby ...nowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that ...tain lot or parcel of land situated in the City of , Blue Springs Township, Hoke County, North Carolina and more particularly described as follows:

Lying and being about five (5) miles South of Raeford, on U. S. Highway No. 401, and BEGINNING point being located in the U. S. Highway No. 401 right of way N 63-00 E 100 feet from where the northern edge of U. S. Highway No. 401 right of way intersects with the Wilkes line and runs thence N 27-00 W 200 feet; thence N 63-00 E 100 feet; thence S 27-00 E 200 feet to the northern right of way of U. S. Highway No. 401; thence with the right of way of U. S. Highway No. 401, S 63-00 W 100 feet to the point of BEGINNING, and being a part of that property described in Book 133, at Page 50 of the Hoke County Public REgistry.

BK 1224 PG 0875

115

APPROVED FOR RECORDING
TAX SUPERVISOR

Filed: October 7, 1987
Time: 3:29 P.M.
Book: 256
Page: 115

Excise Tax 3.50

Recording Time, Book and Page

Parcel Identifier No.

day of , 19

after recording to

This instrument was prepared by BOBBY BURNS McNEILL OF THE FIRM OF HOSTETLER & McNEILL, ATTORNEYS

Brief description for the Index

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this day of , 19 , by and between

| GRANTOR | GRANTEE |
|---|---|
| WRIGHT AND BEST, INC. | JOHN ROBERSON and wife,<br>KATIE ANN ROBERSON<br>127 Milford Street<br>Brooklyn, New York 11208 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of Township, County, North Carolina and more particularly described as follows:

Lying and being in Blue Springs Township of Hoke County, North Carolina, described as follows:

BEGINNING at an iron stake in the Northern edge of U.S. 401, said stake being the Southeast corner of the Sylvester Covington residence lot, previously owned by Melvin, and currently being sold to John Roberson and wife, and also being North 63 East, 200 feet from a control corner, an iron pipe in the center of a ditch, John Alex Wilkes Estate line; and running from said beginning point N 27 W 200 feet to a stake; thence North 63 EAst 100 feet; thence South 27 E 100 feet to the northern edge of U. S. Highway No. 401; thence with the northern edge of U. S. Highway No. 401, South 63 WEst 100 feet to the point of BEGINNING.

Being all of Lot No. One (1) as shown in Map Book 8, at Page 103 of the Hoke County Public REgistry to which reference is also hereby made.