# TRUSTEE EXHIBIT 2

# 521 Gatlin Farm Road

521 GATLIN Farm Rd
69446 000 1055

FILED Oct 05, 2018 04:11:17 pm
BOOK 01243
PAGE 1026 THRU 1033 B

BK 1243 PG 1026

FILED
HOKE COUNTY, NC
CAMILLE D. HURST

North Carolina Quit Claim Deed

mail after recording to: EMMAUS CORP. Legal Briefing Firm C/O DeHarina Diaz, Esq. P.O. Box 27193, Raleigh, NC 27611.

This instrument prepared by: Jannetta Jordan, Grantor

Brief description for the index: 521 Gatlin Farm Road, Raeford, NC 28376

(refer to typed property description attached to this document for further reference).

This certifies that pin 69446000105 5 is free of any delinquent ad valorem Tax liens charged to the Hoke County Tax Collector; but does not certify that the deed description matches the PIN.
Collection Clerk Signature
Date: 10/5/2018
NCGS 161-31

This QUITCLAIM DEED made this the 16th day of October, in the year 2017, by and between

INSTRUMENT # 05745
RECORDING $51.00
EXCISE TAX (None)

REGISTER OF DEEDS
JOP

| GRANTOR | GRANTEE |
|---|---|
| JANNETTA JORDAN | LENT CHRISTOPHER CARR |
| P.O. Box 2419 | 3300 Laurinburg Road |
| Raleigh, NC 27602 | Raeford, NC 28376 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

Witnesseth, that said Grantor, for and in consideration of ten dollars and other consideration to them in hand paid, the receipt of which is hereby acknowledged, have remised and released and by these present do remise, and forever quitclaim unto the Grantee and his heirs and assigns all rights, title, claim, and interest of said Grantor in and to a certain tract or parcel of land lying and being in the County of HOKE, the State of North Carolina, in Raeford Township, and more particularly described as follows: (please refer to attached property description)

Grantor acquired the property herein above described by instrument recorded in Book 01062 at page 0168.

A map showing the above described property is recorded in MAP/Cabinet ________ at page ________.

To Have and to Hold the aforesaid tract or parcel of land and all priviledges thereunto belonging to him the said Grantee and his heirs and assigns free and discharged from all right, title, claim or interest of the said Grantor or anyone claiming by, and through or under them. Title to the property hereinabove described is subject to the following exceptions if any:

Any and all of Public Record

In Testimony whereof, said Grantor have hereunto set their hands and seal the day and year first above written.

Jannetta Jordan 10/23/17
Name/Signature of Grantor

State of North Carolina
County of Wake

State of North Carolina
County of Wake
This instrument was acknowledged before me on 23 day of October, 2017
by Titania Baggett
[signature]
Notary Public Signature
My Commission Expires 05/31/2022

TITANIA BAGGETT NOTARY PUBLIC WAKE COUNTY, N.C.

I, a notary Public, of said State and county aforesaid, do hereby certify that Jannetta Jordan, Grantor, personally appeared before me this day, and (i) I have personal knowledge of the identity of the Grantor, or (ii) I have seen satisfactory evidence of the Grantor's identity, by current state or federal identification with the Grantor photograph in the form of ________________, or (iii) a credible witness has sworn to the identity of the Grantor each acknowledging to me that he/she voluntarily signed the foregoing document for the purpose stated herein and in the capacity indicated.

State of North Carolina
County of HOKE

Agreement and Perpetual Lease / Quitclaim Deed

This agreement, Perpetual Lease, and attached Quitclaim Deed of legal Right made and entered into this 16th day of October, 2017, by and between Jannetta Jordan ("Landlord, Owner and Quitclaim Deed Gift Grantor"), and LENT Christopher Carr ("Tenant, newly Granted Quitclaim Deed Property Owner, and Gift Recipient").

Witnesseth

In consideration of the mutual promises herein contained, and elsewhere (specifically a Quitclaim Deed attached Hereto by reference entered into by BOTH PARTIES) the Landlord agree to rent, fee free of cost, lease and herewith acknowledge Quitclaim Deed of remised property Granted/ Gifted to Lent Christopher Carr, in valuable consideration of Ten Dollars 0/100, ($10.00) who hereby accept as Tenant and Grantee Deed Holder of Property/Land, nominally, the premises located at 521 Gatlin Farm Road, Raeford, NC 28376, County of Hoke, State of North Carolina on the terms and conditions hereinafter set forth:

1. TERM: This lease shall extend for a perpetual period of years to no end, beginning on October 16, 2017 through all times of perpetuity, irrespective of Grantor's Gift of the above mentioned property as evidenced by the attached legal Quitclaim Deed granted Grantee pursuant to applicable North Carolina State, and Federal laws, including but not limited to NCGS and IRS Tax Laws, etc.

