# TRUSTEE EXHIBIT 3

# 3300 Laurinburg Road

 3300 Laurinburg

1274
- 0015

FILED Aug 01, 2019 04:42:14 pm
BOOK 01274
PAGE 0015 THRU 0024
INSTRUMENT # 04596
RECORDING $26.00
EXCISE TAX (None)

FILED
HOKE COUNTY, NC
CAMILLE D. HURST
REGISTER
OF DEEDS
LSB

**NOTICE BY DEBTOR AND ORDER OF FEDERAL JUDGE AUTHORIZING PRIVATE SALE OF DEBTOR'S REAL PROPERTY AND TRANSFER OF LIENS OR INTERESTS TO PROCEEDS**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

**IN RE:**

**CHAPTER 13**
**B-1880386 C-13D**

LENT CHRISTOPHER CARR, II
And DELTARINA V. CARR
3300 LAURINBURG RD.
RAEFORD, NC 28376

Debtor(s)

**NOTICE** and accompaniment **JUDICIAL ORDER**, is hereby given that the above-named debtor(s) who filed a plan under Chapter 13 of the Bankruptcy Code under which the undersigned is the Debtor, along with his Wife, Deltarina V. Carr, on 20 March 2018, pursuant to an order entered in said case on 05 July 2019, gives NOTICE(S) that under 11 U.S.C. § 363(f), The Honorable Judge Lena Mansori James, United States Bankruptcy Judge, has issued, decreed and entered Order that the Debtor(s) named above may "sell their residential real property at 3300 Laurinburg Road, Raeford, NC 28376 (hereinafter, the "real property")(See, *Exhibit A*, **"DESCRIPTION OF PROPERTY"**) and transfer of any liens or interests in the real property to the proceeds (Also see attached hereto *Exhibit B*, **"ORDER AUTHORIZING PRIVATE SALE OF DEBTOR'S REAL PROPERTY AND TRANSFER OF LIENS OR INTERESTS TO PROCEEDS"** 05 July 2019).

Further, on 04 April 2018, Jannetta Delois Pigford Jordan, (hereinafter "Jordan") a then alleged claimant who's falsely asserted claim and interest in said real property listed above via a quantum meruit styled complaint, and an illegally made lis pendens vis-a-vis alleged "money owed" her against Debtor, Lent Christopher Carr, totaling $255,000.00 (18 CVS 239) was heard in its native form on the merit as that case mentioned and filed within the ambit of Hoke County Court (18 CVS 239), and bearing the same alleged set of facts, occurrences, circumstances, arguments and alleged money owed by that of The Honorable Judge Lena Mansori James, United States Bankruptcy Judge, whereby that Finder of Fact Ruled upon The Debtor's bone fide dispute in their Verified Objection Motion theretofor on 26 October 2018, that Jordan was indeed not entitled to anything of the Debtor(s), specifically her falsely asserted claim of $255,000.00 quantum meruit claim, (containing no supporting contract, memorandum of agreement nor truth to back such an outlandish assertion in North Carolina Law, nor established Federal Laws for that matter). Hence, that Court entered its Order denying, disallowing and rejecting Jordan's non-meritorious and obfuscating claims under File No.: 18-80386. (See that Order attached, *Exhibit C*, **"ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM"** 26 October 2018).

HOKE COUNTY
10 July 2019

Lent Christopher Carr, II, Affiant/Debtor
(919)-417-6768

Further the affiant sayeth not.

This 10th day of July, 2019.

1274
0016

STATE OF NORTH CAROLINA

COUNTY OF HOKE

I, Woody Locklear Jr., a Notary Public of said County and State, do hereby certify that Lent Christopher Carr II personally appeared before me this day and acknowledged the due execution of the foregoing instrument denominated **NOTICE** BY DEBTOR AND ORDER OF FEDERAL JUDGE AUTHORIZING PRIVATE SALE OF DEBTOR'S REAL PROPERTY AND TRANSFER OF LIENS OR INTERESTS TO PROCEEDS.

Witness my hand and official seal this 10 day of July, 2019.

