UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
| Debtors. | ) | |
| _____ | ) | |

## MOTION FOR APPROVAL OF COMPROMISE

**NOW COMES** Lent C. Carr, II, Debtor, pursuant to Fed. Rule Bankr. P. 9019(a), and files, and serves pursuant to Fed. Rule Bankr. P. 2002(a)(3), made applicable by Rule 9019(a), this Motion for Approval of Compromise, and in support thereof states as follows:

1. Lent C. Carr, II and Deltarina V. Carr ("Debtors") filed a voluntary petition under Chapter 13 of title 11 of the United States Code on March 20, 2018. Richard M. Hutson, II (herein "Trustee" or "Chapter 13 Trustee") was appointed as Chapter 13 Trustee to administer the Debtors' case.

2. On October 12, 2020, Debtor Lent C. Carr, II ("Plaintiff") filed a Complaint against Hoke County ("Defendant") to determine the validity of the Defendant's asserted lien against the Plaintiff's real property at 3300 Laurinburg Rd, Raeford, NC, and to seek disallowance of the associated secured claim.

3. Jurisdiction is vested in this Court over this adversary proceeding pursuant to 28 U.S.C §§ 157, 532, and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B) and (b)(2)(K). Venue is proper under 28 U.S.C. § 1409(a).

4. In order to avoid the uncertainty and cost of further litigation, Plaintiffs and Defendant, (collectively the "Parties"), have negotiated and agreed, with the consent of the Chapter 13 Trustee,

to resolve the issues set forth in the Complaint, and being litigated in the adversary proceeding, according to the terms set forth in the Settlement Agreement, a copy of which is attached hereto as Exhibit A. The Settlement Agreement further calls for the entry of a consent order, attached as Exhibit B, upon the payment of certain funds under the Settlement Agreement.

5. The Debtor requests that if no objection is filed to this Motion, then the Court enter an Order allowing this Motion, and upon tender by the parties, enter the Consent Order in both the adversary proceeding and in this case without the necessity of a hearing.

**WHEREFORE**, the Debtor respectfully moves the Court to enter an Order granting this Motion, and upon tender, enter the Consent Order as the final judgment in the adversary proceeding, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 5th day of April, 2022

s/ Erich M. Fabricius
Erich M. Fabricius, NC State Bar No. 39667
Attorney for Debtor
Fabricius & Fabricius PLLC
P.O. Box 1230, Knightdale, NC 27545-1230
Telephone: 919-295-6001     Fax: 919-890-3833
Email: emf@fabriciuslaw.com

**EXHIBIT A**

**Settlement Agreement**

**1. Parties and Background**

(a) Lent C. Carr, II is the Debtor in a Chapter 13 bankruptcy case (no. 18-80386) (the "Chapter 13 Case"), and the Plaintiff in an adversary proceeding Carr v. County of Hoke, no. 20-09020 (the "Adversary Proceeding"). Hoke County is the Defendant in the adversary proceeding, and creditor in the Chapter 13 bankruptcy. Richard M. Hutson, II is the duly appointed Chapter 13 trustee.

(b) Mr. Carr initiated the Adversary Proceeding on October 12, 2020, seeking a determination that no tax lien exists as to property taxes associated with the years 2014, 2015, 2016, and 2017 on his property at 3300 Laurinburg Rd., Raeford, NC (the "Property"). The Adversary Proceeding further sought disallowance of Claim #3 filed in the Chapter 13 Case by Hoke County.

(c) On November 19, 2021, the Court entered an order on cross motions for summary judgment which granted the relief sought by plaintiff in part, namely that amounts in Claim #3 were disallowed to the extent they related to 2015 and 2016 taxes, and that no lien was associated with those taxes. For the 2015 and 2016 taxes, Claim #3 included principal in the amount of $8,491.65 and interest in the amount of $691.98. Claim #3 includes $3,962.35 in principal and $168.40 in interest on the 2017 taxes which have yet to be adjudicated by the Court.

(d) The Trustee has paid $12,555.00 to Hoke County on account of claims filed in the Chapter 13 Case. With the partial disallowance of Claim #3, Hoke County has been overpaid and the Chapter 13 estate has a right to seek repayment of funds.

