IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Lent Christopher Carr, II** | ) | Bankruptcy Case No. 18-80386 |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| **Lent Christopher Carr, II** | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 20-9020 |
| v. | ) | |
| | ) | |
| **County of Hoke** | ) | |
| | ) | |
| Defendant. | ) | |

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

TAKE NOTICE THAT the following request has been made with the Court:

Motion to Approve Settlement Agreement in Adversary Proceeding NO. 20-9020, Lent Christopher Carr, II, Plaintiff, *v.* County of Hoke, Defendant. Filed by Lent Christopher Carr, II.

Brief Description of Settlement Agreement

 *Lent C. Carr, II agrees to:

(a) Pay $386.76 to Hoke County, no later than April 21, 2022.
(b) Pay $1,283.00 to the Chapter 13 Trustee, no later than April 21, 2022.
(c) Release all claims asserted in the Adversary Proceeding and resolved by the November 19, 2021 order, including specifically agreeing that the $3,962.35 in 2017 taxes is a proper and allowable claim against the bankruptcy estate.
(d) Consents to the payment of all allowed general unsecured claims in the Chapter 13 Case as a result of the additional payment provided in (b) above.
(e) Consents to entry of a consent order.

*Hoke County agrees to:

    (a) Release all claims against Mr. Carr or the bankruptcy estate for taxes (including interest, charges, fees, and costs) associated with all taxes years 2021 and earlier as to the Property (parcel ID 39413-00-01-095) as well as to the property located at 521 Gatlin Farm Rd (parcel ID 69446-00-01-055).
    (b) Voluntarily dismiss the civil action in Hoke County: County of Hoke v. Lent Carr et al, 18 CVD 31.
    (c) Consents to the entry of a consent order.

*The Bankruptcy Estate, Richard M. Hutson, II, Trustee, agrees to:
    (a) Release any claim against Hoke County for repayment of funds disbursed in reference to the Chapter 13 Case.
    (b) Consents to entry of a consent order.

*(A complete copy of the Settlement Agreement and Proposed Consent Order is attached to the Motion and can be viewed on PACER.gov)*

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before May 2, 2022 with the movant and with the U.S. Bankruptcy Court at the following address:

    *101 South Edgeworth Street, 1st floor*
    *Greensboro, NC 27401*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, the Court will notice a hearing on the motion.

Dated: 4/6/22                                               OFFICE OF THE CLERK/tls