United States Bankruptcy Court

Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 18-80386-lmj |
| Lent Christopher Carr, II | Chapter 13 |
| Deltarina V. Carr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 07, 2022 | Form ID: pdf015 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| | | ATT CORP, ATT SERVICES INC, KAREN CAVAGNARO ESQ, ONE ATT WAY ROOM 3A104, BEDMINSTER NJ 07921-2693 |
| | + | Jennifer Powers Himes, Tanger Outlets, 3200 Northline Avenue, Suite 360, Greensboro, NC 27408-7612 |
| | + | Richard Wyatt Andrews, II, Tuggle Duggins P.A., P.O. Box 2888, Greensboro, NC 27402-2888 |
| | + | Sarah F. Sparrow, Tuggle Duggins P.A., P. O. Box 2888, Greensboro, NC 27402-2888 |
| 785863041 | | ACS/BoA, P.O. Box 7060, Utica, NY 13504-7060 |
| 785863042 | + | AMCOL Systems, Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 785863049 | + | Hicks Motor Sales, 532 Hillsboro St., Oxford, NC 27565-3283 |
| 785863050 | + | Hoke County District Attorney, 231 N Main St, Raeford, NC 28376-2805 |
| 785863067 | + | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |
| 785863053 | + | Kroger, 1014 Vine St, Cincinnati, OH 45202-1100 |
| 785863054 | + | Mariner Finance, LLC, 1333 Scotland Crossing Dr., Laurinburg, NC 28352-5414 |
| 785863056 | + | New South Finance, 2107 Chester Ridge Dr., High Point, NC 27262-7690 |
| 785863059 | | Payliance, Eastern Oral Ste 120, Columbus, OH 43219 |
| 785863063 | | Rudolph K. Smith, RKS Law, PO Box 2095, Fayetteville, NC 28302-2095 |
| 785863061 | ++ | SCANA AND SUBSIDIARIES, 220 OPERATION WAY, MAIL CODE C 222, CAYCE SC 29033-3701 address filed with court:, PSNC Energy, PO Box 100256, Columbia, SC 29202 |
| 785863065 | + | Wilson Utilities, 208 Nash St E, Wilson, NC 27893-3802 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lentcarr@gmail.com | Apr 07 2022 18:18:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| | | Email/Text: ddudley@hokecounty.org | Apr 07 2022 18:18:00 | COUNTY OF HOKE, ATTN DAPHNE GRAHAMDUDLEY, PO BOX 217, RAEFORD NC 28376-0217 |
| | | Email/Text: ddudley@hokecounty.org | Apr 07 2022 18:18:00 | County of Hoke, 227 N Main St., Raeford, NC 28376 |
| cr | | Email/Text: ddudley@hokecounty.org | Apr 07 2022 18:18:00 | Hoke County Tax Collector, P O Box 217, Raeford, NC 28376 |
| | | Email/Text: info@meadeandassociates.com | Apr 07 2022 18:18:00 | MEADE ASSOCIATES INC, ATTN BANKRUPCTY DEPARTMENT, 737 ENTERPRISE DRIVE, LEWIS CENTER OH 43035-9438 |
| 785863043 | | Email/Text: g20956@att.com | Apr 07 2022 18:19:00 | AT&T, 1801 Valley View Ln, Dallas TX 75234-8906 |
| 785863068 | + | Email/Text: g17768@att.com | Apr 07 2022 18:18:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Esq., One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 785863051 | | Email/Text: ddudley@hokecounty.org | | |