2. RENTAL: The Tenant shall pay to Landlord rent for the premises as follows: $0.00 0/100 in consideration of Grantor's GIFT in Quitclaim Deed, and GIFT of fee free rent as hereby agreed and legally enforceable under contract law and procedures.

notwithstanding, any such future taxes shall be paid by Tenant/Grantee in consideration of the annexed Quitclaim Deed.

6. CASUALTY: In the event the premises are rendered untenantable by fire or other casualty, Tenant/Grantee may promptly repair the premises to its prior state.

7. TAXES: During the term of this Lease/Quitclaim Deed the Tenant/Grantee shall pay all taxes and assessments imposed upon the land and the building; the Tenant/Grantee shall pay all taxes and assessments imposed by reason of any improvements, which he may make or by reason of his own property and inventory stored therein.

8. UTILITIES: During the term of this perpetual Lease/attached Quitclaim Deed the Tenant/Grantee shall provide and pay for all electricity, heat, water, gas, sewer, telephone, and other utility charges upon said premises. Tenant/Grantee is responsible for the yard maintenance, the yard, parking area, driveway, and outside premises.

9. ASSIGNMENT AND SUBLETTING: The Tenant/Grantee shall have the right to assign or sublet the lease premises during the term of this perpetual Lease/Quitclaim Deed arrangement.

In Testimony Whereof, the parties hereto have caused this Perpetual Agreement and Lease/Quitclaim gift Deed as evidenced herein to be executed in duplicate originals, one of which is retained by each of the parties, this the date and year first above written.

Jannette Gordon
Landlord/Grantee

EMMAUS, Greater ~~Reveo~~ Pentecostal Assembly, Churches of the First Born International, Inc.

By: [signature]
Lent C. Carr II

Attested by: [signature]
DeHarina V. Diaz
— Secretary

Estoppel Certificate
521 Gatlin

BK 1243 PG 1030

## ESTOPPEL CERTIFICATION/AFFIDAVIT BY GRANTEE/OWNER

STATE NORTH CAROLINA

COUNTY OF HOKE

That on 23 October 2017, Jannetta Jordan, Grantor/s did convey all of the property in fee simple and for valuable consideration in that certain deed as pertaining to lot or parcel of land and all amenities thereon, nominally known as 521 Gatlin Farm Road, Raeford North Carolina 28376, as recorded in Book No. 01062, Page No. 0168; Parcel No. 694460001055 by means of her sworn Quit Claim Deed gift grant to Lent Christopher Carr, Grantee/s as evidenced by the attached (Quit Claim Deed) and dated 23 October 2017 conveying the following property.

SEE ATTACHED EXHIBIT "A"

**A certain tract of parcel of land in Raeford Township, Hoke County, NC, situated about 2.5 miles northeast of Raeford, NC fronting on the south side of a 60 foot wide unnamed street, being further described as follows:**

**BEGINNING at an iron pipe in the south right of way line of a 60 foot wide tree, said iron pipe being located N 86-44-10 W 690.00 feet from the northwest corner of the Perry McNeill lot described in Deed Book 228, Page 533 in the Hoke County Registry; running thence from the beginning as the south right of way line of said street, N. 86-44-10 W 90 feet to an iron pipe; thence leaving said street S 02-55-05 W 224.87 feet to an iron pipe; thence S. 86-44-10 E 90.00 feet to an iron pipe; thence N 02-55-05 E 224.87 feet to the beginning containing 0.46 acre more or less and being a portion of the Upchurch Milling & Storage Company tracts described in Deed Book 128, Page 309 and in Deed Book 228, Page 267 in the Hoke County Registry and being Lot No. 23.**

**See that Deed recorded in Book 426, Page 006 of the Hoke County Public Registry for further title information.**

SEE ATTACHED EXHIBIT "B"

That the aforesaid deed is/was intended to be and is an absolute conveyance of the title to said land to the Grantee/s, and was not and is not now intended as a mortgage, trust conveyance, or security of any kind; that it was the intention of the Grantor/s to convey to Grantee/s all right, title and interest absolutely in and to said premises; that possession of said premises has been surrendered to the Grantee/s;

That in the execution and delivery of said deed said Grantor/s was not acting under any misapprehension as to the legal effect thereof, acted freely and voluntarily, was not acting under any coercion or duress; that the consideration for said deed was a gift by and from Grantor/s deed holder as recorded in Deed Book at Book 01062, Page 0168;

Said real property gift being in the amount of $29,050.00 as established by appraisal and Hoke County's Tax Assessors as fully agreed and accepted to by the parties; and that at the time of the making of said deed said Grantor/s conveying said real property affirmed under sworn oath and now Grantte/s believes the same to be correct, and do hereby receive the same for value and fee simple that the aforesaid consideration therefore represents the fair value of the property so deeded;