Notary Public

My commission expires: 5/28/2023

**[SEAL OR STAMP]**

WOODY LOCKLEAR JR
NOTARY
PUBLIC
ROBESON COUNTY, NC

Drafted by and mail to:
Lent Christopher Carr, II, Affiant/Debtor
3300 Laurinburg Road
Raeford, North Carolina 28376

# EXHIBIT "A"

## Description of Property

Owner: LENT CHRISTOPHER CARR a/k/a LENT CHRISTOPHER CARR, II
Title reference: Book 01207 Page 0977
PIN: 39413-00-01-095
Property Location: Laurinburg Road, Raeford, NC

All that certain tract or parcel of land situated in Hoke County, North Carolina and more particularly described as follows:

*"BEGINNING at an iron stake in a ditch in the north edge of U.S. Highway 401, Hendrix's corner, and running thence N 12-45 W 350 feet to an iron at an oak; thence S 84-00 W 424.5 feet to a stake, the northwest corner of Tract No. 1 as shown in Book of Maps 1, Page 129 of the Hoke County Public Registry; thence S 9-15 E 510 feet to a steel blade in the north edge of the U.S. Highway 401, McNeill's corner; thence N 62-30 E 475 feet along the north edge of said U.S. Highway 401 to the point of beginning.*

*This description is taken from a map by R.H. Gatlin, Registered Surveyor, dated 10-5-57, and the property herein described contains 4.2 acres.*

*THERE IS EXCEPTED FROM THIS CONVEYANCE THE FOLLOWING TWO TRACTS:*

*Tract I:*

*A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N.C., lying about 75 yards northwest of U.S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west, J.B. McLeod on the north and Willie Harrell on the east, being further described as follows:*

*Beginning at an iron pipe with two pine pointers, said iron pipe being the northwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with the John K. McNeill tract described in Deed Book 106 at Page 8 and the J.B. McLeod tract described in Deed Book 145 at Page 984 in the Hoke County Registry; running thence from the beginning as the common line of J.B. McLeod and the aforementioned Willie Harrell 4.2 acre tract; N 82-21 E 150.00 feet to a 5/8 inch iron set in the north line of said Harrell 4.2 acre tract; thence a new line, S 22-22.2 E. 254.88 feet to a 5/8 inch iron; thence a new line, S 62-30 W 222.95 feet to a 5/8 inch iron in the west line of said Harrell 4.2 acre tract; thence as the west line of said 4.2 acre tract, a common line with John K. McNeill, N 08-33 W 322.26 feet to the point of beginning, containing 1.2 acre, more or less, as surveyed by Leland D. Strother, R.L.S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry.*

*Tract II:*

*A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N.C., fronting on the northwest side of U.S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west and Willie Harrell on the east, being further described as follows:*

Exhibit A

1274
0018

*Beginning at an iron blade 50.3 feet north of the center line of the pavement of U.S. Highway No. 401, said iron blade being the southwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with John K. McNeill tract described in Deed Book 106 at Page 8 in the Hoke County Registry; running thence from the beginning as the common line of Harrell and McNeill, N 08-93 W 187.64 feet to a 5/8 inch iron set in said common line of Harrell and McNeill; thence a new line N 62-30 E 222.95 feet to a 5/8 iron; thence a new line S 22-22.2 E 178.18 feet to a 5/8 inch iron set in the southeast line of the Harrell 4.2 acre tract, said iron being 50.8 feet northwest of the center line of the pavement of U.S. Highway No. 401; thence as the southeast line of said Harrell 4.2 acre tract, generally as the northwest right-of-way line of U.S. Highway No. 401, S 62-30 W 267.95 feet to the beginning, containing 1.0 acre, more or less, as surveyed by Leland D. Strother, R.L.S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry."*

1274
0019 **SO ORDERED.**



**SIGNED this 5th day of July, 2019.**

LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

In re:
Lent Christopher Carr II
and Deltarina V. Carr,

Debtors.

Case No. 18-80386

Chapter 13

**ORDER AUTHORIZING PRIVATE SALE OF DEBTOR'S REAL PROPERTY AND TRANSFER OF LIENS OR INTERESTS TO PROCEEDS**

THIS MATTER came before the court for hearing on June 20, 2019 upon the Motion by the Debtors to sell their residential real property at 3300 Laurinburg Road, Raeford, NC (the "real property") and transfer of any liens or interests in the real property to the proceeds under 11 U.S.C. § 363(f). At the hearing, Erich Fabricius, Esq. appeared on behalf of the Debtors; Benjamin E. Lovell, Esq. appeared on behalf of the standing Trustee; Jannetta Jordan appeared *pro se;* and the Debtors appeared. The court, after considering the record, statements of counsel, and testimony of Mr. Carr, finds and orders as follows:

1. The Debtors filed a petition for relief under chapter 13 of the Bankruptcy Code on March 20, 2018.

Exhibit B

1274
0020

2. On April 4, 2018, Janetta Jordan filed a complaint for money owed against Lent Christopher Carr (18 CVS 239) along with a notice of lis pendens in Hoke County, North Carolina.