**2. Compromise of Dispute**

Parties to this agreement acknowledge that a dispute remains as to the amount and liability for payment of 2017 property taxes on the Property. Without admissions as to existence of this liability, parties desire to compromise to avoid uncertainty and

avoid continuing legal costs. No party to this agreement makes any admission of liability.

### 3. Covenants by Lent C. Carr, II

In consideration of the other covenants and terms set out in this agreement, Lent C. Carr, II agrees to:

(a) Pay $386.76 to Hoke County, no later than April 21, 2022, in care of their counsel to the Adversary Proceeding.
(b) Pay $1,283.00 to the Chapter 13 Trustee, no later than April 21, 2022.
(c) Release all claims asserted in the Adversary Proceeding and resolved by the November 19, 2021 order, including specifically agreeing that the $3,962.35 in 2017 taxes is a proper and allowable claim against the bankruptcy estate.
(d) Consent to the payment of all allowed general unsecured claims in the Chapter 13 Case as a result of the additional payment provided in (b) above.
(e) Consent to entry of an order substantially in the form of Exhibit A.

### 4. Covenants by Hoke County

In consideration of the other covenants, payments, and terms set out in this agreement, Hoke County agrees to:

(a) Release all claims against Mr. Carr or the bankruptcy estate for taxes (including interest, charges, fees, and costs) associated with all taxes years 2021 and earlier as to the Property (parcel ID 39413-00-01-095) as well as to the property located at 521 Gatlin Farm Rd (parcel ID 69446-00-01-055).
(b) Voluntarily dismiss the civil action in Hoke County: County of Hoke v. Lent Carr et al, 18 CVD 31.
(c) Consent to entry of an order substantially in the form of Exhibit A once funds have been received under ¶3(a).

**5. Covenants by the Bankruptcy Estate**

In consideration of the other covenants, payments, and terms set out in this agreement, the Bankruptcy Estate, Richard M. Hutson, II, Trustee, agrees to:

(a) Release any claim against Hoke County for repayment of funds disbursed in reference to the Chapter 13 Case.

(b) Consent to entry of an order substantially in the form of Exhibit A once funds have been received under ¶3(b).

**6. Attorney Fees and Costs**

Each party to this agreement shall bear their own attorney fees and costs.

**7. Entire Agreement**

This Agreement and any exhibits shall constitute the entire agreement of the Parties with respect to their settlement, and shall supersede all prior oral or written agreements, understandings, representations, and warranties between the Parties as to the terms of the settlement.

**8. Negotiated Settlement Agreement**

In the event of any dispute over the interpretation of this Agreement, there shall be no rule of construction requiring that the Agreement be construed in favor of or against any of the Parties.

**9. Notices and Enforcement.**

In the event any party believes there is a default under this agreement, notice must be provided to counsel of record with an opportunity to cure the default. The Bankruptcy Court for the Middle District of North Carolina retains jurisdiction to enforce this agreement.

**10. Settlement Subject to Approval**

This Agreement is subject to approval of the Bankruptcy Court after notice and hearing pursuant to Bankruptcy Rule 9019.

**Lent C. Carr, II.**

_____   Date: _____

Lent C. Carr, II.

**Hoke County**

_____   Date: _____

Allen Thomas, Jr.

Chairman, Hoke County Board of Commissioners

**Chapter 13 Trustee**

_____   Date: _____

Richard M. Hutson, II

Chapter 13 Trustee

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
|                 Debtors. | ) | |
| _____ | ) | |
| | ) | Adversary Proceeding |
| LENT CHRISTOPHER CARR, II | ) | |
|                 Plaintiff. | ) | No. 20-09020 |
| | ) | |
|      v. | ) | |
| | ) | |
| COUNTY OF HOKE | ) | |
|                 Defendant. | ) | |
| _____ | ) | |

## CONSENT ORDER

An order has been entered by the Court approving the compromise of this adversary proceeding. Pursuant to the terms of that compromise, the parties to the compromise consent to the entrance of this order, and by such consent represent that the funds required to be tendered by the Debtor to Hoke County and to the Trustee have been actually tendered.