District/off: 0418-1        User: admin        Page 2 of 3

Date Rcvd: Apr 07, 2022        Form ID: pdf015        Total Noticed: 38

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 07 2022 18:18:00 | Hoke County Tax Collector, 227 N. Main St., Raeford, NC 28376 |
| 785863044 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 07 2022 18:19:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 785863045 | + | Email/Text: collect@ccsroanoke.com | Apr 07 2022 18:19:00 | Creditors Collection Service, 4530 Old Cove Spring Rd, Cove Spring, VA 24018-3423 |
| 785863046 | + | Email/Text: Bankruptcy.Consumer@dish.com | Apr 07 2022 18:19:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 785863047 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 07 2022 18:19:00 | Diversified Consultants, Inc, 10550 Deerwood Park Blvd #309, Dountroon, FL 32256-2805 |
| 785863048 | + | Email/Text: lynn.colombo@duke-energy.com | Apr 07 2022 18:19:00 | Duke Energy, PO Box 70515, Charlotte, NC 28272-0515 |
| 785863052 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 18:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 785863066 | | Email/Text: info@meadeandassociates.com | Apr 07 2022 18:18:00 | Meade And Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863055 | | Email/Text: info@meadeandassociates.com | Apr 07 2022 18:18:00 | Meade Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863057 | | Email/Text: bankruptcynotices@ncdor.gov | Apr 07 2022 18:19:00 | North Carolina Dept of Revenue, Office Services Division, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 785863058 | + | Email/Text: bankruptcy@onlineis.com | Apr 07 2022 18:19:00 | Online Collections, P.O. Box 1489, Winterville NC 28590-1489 |
| 785863060 | + | Email/Text: lorie.english@pittcountync.gov | Apr 07 2022 18:19:00 | Pitt County Tax Collector, P.O. Box 43, Greenville, NC 27835-0043 |
| 785863062 | + | Email/Text: BANKRUPTCY@OIARAD.COM | Apr 07 2022 18:19:00 | Raleigh Radiology Associates, Inc, PO Box 2090, Morrisville, NC 27560-2090 |
| 785863064 | + | Email/Text: BANKRUPTCY@WAKEMED.ORG | Apr 07 2022 18:19:00 | WakeMed, PO Box 29516, Raleigh, NC 27626-0516 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |
| | *P++ | SCANA AND SUBSIDIARIES, 220 OPERATION WAY, MAIL CODE C 222, CAYCE SC 29033-3701, address filed with court:, SCANA AND SUBSIDIARIES, 220 OPERATION WAY, MAIL CODE C 222, CAYCE SC 29033-3701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022        Signature:     /s/Gustava Winters

District/off: 0418-1                      User: admin                              Page 3 of 3
Date Rcvd: Apr 07, 2022                   Form ID: pdf015                          Total Noticed: 38

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

Erich M. Fabricius
on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Erich M. Fabricius
on behalf of Plaintiff Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Erich M. Fabricius
on behalf of Debtor Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Grady Lee Hunt
on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard M. Hutson, II
office@c13dur.com

Richard Wyatt Andrews, II
on behalf of Defendant County of Hoke randrews@tuggleduggins.com  dcompton@tuggleduggins.com

Sarah F. Sparrow
on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com
mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller
Nicole_farabee@ncmba.uscourts.gov


TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Lent Christopher Carr, II** | ) | **Bankruptcy Case No. 18-80386** |
| | ) | |
| **Debtor.** | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Lent Christopher Carr, II** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adversary Proceeding No. 20-9020** |
| **v.** | ) | |
| | ) | |
| **County of Hoke** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

TAKE NOTICE THAT the following request has been made with the Court:

Motion to Approve Settlement Agreement in Adversary Proceeding NO. 20-9020, Lent Christopher Carr, II, Plaintiff, *v.* County of Hoke, Defendant.  Filed by Lent Christopher Carr, II.

Brief Description of Settlement Agreement

 *Lent C. Carr, II agrees to:

   (a) Pay $386.76 to Hoke County, no later than April 21, 2022.
   (b) Pay $1,283.00 to the Chapter 13 Trustee, no later than April 21, 2022.
   (c) Release all claims asserted in the Adversary Proceeding and resolved by the
   November 19, 2021 order, including specifically agreeing that the $3,962.35
   in 2017 taxes is a proper and allowable claim against the bankruptcy estate.
   (d) Consents to the payment of all allowed general unsecured claims in the
   Chapter 13 Case as a result of the additional payment provided in (b) above.
   (e) Consents to entry of a consent order.

*Hoke County agrees to:

(a) Release all claims against Mr. Carr or the bankruptcy estate for taxes (including interest, charges, fees, and costs) associated with all taxes years 2021 and earlier as to the Property (parcel ID 39413-00-01-095) as well as to the property located at 521 Gatlin Farm Rd (parcel ID 69446-00-01-055).
(b) Voluntarily dismiss the civil action in Hoke County: County of Hoke v. Lent Carr et al, 18 CVD 31.
(c) Consents to the entry of a consent order.

*The Bankruptcy Estate, Richard M. Hutson, II, Trustee, agrees to:
(a) Release any claim against Hoke County for repayment of funds disbursed in reference to the Chapter 13 Case.
(b) Consents to entry of a consent order.

*(A complete copy of the Settlement Agreement and Proposed Consent Order is attached to the Motion and can be viewed on PACER.gov)*

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before May 2, 2022 with the movant and with the U.S. Bankruptcy Court at the following address:

*101 South Edgeworth Street, 1st floor*
*Greensboro, NC 27401*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, the Court will notice a hearing on the motion.

Dated: 4/6/22                                              OFFICE OF THE CLERK/tls