That by executing said deed to Grantee/s, the Grantee/s believes and hereby accepts that the Grantor/s is/are solvent and have no other creditors whose rights would be prejudiced by this conveyance, and that the Grantor/s is/are not obligated under any judgment, bond, mortgage, obligation or other encumbrance whereby any lien has been created or exists against the premises described in said deed;

That Grantee/s believes and accepts to the extent of his personal beliefs and information that the aforesaid deed was not given as a preference against any other creditors of the Grantor/s; that at the time the conveyance was given there was no other person, firm, or corporation other than Grantor/s interested, either directly or indirectly in the premises;

This affidavit and estoppel certificate is made for the sole protection and benefit of the Grantee/s in said deed, its successors and assigns, and all other parties hereafter dealing with or who may acquire an interest in the land herein described, and specifically any title insurer which may insure the title to said land in reliance hereof;

That the affiant will testify, declare, depose, or certify before any competent tribunal or person in any case now pending or hereafter brought as to the facts hereinabove setout.

By: [signature] (SEAL)

Lent Christopher Carr, Grantee/Successor

Sworn to and subscribed before me this the 3RD day of April, 2018.

Darrall F Murchison

Notary Public

DARRALL F MURCHISON NOTARY PUBLIC HOKE COUNTY, NC

(seal/stamp)

My Commission Expires: 9-22-21

67746000 1055

BK 1243 PG 1032

North Carolina Quit-Claim Deed

Mail after recording to: EMMAUS CORP. Legal Briefing Firm c/o Deltarina Diaz, Esq. P.O. Box 27193, Raleigh, NC 27611.

This instrument prepared by: Junnetta Jordan, Grantor

Brief description for the index: 521 Gatlin Farm Road, Raeford, NC 28376

(refer to typed property description attached to this instrument for further reference).

This QUITCLAIM DEED made this the 16th day of October, in the year 2017, by and between

| GRANTOR | GRANTEE |
|---|---|
| JUNNETTA JORDAN | LENT CHRISTOPHER CARR |
| P.O. Box 849 | [illegible] |
| Raeford, NC 28376 | Raeford NC [illegible] |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

Witnesseth, that said Grantor, for and in consideration of ten dollars and other consideration to the in hand paid, the receipt of which is hereby acknowledged, has remised and released and by these present do remise, and forever quit-claim unto the Grantee and his heirs and assigns all rights, title, claim, and interest of said Grantor in and to a certain tract or parcel of land lying and being in the County of HOKE, the state of North Carolina, in [illegible] Township, and more particularly described as follows (please refer to attached property description)

Grantor acquired the property herein above described by instrument recorded in [illegible] at page [illegible]

A map showing the above described property is recorded in MAP Cabinet ______ at page ______

To Have and to Hold the aforesaid tract or parcel of land and all privileges thereunto belonging to him the said Grantee and his heirs and assigns free and discharged from all right, title, claim or interest of the said Grantor or anyone claiming by and through or under them. Title to the property hereinabove described is subject to the following exceptions if any:

Any and all of Public Record.

In testimony whereof, said Grantor have hereunto set their hands and seal the day and year first above written.

Jannetta Jordan 10/23/17
______________________
Name/Signature of Grantor

State of North Carolina

County of Wake

I, a Notary Public, of said State and County, do hereby certify that Jannetta Jordan, Grantor, personally appeared before me this day, and (i) I have personal knowledge of the identity of the Grantor, or (ii) I have seen satisfactory evidence of the Grantor's identity, by current state or federal identification with the Grantor photograph in the form of ______________________, or (iii) a credible witness has sworn to the identity of the Grantor each acknowledging to me that he/she voluntarily signed the foregoing document for the purpose stated herein and in the capacity indicated.

TITANIA BAGGETT NOTARY PUBLIC WAKE COUNTY, N.C.

State of North Carolina

County of Wake

This instrument was acknowledged before me on 23 day of October, 2017

by Titania Baggett

Titania Baggett
Notary Public Signature

My Commission Expires 05/31/2022

BK 1243 PG 1033A

BK:01062 PG:0168

1062
0168

FILED
HOKE COUNTY NC
CAMILLE HURST
REGISTER OF DEEDS

| | |
|---|---|
| FILED | Dec 03, 2013 |
| TIME | 01:52:58 pm |
| BOOK | 01062 |
| START PAGE | 0168 |
| END PAGE | 0169 |
| INSTRUMENT # | 08035 |
| RECORDING | $26.00 |
| EXCISE TAX | $60.00 |

NL

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax:$ 60.00

Parcel Identifier No. 694460001055

Mail/Box to: WMFS, PO Box 126, Raeford, NC 28376
This instrument was prepared by: William C. Fields, Jr., Attorney – NO TITLE CERTIFICATION
Brief description for the Index: Lot 23, 521 Gatlin Farm Road, Raeford, NC, 28376