3. Ms. Jordan filed a proof of claim in this case on May 13, 2018 asserting a claim in the amount of $255,000.00.

4. The Debtors filed an objection to Ms. Jordan's claim, and on October 26, 2018, this court entered an order disallowing the claim.

5. The Debtors now seek permission to sell the real property to Thomas Jerome Marshall (the Purchaser) for a purchase price of $568,000.00. At the hearing, Mr. Carr presented testimony that established that the purchase price is fair and reasonable.

6. In response to the Debtors' Motion, Ms. Jordan filed a motion for limited stay of the sale. At the hearing, Ms. Jordan's primary concern appeared to be whether the Purchaser had sufficient funds to purchase the real property. Certainly, if the Purchaser is unable to pay the contract price of $568,000.00 on the closing date, then the sale of the real property will not occur. This order does not authorize the Debtors to transfer the real property to the Purchaser absent payment of the contract price in full. Therefore, Ms. Jordan's request that the sale be stayed is denied.

7. Under 11 U.S.C. § 363(f)(4) the court may authorize the sale of real property free and clear of any interest if such interest is in bona fide dispute.

8. The court finds that any interest that Ms. Jordon might assert in the real property is in bona fide dispute such that the court may authorize the sale with the transfer of any asserted interest to the proceeds of the sale.

9. Therefore, the Debtors' Motion to sell the real property to Thomas Jerome Marshall for $568,000.00 is granted. Nevertheless, the court does not approve the terms and conditions of the purchase contract other than to generally authorize the sale of the real property for a purchase price of $568,000.00.

10. All liens (excluding pre-petition and post-petition ad valorem taxes) and interests in the real property, other than the estate, are transferred to the sale proceeds.

1274
0021

11. The Debtors are authorized to execute any and all documents necessary to consummate the transfer and pay ad valorem taxes (pre-petition and post-petition) and other customary selling expenses from the sales proceeds.

12. The closing agent or attorney shall remit any remaining net proceeds (the "net proceeds") to the Chapter 13 Trustee. The closing agent shall also send a copy of the final signed HUD settlement statement or other settlement statement together with the net proceeds directed to be paid to the Trustee hereunder, to the Chapter 13 Office, attn.: Lindsay A. Autry, 3518 Westgate Drive, Suite 400, Durham, NC 27707.

13. The stay under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is not applicable to the provisions of the order.

14. Erich Fabricius, Esq. is allowed the presumptive fee of $350.00 for services rendered in the filing of this Motion which shall be paid through the Debtors' plan.

**END OF DOCUMENT**

1274
0022

## PARTIES TO BE SERVED

Lent C. Carr, III
Deltarina V. Carr
Debtors

Erich Fabricius
Attorney for Debtors

Richard M. Hutson, II
Trustee

Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376

William Miller
US Bankruptcy Administrator

1274
0023

**SO ORDERED.**

**SIGNED this 26th day of October, 2018.**

LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| Lent Christopher Carr II | ) | |
| Deltarina V. Carr | ) | |
| | ) | |
| Debtors | ) | |

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM**

On October 18, 2018, a hearing was held on the Debtors' Objection to the claim of Jannetta Jordan (Claim No. 5) in the amount of $255,000.00. At the hearing, Erich Fabricius, Esq. appeared on behalf of the Debtors and Benjamin E. Lovell, Esq., appeared on behalf of the Standing Trustee, and no other party appeared. The Court, after considering the Objection in this matter and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the claimant, Jannetta Jordan, after proper notice has failed to respond or appear at the hearing and the Objection should be sustained; therefore, it is

ORDERED that the Debtors' Objection to the claim of Jannetta Jordan (Claim No. 5) is sustained and the claim in the amount of $255,000.00 is disallowed.