**THEREFORE, IT IS HEREBY ORDERED AND DECREED** that:

(1) Claim #3 as filed by Hoke County is disallowed except to the extent of $3,962.35 for 2017 taxes and such claim has been paid. Furthermore, Claim #3 is amended to allow a claim for post-petition taxes in the amount of $8,483.74 which has been received and paid by the

Trustee. As a result, the amended claim #3 is allowed in the total amount of $12,446.09.

(2) No Hoke County tax lien exists against the property at 3300 Laurinburg Rd., Raeford, NC for 2014, 2015, 2016, or 2017 property taxes; furthermore, the property taxes assessed by Hoke County for 2018, 2019, 2020, and 2021 associated with this property have been paid as pursuant to the compromise.

(3) All allowed general unsecured claims in the case will be paid in full. The Trustee is authorized use funds from the $1,283.00 paid by the Debtor under this compromise to pay remaining allowed general unsecured claims.

(4) This order resolves all outstanding matters in this adversary proceeding, and the clerk shall close the adversary proceeding.

(5) A copy of this order will also be entered in the Chapter 13 case, no. 18-80386, to aid in the administration of the plan.

CONSENTED TO:

_____
Erich M. Fabricius, NC State Bar No. 39667
Attorney for Lent C. Carr, II
P.O. Box 1230, Knightdale, NC 27545-1230
Tel: 919-295-6001     Fax: 919-890-3833

_____
Richard W. Andrews, NC State Bar No. 44177
Attorney for Hoke County
P.O. Box 2888, Greensboro, NC 27401
Tel: 336-271-5219     Fax: 336-274-6590

_____
Richard M. Hutson, II, NC State Bar No. 2282
Chapter 13 Trustee
P.O. Box 3613, Durham, NC 27702
Tel: 919-688-8065

**END OF DOCUMENT**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN RE: | CASE NO: 18-80386 |
|---|---|
| LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/5/2022, I did cause a copy of the following documents, described below,

Motion for Approval of Compromise

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/5/2022

/s/ Erich M. Fabricius
Erich M. Fabricius  39667
Attorney for Debtor
Fabricius & Fabricius PLLC
PO Box 1230
Knightdale, NC  27545
919 295 6001
emf@fabriciuslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN RE: | CASE NO: 18-80386 |
|---|---|
| LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 4/5/2022, a copy of the following documents, described below,

Motion for Approval of Compromise

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/5/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erich M. Fabricius
Fabricius & Fabricius PLLC
PO Box 1230
Knightdale, NC  27545

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D) DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                                                                              EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING      (P)COUNTY OF HOKE                                DURHAM
NCRS ADDRESS DOWNLOAD                 ATTN DAPHNE GRAHAMDUDLEY                         PO BOX 26100
CASE 18-80386                         PO BOX 217                                       GREENSBORO  NC 27402-6100
MIDDLE DISTRICT OF NORTH CAROLINA     RAEFORD NC 28376-0217
TUE APR 5 11-18-51 PST 2022




ACSBOA                                AMCOL SYSTEMS  INC                    ATT
PO BOX 7060                           PO BOX 21625                          1801 VALLEY VIEW LN
UTICA  NY 13504-7060                  COLUMBIA  SC 29221-1625               DALLAS TX 75234-8906




ATT CORP                              CONVERGENT OUTSOURCING                CREDITORS COLLECTION SERVICE
ATT SERVICES  INC                     PO BOX 9004                           4530 OLD COVE SPRING RD
KAREN CAVAGNARO  ESQ                  RENTON  WA 98057-9004                 COVE SPRING  VA 24018-3423
ONE ATT WAY  ROOM 3A104
BEDMINSTER  NJ 07921-2693




DISH NETWORK                          DIVERSIFIED CONSULTANTS  INC          DUKE ENERGY
9601 S MERIDIAN BLVD                  10550 DEERWOOD PARK BLVD 309          PO BOX 70515
ENGLEWOOD  CO 80112-5905              DOUNTROON  FL 32256-2805              CHARLOTTE  NC 28272-0515



                                                                                       EXCLUDE
HICKS MOTOR SALES                     HOKE COUNTY DISTRICT ATTORNEY         (D)(P)COUNTY OF HOKE
532 HILLSBORO ST                      231 N MAIN ST                         ATTN DAPHNE GRAHAMDUDLEY
OXFORD  NC 27565-3283                 RAEFORD  NC 28376-2805                PO BOX 217
                                                                            RAEFORD NC 28376-0217