THIS DEED made this 25 day of October, 2013 by and between

| GRANTOR | GRANTEE |
|---|---|
| **Elsie Bowen, widow.**<br>**Derrick Thompson, single.** | **Janetta Jordan, single.**<br>**3300 Laurinburg Road**<br>**Raeford, NC 28376.** |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the Raeford Township, Hoke County, North Carolina and more particularly described as follows:

**A certain tract or parcel of land in Raeford Township, Hoke County, NC, situated about 2.5 miles northeast of Raeford, NC fronting on the south side of a 60 foot wide unnamed street, being further described as follows:**

**BEGINNING at an iron pipe in the south right of way line of a 60 foot wide tree, said iron pipe being located N 86-44-10 W 690.00 feet from the northwest corner of the Perry McNeill lot described in Deed Book 228, Page 533 in the Hoke County Registry; running thence from the beginning as the south right of way line of said street, N 86-44-10 W 90 feet to an iron pipe; thence leaving said street S 02-55-05 W 224.87 feet to an iron pipe; thence S 86-44-10 E 90.00 feet to an iron pipe; thence N 02-55-05 E 224.87 feet to the beginning containing 0.46 acre more or less and being a portion of the Upchurch Milling & Storage Company tracts described in Deed Book 128, Page 309 and in Deed Book 228, Page 267 in the Hoke County Registry and being Lot No. 23.**

**See that Deed recorded in Book 426, Page 006 of the Hoke County Public Registry for further title information.**

All or a portion of the property herein conveyed does not include the primary residence of a Grantor.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

1. Subject to Restrictive Covenants of record if any and Utility Easements, if any.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_______________(Seal) Elsie Bowen, widow.

_______________(Seal) Derrick Thompson, single.

APPROVED FOR RECORDING
TAX [illegible]

COUNTY OF HOKE
STATE OF NORTH CAROLINA

I certify that the following person(s) personally appeared before me this day, and X I have personal knowledge of the identity of the principal(s); ☐ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a ______________________; ☐ a credible witness has sworn to the identity of the principal(s); each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: **Elsie Bowen, widow.**

Date: 10/25/13

Rebekah F. Palush
Notary Public

My Commission Expires: 8/16/17

REBEKAH F PALUSH
NOTARY PUBLIC
HOKE COUNTY, NC
My Commission Expires 8-16-2017

COUNTY OF HOKE
STATE OF NORTH CAROLINA

I certify that the following person(s) personally appeared before me this day, and ☐ I have personal knowledge of the identity of the principal(s); ☐ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a ______________________; X a credible witness has sworn to the identity of the principal(s); each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: **Derrick Thompson, single.**

Date: 10/25/13

Rebekah F. Palush
Notary Public

My Commission Expires: 8/16/17

REBEKAH F PALUSH
NOTARY PUBLIC
HOKE COUNTY, NC
My Commission Expires 8-16-2017

NC Bar Association Form No. 3 © 1976, Revised © 1/1/2010
Printed by Agreement with the NC Bar Association

Estoppel Certificate 521 Gatlin

FILED Apr 04, 2018 10:30:49 am
BOOK 01224
PAGE 0876 THRU 0881
INSTRUMENT # 01749
RECORDING $26.00
EXCISE TAX (None)

FILED
HOKE COUNTY, NC
CAMILLE D. HURST
REGISTER
OF DEEDS
JOP

# ESTOPPEL CERTIFICATION/AFFIDAVIT BY GRANTEE/OWNER

Prepared by - Lent Carr

STATE NORTH CAROLINA

COUNTY OF HOKE

That on 23 October 2017, Jannetta Jordan, Grantor/s did convey all of the property in fee simple and for valuable consideration in that certain deed as pertaining to lot or parcel of land and all amenities thereon, nominally known as 521 Gatlin Farm Road, Raeford North Carolina 28376, as recorded in Book No. 01062, Page No. 0168; Parcel No. 694460001055 by means of her sworn Quit Claim Deed gift grant to Lent Christopher Carr, Grantee/s as evidenced by the attached (Quit Claim Deed) and dated 23 October 2017 conveying the following property.

SEE ATTACHED EXHIBIT "A"

**A certain tract of parcel of land in Raeford Township, Hoke County, NC, situated about 2.5 miles northeast of Raeford, NC fronting on the south side of a 60 foot wide unnamed street, being further described as follows:**

**BEGINNING at an iron pipe in the south right of way line of a 60 foot wide tree, said iron pipe being located N 86-44-10 W 690.00 feet from the northwest corner of the Perry McNeill lot described in Deed Book 228, Page 533 in the Hoke County Registry; running thence from the beginning as the south right of way line of said street, N. 86-44-10 W 90 feet to an iron pipe; thence leaving said street S 02-55-05 W 224.87 feet to an iron pipe; thence S. 86-44-10 E 90.00 feet to an iron pipe; thence N 02-55-05 E 224.87 feet to the beginning containing 0.46 acre more or less and being a portion of the Upchurch Milling & Storage Company tracts described in Deed Book 128, Page 309 and in Deed Book 228, Page 267 in the Hoke County Registry and being Lot No. 23.**

**See that Deed recorded in Book 426, Page 006 of the Hoke County Public Registry for further title information.**

SEE ATTACHED EXHIBIT "B".