END OF DOCUMENT

Exhibit C

1274
0024

**PARTIES TO BE SERVED**
**Page 1 of 1**
**B-18-80386 C-13D**

| | |
|---|---|
| Erich Fabricius, Esq.<br>Attorney for Debtors | CM/ECF electronic mail |
| Richard M. Hutson II, Esq.<br>Standing Trustee | CM/ECF electronic mail |
| William P. Miller, Esq.<br>U.S. Bankruptcy Administrator | CM/ECF electronic mail |
| Jannetta Jordan<br>4160 Laurinburg Road<br>Raeford, NC 28376 | |

FILED May 08, 2018 09:40:38 am
BOOK 01228
PAGE 0376 THRU 0376
INSTRUMENT # 02508
RECORDING $26.00
EXCISE TAX (None)

FILED
HOKE COUNTY, NC
CAMILLE D. HURST
REGISTER
OF DEEDS
JOP

**NOTICE OF VOID OF POWER OF ATTORNEY, QUITCLAIM DEEDS AND PROPERTY MANAGEMENT AGREEMENT**

**RE: LENT CHRISTOPHER CARR II**

As of 12/22/2017 a verbal notice was provided to Lent Carr II from Jannetta Jordan informing him that the; Power of Attorney, Quitclaim Deeds, Property Management Agreement and all other agreements verbal or otherwise provided to him by Jannetta Jordan are nullified and voided. Lent Carr continues to falsify statements and attempt to illegally possess Jannetta Jordan's properties using said documents. This notice is a written notification that **ALL** verbal and written agreements, correspondences, etc. between Jannetta Jordan and Lent Carr II are nullified and voided. Any attempts by Lent Carr to attain information, property, permission, etc. on behalf of Jannetta Jordan are falsified and **NOT** based upon any agreement by Jannetta Jordan.

Sincerely,

Jannetta Jordan

Jannetta Jordan

State of NC ,County of Hoke
Signed before me on this 8th day
of May, 2018 by Jannetta Jordan
Notary Public Lynette L. Dial

LYNETTE L. DIAL
NOTARY
MY COMMISSION EXPIRES
11-19-2022
PUBLIC
HOKE COUNTY, NC

BK 1225 PG 0203

18 004 00239

STATE OF NORTH CAROLINA

HOKE COUNTY

18 APR -4 PM 12:09

HOKE COUNTY, C.S.C.

BY____________

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
Case No.____________

18 M 32

JANNETTA JORDAN
Plaintiff

VS.

NOTICE OF LIS PENDENS

LENT CARR
Defendant

---

This notice of Lis Pendens, filed in the Office of Hoke County, North Carolina, shows and gives notice that:

1. A Civil Action has been filed in the General Court of Justice, Superior Court Division, in Hoke County. The action is identified as case number __________________.
2. The names of the parties of the action referred to above are Jannetta Jordan, Plaintiff and Lent Carr, defendant.
3. The nature and purpose of the above referenced action is an action for: breach of contract, wrongful termination of Plaintiff's possessory right to the Real Property located at 3300 Laurinburg Road, Raeford, North Carolina, Hoke County, fraud in the inducement by the Defendant with respect to the Real Property, and certain injunctive relief sought by the Plaintiff regarding the agreed compensation amount of $250,000.00.
4. Plaintiff is requesting that a Judgment Lien be placed upon the real property located at 3300 Laurinburg Road, Raeford, North Carolina, Hoke County.

5. This notice of Lis Pendens is filed pursuant to the provisions of Chapter 1, Article 11 of the North Carolina General Statutes N.C.G.S. ξ 1-116, ξ 1-116(b)(1)-(4), and ξ 1-116.1 and North Carolina General Statute Chapter 39, Article 3A, et seq. and all persons shall take notice of the same.

This the __4th__ day of __April__, 2018.

Jannetta Jordan

FILED Apr 06, 2018 03:24:07 pm
BOOK 01225
PAGE 0203 THRU 0203
INSTRUMENT # 01856
RECORDING $26.00
EXCISE TAX (None)

FILED
HOKE COUNTY, NC
CAMILLE D. HURST
REGISTER
OF DEEDS
JOP

FILED Nov 22, 2017 01:01:32 pm
BOOK 01213
PAGE 0356 THRU 0360
FILED
HOKE COUNTY, NC
CAMILLE D. HURST
REGISTER OF DEEDS
JOP
INSTRUMENT # 07141
RECORDING (None)
EXCISE TAX (None)

17-11-9919

# STATE OF NORTH CAROLINA

HOKE County

File No. 17 M 07

Abstract No.

Judgment Docket Book & Page No.

Name Of Plaintiff(s)
HOKE COUNTY

VERSUS

Name Of Defendant(s)
JANNETTA P. JORDAN;
ALL HEIRS & ASSIGNS OF WILLIE HARRELL, JR.