INTERNAL REVENUE SERVICE              JANNETTA JORDAN                       KROGER
PO BOX 7346                           4160 LAURINBURG ROAD                  1014 VINE ST
PHILADELPHIA  PA  19101-7346          RAEFORD  NC 28376-7250                CINCINNATI  OH 45202-1100



                                                                                       EXCLUDE
MARINER FINANCE  LLC                  (P)MEADE  ASSOCIATES  INC             (D)(P)MEADE  ASSOCIATES  INC
1333 SCOTLAND CROSSING DR             ATTN BANKRUPCTY DEPARTMENT            ATTN BANKRUPCTY DEPARTMENT
LAURINBURG  NC 28352-5414             737 ENTERPRISE DRIVE                  737 ENTERPRISE DRIVE
                                      LEWIS CENTER OH 43035-9438            LEWIS CENTER OH 43035-9438




NEW SOUTH FINANCE                     NORTH CAROLINA DEPT OF REVENUE        ONLINE COLLECTIONS
2107 CHESTER RIDGE DR                 OFFICE SERVICES DIVISION              PO BOX 1489
HIGH POINT  NC 27262-7690             BANKRUPTCY UNIT                       WINTERVILLE NC 28590-1489
                                      PO BOX 1168
                                      RALEIGH  NC 27602-1168




(P)SCANA AND SUBSIDIARIES             PAYLIANCE                             PITT COUNTY TAX COLLECTOR
220 OPERATION WAY                     EASTERN ORAL STE 120                  PO BOX 43
MAIL CODE C 222                       COLUMBUS  OH 43219                    GREENVILLE  NC 27835-0043
CAYCE SC 29033-3701
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

RALEIGH RADIOLOGY ASSOCIATES   INC
PO BOX 2090
MORRISVILLE   NC 27560-2090

RUDOLPH K SMITH
RKS LAW
PO BOX 2095
FAYETTEVILLE   NC 28302-2095

WAKEMED
PO BOX 29516
RALEIGH   NC 27626-0516

WILSON UTILITIES
208 NASH ST E
WILSON   NC 27893-3802

DELTARINA V CARR
3300 LAURINBURG RD
RAEFORD   NC 28376-7204

~~EXCLUDE~~
~~ERICH M FABRICIUS~~
~~FABRICIUS  FABRICIUS   PLLC~~
~~PO BOX 1230~~
~~KNIGHTDALE   NC 27545-1230~~

~~EXCLUDE~~
~~(D)JANNETTA JORDAN~~
~~4160 LAURINBURG ROAD~~
~~RAEFORD   NC 28376-7250~~

DEBTOR
LENT CHRISTOPHER CARR II
3300 LAURINBURG RD
RAEFORD   NC 28376-7204

RICHARD M HUTSON II
TRUSTEE
3518 WESTGATE DRIVE
SUITE 400
DURHAM   NC 27707-2560

WILLIAM P MILLER
BANKRUPTCY ADMINISTRATOR
101 SOUTH EDGEWORTH STREET
GREENSBORO   NC 27401-6024

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA ECF RESORT TO/THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Bankruptcy Administrator)
William P Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Nicole_farabee@ncmba.uscourts.gov

(Creditor)
Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376

(Trustee)
Richard M. Hutson, II
Trustee
3518 Westgate Drive
Suite 400
Durham, NC 27707

office@c13dur.com

(Creditor)
Hoke County Tax Collector
P O Box 217
Raeford, NC 28376
represented by:
Grady Lee Hunt
Hunt & Brooks
PO Box 999
203 College Street
Pembroke, NC 28372

gradyh@huntbrookslaw.com

(Debtor)
Lent Christopher Carr, II
3300 Laurinburg Rd.
Raeford, NC 28376
represented by:
Erich M. Fabricius
Fabricius & Fabricius, PLLC
P.O. Box 1230
Knightdale, NC 27545-1230

emf@fabriciuslaw.com

(Joint Debtor)
Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376
represented by:
Erich M. Fabricius
Fabricius & Fabricius, PLLC
P.O. Box 1230
Knightdale, NC 27545-1230

emf@fabriciuslaw.com