That the aforesaid deed is/was intended to be and is an absolute conveyance of the title to said land to the Grantee/s, and was not and is not now intended as a mortgage, trust conveyance, or security of any kind; that it was the intention of the Grantor/s to convey to Grantee/s all right, title and interest absolutely in and to said premises; that possession of said premises has been surrendered to the Grantee/s;

That in the execution and delivery of said deed said Grantor/s was not acting under any misapprehension as to the legal effect thereof, acted freely and voluntarily, was not acting under any coercion or duress; that the consideration for said deed was a gift by and from Grantor/s deed holder as recorded in Deed Book at Book 01062, Page 0168;

Said real property gift being in the amount of $29,050.00 as established by appraisal and Hoke County's Tax Assessors as fully agreed and accepted to by the parties; and that at the time of the making of said deed said Grantor/s conveying said real property affirmed under sworn oath and now Grantte/s believes the same to be correct, and do hereby receive the same for value and fee simple that the aforesaid consideration therefore represents the fair value of the property so deeded;

That by executing said deed to Grantee/s, the Grantee/s believes and hereby accepts that the Grantor/s is/are solvent and have no other creditors whose rights would be prejudiced by this conveyance, and that the Grantor/s is/are not obligated under any judgment, bond, mortgage, obligation or other encumbrance whereby any lien has been created or exists against the premises described in said deed;

That Grantee/s believes and accepts to the extent of his personal beliefs and information that the aforesaid deed was not given as a preference against any other creditors of the Grantor/s; that at the time the conveyance was given there was no other person, firm, or corporation other than Grantor/s interested, either directly or indirectly in the premises;

This affidavit and estoppel certificate is made for the sole protection and benefit of the Grantee/s in said deed, its successors and assigns, and all other parties hereafter dealing with or who may acquire an interest in the land herein described; and specifically any title insurer which may insure the title to said land in reliance hereof;

That the affiant will testify, declare, depose, or certify before any competent tribunal or person in any case now pending or hereafter brought as to the facts hereinabove setout.

By: [signature] (SEAL)
Lent Christopher Carr, Grantee/Successor

Sworn to and subscribed before me this the 3RD day of April, 2018.

Darrall F Murchison
Notary Public

DARRALL F MURCHISON NOTARY PUBLIC HOKE COUNTY, NC

(seal/stamp)

My Commission Expires: 9-22-21

6744 6000 1055

North Carolina Quitclaim Deed

Mail after recording to: Emmaus [illegible] Legal Briefing Firm [illegible] Dalmarina Diaz, Esq P.O. Box 27193 Raleigh, NC 27611.

This instrument prepared by: Jeanette Jessen, Grantor

Brief description for the index: 521 Gatlin Farm Road, Raeford, NC 28376. (refer to typed property description attached to this document for further reference)

This QUITCLAIM DEED made this the 10th day of October, in the year 2017, by and between

GRANTOR

Jeanette [illegible]

P.O. Box [illegible]

[illegible], NC [illegible]

GRANTEE

LENT CHRISTOPHER CARR

[illegible]

[illegible]

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

Witnesseth, that said Grantor, for and in consideration of ten dollars and other consideration [illegible] paid, the receipt of which is hereby acknowledged, has [illegible] and [illegible] [illegible] presents the [illegible], and forever quitclaim unto the Grantee and his heirs and assigns all rights, title, claim, and interest of said Grantor in and to a certain tract or parcel of land lying and being in the County of HOKE, the State of North Carolina, in [illegible] Township, and more particularly described as follows (please refer to attached property description)

Grantor acquired the property herein above described by instrument recorded in [illegible]

A map showing the above described property is recorded in Map [illegible]

__________ at page __________

To Have and to Hold the aforesaid tract or parcel of land and all privileges thereunto belonging to him the said Grantee and his heirs and assigns free and discharged from all right, title, claim or interest of the said Grantor or anyone claiming by, under and through [illegible] [illegible] [illegible] [illegible]. The property hereinabove described is subject to the following exceptions of [illegible]:

[illegible] and all of Public Record

In testimony whereof, said Grantor have hereunto set their hands and seal the day and year first above written.