## CERTIFICATE OF PAYMENT/ SATISFACTION OF JUDGMENT BY JUDGMENT CREDITOR

[X] PAYMENT IN FULL [ ] PARTIAL PAYMENT

G.S. 1-239(c)

**TO THE CLERK OF SUPERIOR COURT:**

I certify that:

1. I am or represent the [X] plaintiff/judgment creditor [ ] defendant/judgment creditor in the above action.
2. [X] a. the judgment in the above action has been PAID AND SATISFIED IN FULL and I authorize you to note this satisfaction in your judgment records.
   [ ] b. a partial payment on the judgment in the above action in the amount set forth to the side has been made on the date indicated and I authorize you to note this partial payment in your records.

Amount Of Partial Payment
$
Date Of Partial Payment

## ATTORNEY FOR JUDGMENT CREDITOR

Date
Signature Of Attorney For Judgment Creditor
Attorney Bar No.
Name Of Attorney For Judgment Creditor (Type Or Print)

## INDIVIDUAL JUDGMENT CREDITOR

Date
October 5 2017
Signature Of Individual Judgment Creditor
[signature]
Name Of Individual Judgment Creditor (Type Or Print)
DAPHNE GRAHAM-DUDLEY, TAX COLLECTOR

## PARTNERSHIP JUDGMENT CREDITOR

Date
Name Of Partnership (Type Or Print)
Signature Of Partner Authorized To Cancel Judgment
Name Of Partner Signing (Type Or Print)

## CORPORATE JUDGMENT CREDITOR

Date
Name Of Corporate Judgment Creditor (Type Or Print)
Signature Of Person Signing
ATTEST: Signature Of Secretary Of Corporation
Name Of Person Signing (Type Or Print)
CORPORATE SEAL [ ] Secretary [ ] Assistant Secretary
Title Of Person Authorized To Cancel Judgment

FILED
2017 OCT -5 A 5:17
HOKE CO. C.S.C.
BY

## MULTIPLE JUDGMENT CREDITORS OR PARTNERSHIPS

**NOTE:** *All judgment creditors must sign.*

Date
Signature Of Multiple Judgment Creditor 1
Name Of Multiple Judgment Creditor 1 (Type Or Print)
Date
Signature Of Multiple Judgment Creditor 2
Name Of Multiple Judgment Creditor 2 (Type Or Print)
Date
Signature Of Multiple Judgment Creditor 3
Name Of Multiple Judgment Creditor 3 (Type Or Print)
Date
Signature Of Multiple Judgment Creditor 4
Name Of Multiple Judgment Creditor 4 (Type Or Print)

## VERIFICATION

I, the undersigned being first duly sworn, say that I have read this Certificate and the contents are true to my knowledge except as to matters stated on information and belief, and as to those, I believe them to be true.

Date
October 5 2017
Signature Of Person Signing Certificate
[signature]

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date
5 Oct 2017
Signature Of Person Authorized To Administer Oaths
[signature]
[ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court
[X] Notary
Date My Commission Expires
11/17/18
County Where Notarized
HOKE
SEAL

SUSAN L. BUCK
NOTARY PUBLIC
My Comm. Expires 11/17/18
HOKE COUNTY, NC

A TRUE COPY
CLERK OF SUPERIOR COURT
HOKE COUNTY
BY
Deputy Clerk Superior Court

```
VJJS 17M  000007;J001                                              VJJS
NC AOC CIS                CIVIL CASE PROCESSING SYSTEM       10/05/17 16:05:25
HOKE                           ABSTRACT SUMMARY
17 M 7                         011017 1200 PM
 ACTION CODE: I (U,I)  FILE NUM: 17 M   000007  ABS NUM: J001
    CLOCKED: 011017 0948 AM   INDEXED:                    VACATED: _______
  CANCELLED: 100517 REASON: PSTP PAID AND SATISFIED IN FULL TO PARTY
     DEBTOR: ____                          STATUS:
   CREDITOR: ____                          STATUS:      INDIGENT COSTS:

 'F6' TO DISPLAY:
 DETAIL LIST _ PAYMENT LIST _ VIEW ABSTRACT _ VIEW HISTORY _

 PAYOFF DATE: 100517 AMOUNT:          12,438.71  DAILY INT:

  MONEY AWARD:          12,432.21          INTEREST:              0.00
   MONEY PAID:               0.00     INTEREST PAID:              0.00
  MNY BALANCE:          12,432.21       INT BALANCE:              0.00

 COSTS & FEES:               6.50             TOTAL:         12,438.71
   COSTS PAID:               0.00              PAID:              0.00
 COST BALANCE:               6.50           BALANCE:         12,438.71
GENR0009I-RECORD UPDATED SUCCESSFULLY
F1=HELP 3=EXIT 4=PROMPT 5=REFRESH 6=LIST 9=HOLD 11=UNDO 12=CNCL
```