Jannette Jordan 10/23/17

[illegible] Signature of Grantor

State of North Carolina

County of Wake

TITANIA BAGGETT NOTARY PUBLIC WAKE COUNTY, N.C.

State of North Carolina
County of Wake
This instrument was acknowledged before me on 23 day of October, 2017 by Titania Baggett

Titania Baggett
Notary Public Signature
My Commission Expires 05/31/2022

I, a Notary Public of said State and County [illegible], do hereby certify that Jannette Jordan, Grantor, [illegible] appeared before me this day, and (i) I have personal knowledge of the identity of the Grantor; or [illegible] I have seen satisfactory evidence of the Grantor's identity, by current state or federal identification with the Grantor photograph in the form of ____________________, or [illegible] a credible witness has sworn to the identity of the Grantor each acknowledging to me that he/she voluntarily signed the foregoing instrument for the purpose stated therein and in the capacity indicated.

BK 1224 PG 0880

BK:01062 PG:0168

1062
0168

FILED
HOKE COUNTY NC
CAMILLE HURST
REGISTER OF DEEDS

| | |
|---|---|
| FILED | Dec 03, 2013 |
| TIME | 01:52:58 pm |
| BOOK | 01062 |
| START PAGE | 0168 |
| END PAGE | 0169 |
| INSTRUMENT # | 08035 |
| RECORDING | $26.00 |
| EXCISE TAX | $60.00 |

NL

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax:$ 60.00

Parcel Identifier No. 694460001055

Mail/Box to: WMFS, PO Box 126, Raeford, NC 28376
This instrument was prepared by: William C. Fields, Jr., Attorney – NO TITLE CERTIFICATION
Brief description for the Index: Lot 23, 521 Gatlin Farm Road, Raeford, NC, 28376

THIS DEED made this 25 day of October, 2013 by and between

| GRANTOR | GRANTEE |
|---|---|
| Elsie Bowen, widow.<br>Derrick Thompson, single. | Janetta Jordan, single.<br>3300 Laurinburg Road<br>Raeford, NC 28376. |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the Raeford Township, Hoke County, North Carolina and more particularly described as follows:

A certain tract or parcel of land in Raeford Township, Hoke County, NC, situated about 2.5 miles northeast of Raeford, NC fronting on the south side of a 60 foot wide unnamed street, being further described as follows:

BEGINNING at an iron pipe in the south right of way line of a 60 foot wide tree, said iron pipe being located N 86-44-10 W 690.00 feet from the northwest corner of the Perry McNeill lot described in Deed Book 228, Page 533 in the Hoke County Registry; running thence from the beginning as the south right of way line of said street, N 86-44-10 W 90 feet to an iron pipe; thence leaving said street S 02-55-05 W 224.87 feet to an iron pipe; thence S 86-44-10 E 90.00 feet to an iron pipe; thence N 02-55-05 E 224.87 feet to the beginning containing 0.46 acre more or less and being a portion of the Upchurch Milling & Storage Company tracts described in Deed Book 128, Page 309 and in Deed Book 228, Page 267 in the Hoke County Registry and being Lot No. 23.

See that Deed recorded in Book 426, Page 006 of the Hoke County Public Registry for further title information.

All or a portion of the property herein conveyed does not include the primary residence of a Grantor.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

1. Subject to Restrictive Covenants of record if any and Utility Easements, if any.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_______________________(Seal)
Elsie Bowen, widow.

_______________________(Seal)
Derrick Thompson, single.

APPROVED FOR RECORDING
TAX ADMINISTRATOR

COUNTY OF HOKE
STATE OF NORTH CAROLINA

I certify that the following person(s) personally appeared before me this day, and X I have personal knowledge of the identity of the principal(s); ☐ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a ____________________; ☐ a credible witness has sworn to the identity of the principal(s); each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: **Elsie Bowen, widow.**

Date: 10/25/13 ____________ Rebekah F. Palush ____________ Notary Public

My Commission Expires: 8/16/17

REBEKAH F PALUSH
NOTARY PUBLIC
HOKE COUNTY, NC
My Commission Expires 8-16-2017

COUNTY OF HOKE
STATE OF NORTH CAROLINA

I certify that the following person(s) personally appeared before me this day, and ☐ I have personal knowledge of the identity of the principal(s); ☐ I have seen satisfactory evidence of the principal's identity, by a current state or federal identification with the principal's photograph in the form of a ____________________; X a credible witness has sworn to the identity of the principal(s); each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: **Derrick Thompson, single.**

Date: 10/25/13 ____________ Rebekah F. Palush ____________ Notary Public

My Commission Expires: 8/16/17

REBEKAH F PALUSH
NOTARY PUBLIC
HOKE COUNTY, NC
My Commission Expires 8-16-2017

1081
0829

BK:01081 PG:0829

FILED
HOKE COUNTY NC
CAMILLE D. HURST
REGISTER OF DEEDS

| | |
|---|---|
| FILED | Jun 17, 2014 |
| TIME | 11:19:46 am |
| BOOK | 01081 |
| START PAGE | 0829 |
| END PAGE | 0830 |
| INSTRUMENT # | 03353 |
| RECORDING | $26.00 |
| EXCISE TAX | (None) |