BK 1213 PG 0558

17-1-9999

COUNTY OF HOKE, a political subdivision of the State of North Carolina,

*Plaintiff*

IN THE GENERAL COURT OF JUSTICE

DISTRICT COURT DIVISION

FILE NO.:

17 M [illegible]7

*v.*

JANNETTA P. JORDAN;

ALL HEIRS & ASSIGNS OF WILLIE HARRELL, JR. including all unknown heirs, devisees, legatees, creditors, debtors, and all those claiming by and through the Estate of Willie Harrell, Jr., lienholder;

*Defendants*

**JUDGMENT FOR TAXES**

Pursuant to the provisions of G.S. 105-375. I hereby certify that taxes duly levied and assessed against the property described below and listed in the name of Jannetta P Jordan by the County of Hoke for the years 2014, 2015 and 2016 are due and unpaid, that these taxes constitute a first lien upon the real property hereinafter described prior to any other lien that is or may become attached to the real property, that the amount now owing to the County of Hoke on account of the taxes, penalties, interest and costs is as follows:

| | |
|---|---|
| Taxes | $ 10316.55 |
| Penalties | $ 460.00 |
| Cost of Advertising | $ 520.65 |
| Interest to date | $ 868.65 |
| Administrative charge | $ 250.00 |
| Mailing and Publication cost | $ 16.36 |
| **Total amount of judgment** | **$ 12432.21** |



That the County of Hoke has a first lien for the amount of the judgment, plus interest at the rate of 8 percent per annum from date until paid, upon the following described real estate located in Blue Springs Township, Hoke County, North Carolina:

**PIN:** 39413-00-01-095
**Address:** 3300 Laurinburg Road, Raeford, NC

*"BEGINNING at an iron stake in a ditch in the north edge of U.S. Highway 401, Hendrix's corner, and running thence N 12-45 W 350 feet to an iron at an oak; thence S 84-00 W 424.5 feet to a stake, the northwest corner of Tract No.1 as shown in Book of Maps 1, Page 129 of the Hoke County Public Registry; thence S 9-15 E 510 feet to a steel blade in the north edge of the U.S. Highway 401, McNeill's corner; thence N 62-30 E 475 feet along the north edge of said U.S. Highway 401 to the point of beginning.*

*This description is taken from a map by R.H. Gatlin, Registered Surveyor, dated 10-5-57, and the property herein described contains 4.2 acres.*

*THERE IS EXCEPTED FROM THIS CONVEYANCE THE FOLLOWING TWO TRACTS:*

*Tract I:*

*A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N.C., lying about 75 yards northwest of U.S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west, J.B. McLeod on the north and Willie Harrell on the east, being further described as follows:*

*Beginning at an iron pipe with two pine pointers, said iron pipe being the northwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with the John K. McNeill tract described in Deed Book 106 at Page 8 and the J.B. McLeod tract described in Deed Book 145 at Page 984 in the Hoke County Registry; running thence from the beginning as the common line of J.B. McLeod and the aforementioned Willie Harrell 4.2 acre tract; N 82-21 E 150.00 feet to a 5/8 inch iron set in the north line of said Harrell 4.2 acre tract; thence a new line, S 22-22.2 E. 254.88 feet to a 5/8 inch iron; thence a new line, S 62-30 W 222.95 feet to a 5/8 inch iron in the west line of said Harrell 4.2 acre tract; thence as the west line of said 4.2 acre tract, a common line with John K. McNeill, N 08-33 W 322.26 feet to the point of beginning, containing 1.2 acre, more or less, as surveyed by Leland D. Strother, R.L.S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry.*

*Tract II:*

*A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N.C., fronting on the northwest side of U.S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west and Willie Harrell on the east, being further described as follows:*

*Beginning at an iron blade 50.3 feet north of the center line of the pavement of U.S. Highway No. 401, said iron blade being the southwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with John K. McNeill tract described in Deed Book 106 at Page 8 in the Hoke County Registry; running thence from the beginning as the common line of Harrell and*