ELB

Recording requested by: Michele Mitchell
When recorded, mail to:
Name: Jannetta Jordan
Address: 1302 Saltwell Place
City: Fayetteville
State/Zip: North Carolina 28314

Space above reserved for use by Recorder's Office
Document prepared by:
Name: Michele Mitchell
Address: 3585 Torbay Dr.
City/State/Zip: Fayetteville, NC 28311

Property Tax Parcel/Account Number: 694460001055

# Quitclaim Deed

This Quitclaim Deed is made on June 16, 2014, between Michele Mitchell, Grantor, of 3585 Torbay Dr., City of Fayetteville, State of North Carolina, and Jannetta Jordan, Grantee, of 1302 Saltwell Place, City of Fayetteville, State of North Carolina.

For valuable consideration, the Grantor hereby quitclaims and transfers all right, title, and interest held by the Grantor in the following described real estate and improvements to the Grantee, and his or her heirs and assigns, to have and hold forever, located at 521 Gatlin Farm Road,
City of Raeford, State of North Carolina:

**A certain tract or parcel of land in Raeford Township, Hoke County, NC situated about 2.5 miles northeast of Raeford, NC on the south side of a 60 foot wide unnamed street, being further described as follows:**
**See that Deed recorded in Book 426, Page 006 of the Hoke County Public Registry for further title information.**

Subject to all easements, rights of way, protective covenants, and mineral reservations of record, if any. Taxes for the tax year of 2014 shall be prorated between the Grantor and Grantee as of the date of recording of this deed.

APPROVED FOR RECORDING
TAX SUPERVISOR

Dated: 2014 06 17

Signature of Grantor

Michele Mitchell
Name of Grantor

State of North Carolina County of Cumberland
On 2014 06 17, the Grantor, Michele Mitchell,
personally came before me and, being duly sworn, did state and prove that he/she is the person described in the above document and that he/she signed the above document in my presence.

Notary Signature

Notary Public,
In and for the County of Cumberland State of North Carolina
My commission expires: 2015 02 10 Seal

Send all tax statements to Grantee.




1077
0443

BK:01077 PG:0443

FILED
HOKE COUNTY NC
CAMILLE HURST
REGISTER OF DEEDS

| | |
|---|---|
| FILED | May 06, 2014 |
| TIME | 01:11:30 pm |
| BOOK | 01077 |
| START PAGE | 0443 |
| END PAGE | 0444 |
| INSTRUMENT # | 02505 |
| RECORDING | $26.00 |
| EXCISE TAX | (None) |

JOP

Recording requested by: Jannetta Jordan
When recorded, mail to:
Name: Michele Mitchell
Address: 3585 Torbay Dr.
City: Fayetteville
State/Zip: North Carolina 28311

Space above reserved for use by Recorder's Office
Document prepared by:
Name: Jannetta Jordan
Address: 1302 Saltwell Place
City/State/Zip: Fayetteville, NC 28314

Property Tax Parcel/Account Number: 694460001055

# Quitclaim Deed

This Quitclaim Deed is made on April 5, 2014, between Jannetta Jordan, Grantor, of 1302 Saltwell Place, City of Fayetteville, State of North Carolina, and Michele Mitchell, Grantee, of 3585 Torbay Dr., City of Fayetteville, State of North Carolina.

For valuable consideration, the Grantor hereby quitclaims and transfers all right, title, and interest held by the Grantor in the following described real estate and improvements to the Grantee, and his or her heirs and assigns, to have and hold forever, located at 521 Gatlin Farm Road, City of Raeford, State of North Carolina:

**A certain tract or parcel of land in Raeford Township, Hoke County, NC situated about 2.5 miles northeast of Raeford, NC on the south side of a 60 foot wide unnamed street, being further described as follows:**

**See that Deed recorded in Book 426, Page 006 of the Hoke County Public Registry for further title information.**

Subject to all easements, rights of way, protective covenants, and mineral reservations of record, if any. Taxes for the tax year of 2014 shall be prorated between the Grantor and Grantee as of the date of recording of this deed.

APPROVED FOR RECORDING
TAX SUPERVISOR

Dated: 4/5/14

Jannetta Jordan
Signature of Grantor

JANNETTA JORDAN
Name of Grantor

State of North Carolina County of Cumberland
On 2014 04 05, the Grantor, JAnnettA Jordan,
personally came before me and, being duly sworn, did state and prove that he/she is the person described in the above document and that he/she signed the above document in my presence.