*McNeill, N 08-93 W 187.64 feet to a 5/8 inch iron set in said common line of Harrell and McNeill; thence a new line N 62-30 E 222.95 feet to a 5/8 iron; thence a new line S 22-22.2 E 178.18 feet to a 5/8 inch iron set in the southeast line of the Harrell 4.2 acre tract, said iron being 50.8 feet northwest of the center line of the pavement of U.S. Highway No. 401; thence as the southeast line of said Harrell 4.2 acre tract, generally as the northwest right-of-way line of U.S. Highway No. 401, S 62-30 W 267.95 feet to the beginning, containing 1.0 acre, more or less, as surveyed by Leland D. Strother, R.L.S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry."*

This 9th day of January, 2017

[signature]
Daphne Graham Dudley
Tax Collector
County of Hoke

Filed: 1-10-17

Docketed: 1-10-17 at 9:48 Am

[signature] Black
Deputy Clerk of the Superior Court

 3300 Laurinburg Rd



FILED Oct 04, 2017 08:11:04 am
BOOK 01207
PAGE 0977 THRU 0979
INSTRUMENT # 06029
INSTRUMENT TYPE QCD
RECORDING $26.00
EXCISE TAX (None)

FILED
HOKE COUNTY NC
CAMILLE D. HURST
REGISTER OF DEEDS
ELP

This certifies that pin:394130001095 ;
is free of any delinquent ad valorem Tax liens charged to the Hoke County Tax Collector; but does not certify that the deed description matches the PIN.

Collection Clerk Signature

Date: 10/3/2017
NCGS 161-31

# NORTH CAROLINA QUITCLAIM DEED

Tax Lot No.__________ Parcel Identifier No. 394130001095
Verified by ________ County on the ___ day of ________, 20______
By ____________________

Mail after recording to Emmaus Corp. Legal Briefing Firm of North Carolina C/O: Deltarina Diaz, Esq., P.O. Box 27193, Raleigh, North Carolina 27611.

This instrument prepared by Deltarina Diaz

Brief description for the index 3300 Laurinburg Road, Raeford, North Carolina 28376. Recorded in the Hoke County Register of Deeds Office at Book # 00866, Pg. # 0729-073; 5300 Sq. Ft., 4BR and 3.5Ba Resident/Church Property

THIS QUITCLAIM DEED made this the 25th day of January, in the year 2017, by and between

| GRANTOR | GRANTEE |
|---|---|
| Jannetta Jordan<br>4160 Laurinburg Road<br>Raeford, North Carolina 28376 | Lent Christopher Carr<br>3300 Laurinburg Road<br>Raeford, North Carolina 28376<br><br>Property Address:<br>3300 LAURINBURG ROAD<br>RAEFORD, NC |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

**WITNESSETH,** that said Grantor, for and in consideration of ten dollars and other consideration to them in hand paid, the receipt of which is hereby acknowledged, have remised and released and by these present do remise, and forever quitclaim into the Grantee and his heirs and assigns all rights, title, claim, and interest of said Grantor in and to a certain tract or parcel of land lying and being in the **County of** Hoke, **and State of North Carolina, in** Raeford **Township,** and more particularly described as follows:

*3300 Laurinburg Road, Raeford, North Carolina 28376, as recorded in the Hoke County Register of Deeds Office at Book Number 00866, Page 0729-073-- to include a completely and newly renovated 5300 Sq. Ft., 4BR, 3Ba Home/Church, and its entire parcel of land as mapped, drawn, surveyed, charted, plotted, delineated, drawn, depicted pertraded and recorded thereto, all amenities thereon, i.e., a Great Room/Church, Kitchen, Library, Entertainment Room, 3 Heating/Air Conditioning Units (Electric), Shingled Roof, Fully Armed with Security Cameras and Alarm Systems, Carbon-Monoxide Alarm, installed Fire Alarms, Jacuzzi, and any and all properties located on said land (externally & Internally) as ascertained heretofor, thereon, and therein as agreed between Grantor and Grantee at the signing of this herein Quit Claim Deed, etc. inter alia.*

**Grantor acquired the property hereinabove described by instrument recorded in Book** 00866 **at Page** 0729-073. More particularly described as follows:

## SEE ATTACHED EXHIBIT "A"

A map showing the above-described property is recorded in Map/Cabinet 00866 at Page 0729-073 .