Notary Signature

Notary Public,
In and for the County of Cumberland State of North Carolina
My commission expires: 2015 02 10 Seal

Send all tax statements to Grantee.





9446-00-01-053

PREPARED BY DUNCAN B. MCFADYEN, III

**NO TITLE CERTIFICATION**

STATE OF NORTH CAROLINA

COUNTY OF HOKE

Book 0426 Page 0006
FILED
HOKE COUNTY NC
DELLA MAYNOR-BOWEN
REGISTER OF DEEDS
8-17-1999 3:02:30
RECEIPT NO. 63992-001
BY DELLA MAYNOR-BOWEN
REGISTER OF DEEDS

**WARRANTY DEED RESERVING A LIFE ESTATE**

THIS DEED made this 16th day of ~~February~~ August, 1999, by and between ELSIE BARRON BOWEN, formerly ELSIE THOMPSON, **reserving a life estate unto herself**, and her husband, JAMES J. BOWEN, hereinafter referred to as Grantors, and DERRICK THOMPSON, 521 Gatlin Farm Road, Raeford, North Carolina 28376, hereinafter referred to as Grantee;

WITNESSETH:

That the Grantors, for and in consideration of the sum of TEN DOLLARS, and other good and valuable considerations to them in hand paid by the Grantee, the receipt of which is hereby acknowledged, have bargained and sold and by these presents do bargain, sell, and convey unto the Grantee a remainder interest in fee simple, all that certain lot or parcel of land located in Raeford Township, Hoke County, North Carolina, and more particularly described as follows:

> A certain tract or parcel of land in Raeford Township, Hoke County, N. C. situated about 2.5 miles northeast of Raeford, N. C. fronting on the south side of a 60 foot wide unnamed street, being further described as follows:
>
> BEGINNING at an iron pipe in the south right of way line of a 60 foot wide street, said iron pipe being located N 86-44-10 W 690.00 feet from the northwest corner of the Perry McNeill lot described in Deed Book 228, Page at Page 533 in the Hoke County Registry; running thence from the beginning as the south right of way line of said street, N 86-44-10 W 90 feet to an iron pipe; thence leaving said street S 02-55-05 W 224.87 feet to an iron pipe; thence S 86-44-10 E 90.00 feet to an iron pipe; thence N 02-55-05 E 224.87 feet to the beginning containing 0.46 acre more or less and being a portion of the Upchurch Milling & Storage Company tracts described in Deed Book 128, Page 309 and in Deed Book 228, Page 267 in the Hoke County Registry and being Lot No. 23.
>
> See that Deed recorded in Book 246, Page 143 of the Hoke County Public Registry for further title information.

TO HAVE AND TO HOLD the aforesaid tract or parcel of land, together with all privileges and appurtenances thereunto belonging, or in any wise appertaining, unto the Grantee, her heirs and/or successors and assigns forever.

And the said Grantors covenant that they are seized of the premises in fee simple, and have the right to convey the same in fee simple, and that they will warrant and defend the title herein conveyed against the lawful claims of all persons whomsoever, subject to the Life Estate of Elsie Barron Bowen reserved herein.

OX, MCFADYEN
& FIELDS
RNEYS AT LAW
EFORD, N. C.

RECEIVED 8-17-99
RETURNED 8-24-99
DELLA MAYNOR - BOWEN
REGISTER OF DEEDS

IN WITNESS WHEREOF, the Grantors have hereunto set their hands and seals the day and year first above written.

(SEAL)
ELSIE BARRON BOWEN

(SEAL)
JAMES J. BOWEN

STATE OF NORTH CAROLINA

COUNTY OF HOKE

I, a notary public of said county and state, do hereby certify that ELSIE BARRON BOWEN and husband, JAMES J. BOWEN personally appeared before me this date and acknowledged the execution of the foregoing Deed.

WITNESS my hand and notary seal this the 16th day of ~~February,~~ August 1999. LCW

My commission Expires: 1-30-2000 Linda G. Williams
Notary Public

NOTARY PUBLIC HOKE COUNTY

... been approved for recording in the Office of the Register of Deeds of Hoke County.

Timothy J. Clark

THE FOREGOING CERTIFICATE(S) OF Linda G. Williams

IS/ARE CERTIFIED TO BE CORRECT. THIS INSTRUMENT AND THIS CERTIFICATE ARE DULY REGISTERED AT THE DATE AND TIME AND IN THE BOOK AND PAGE SHOWN ON THE FIRST PAGE HEREOF.
DELLA MAYNOR-BOWEN REGISTER OF DEEDS FOR HOKE COUNTY
BY [signature] DEPUTY/~~ASST~~ REGISTER OF DEEDS

WILLCOX, MCFADYEN & FIELDS
ATTORNEYS AT LAW
RAEFORD, N. C.