TO HAVE AND TO HOLD the aforesaid tract or parcel of land and all privileges thereunto belonging to him the said Grantee and his heirs and assigns free and discharged from all right, title, claim or interest of the said grantor or anyone claiming by, and through or under them. Title to the property hereinabove described is subject to the following exceptions if any:

**ANY AND ALL OF PUBLIC RECORD**

**IN TESTIMONY WHEREOF,** said Grantors have hereunto set their hands and seal the day and year first above written. Jannetta Jordan

_______________(SEAL)

_______________(SEAL)

_______________(SEAL)

_______________(SEAL)

---

STATE OF NORTH CAROLINA
COUNTY OF WAKE

I, a Notary Public, of said State and County aforesaid, do hereby certify that Jannetta Jordan grantor(s), personally appeared before me this day, and (i) I have personal knowledge of the identity of the grantor(s), or (ii) I have seen satisfactory evidence of the grantor(s) identity, by current state or federal identification with the grantor(s) photographs in the form of I.D. Band, or (iii) a credible witness has sworn to the identity of the grantor(s) each acknowledging to me that he/she voluntarily signed the foregoing document for the purpose stated herein and in the capacity indicated.

WITNESS my hand and Official Seal or Stamp, this 3rd day of February, in the year 2017.

SEAL OR STAMP

WILLIAM THOMAS NOTARY PUBLIC WAKE COUNTY, NC

William Thomas
Notary Public Official Signature

William Thomas
Notary Printed or Typed Name

My Commission Expires: 3-[illegible]

EXHIBIT "A"

BEGINNING at an iron stake in a ditch in the north edge of U. S. Highway 401, Hendrix's corner, and running thence N 12-45 W 350 feet to an iron at an oak; thence S 84-00 W 424.5 feet to a stake, the northwest corner of Tract No. 1 as shown in Book of Maps 1, Page 129 of the Hoke County Public Registry; thence S 9-15 E 510 feet to a steel blade in the north edge of U. S. Highway 401, McNeill's corner; thence N 62-30 E 475 feet along the north edge of said U. S. Highway 401 to the point of beginning.

This description is taken from a map by R. H. Gatlin, Registered Surveyor, dated 10-5-57, and the property herein described contains 4.2 acres.

THERE IS EXCEPTED FROM THIS CONVEYANCE THE FOLLOWING TWO TRACTS:

Tract I:

A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N. C., lying about 75 yards northwest of U. S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west, J. B. McLeod on the north and Willie Harrell on the east, being further described as follows:

Beginning at an iron pipe with two pine pointers, said iron pipe being the northwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with the John K. McNeill tract described in Deed Book 106 at Page 8 and the J. B. McLeod tract described in Deed Book 145 at Page 984 in the Hoke County Registry; running thence from the beginning as the common line of J. B. McLeod and the aforementioned Willie Harrell 4.2 acre tract, N 82-21 E 150.00 feet toa 5/8 inch iron set in the north line of said Harrell 4.2 acre tract; thence a new line, S 22-22.2 E 254.88 feet to a 5/8 inch iron; thence a new line, S 62-30 W 222.95 feet to a 5/8 inch iron in the west line of said Harrell 4.2 acre tract; thence as the west line of said 4.2 acre tract, a common line with John K. McNeill, N 08-33 W 322.26 feet to the point of beginning, containing 1.2 acre, more or less, as surveyed by Leland D. Strother, R. L. S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry.

Tract II:

A certain tract or parcel of land in Blue Springs Township, Hoke County, North Carolina, situated about three miles southwest of Raeford, N. C., fronting on the northwest side of U. S. Highway 401 near its intersection with State Road No. 1139, adjoining the lands of John K. McNeill on the west and Willie Harrell on the east, being further described as follows:

Beginning at an iron blade 50.3 feet north of the center line of the pavement of U. S. Highway No. 401, said iron blade being the southwest corner of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry, said beginning point also being a common corner with John K. McNeill tract described in Deed Book 106 at Page 8 in the Hoke County Registry; running thence from the beginning as the common line of Harrell and McNeill, N 08-33 W 187.64 feet to a 5/8 inch iron set in said common line of Harrell and McNeill; thence a new line N 62-30 E 222.95 feet to a 5/8 inch iron; thence a new line S 22-22.2 E 178.18 feet to a 5/8 inch iron set in the southeast line of the Harrell 4.2 acre tract, said iron being 50.8 feet northwest of the center line of the pavement of U. S. Highway No. 401; thence as the southeast line of said Harrell 4.2 acre tract, generally as the northwest right-of-way line of U. S. Highway No. 401, S 62-30 W 267.95 feet to the beginning, containing 1.0 acre, more or less, as surveyed by Leland D. Strother, R. L. S., on November 24, 1982, and being a portion of the Willie Harrell 4.2 acre tract described in Deed Book 159 at Page 223 in the Hoke County Registry.