C-13-15(ECF)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | | | |
|---|---|---|---|---|
| In Re: | Lent Christopher Carr II | SSN: xxx-xx-9559 | ) | **MOTION** |
| | Deltarina V. Carr | SSN: xxx-xx-6527 | ) | **CHAPTER 13** |
| | 3300 Laurinburg Road | | ) | |
| | Raeford, NC 28376 | | ) | |
| | | | ) | No. B-18-80386 C-13D |
| | | | ) | |
| | Debtors | | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing with respect to the following:

The Debtors' plan was confirmed on October 26, 2018 and the plan currently provides for payments of $650.00 per month. The Debtors' last payment was credited for January 22, 2022 and the Debtors are deliquent $1,300.00. The Standing Trustee's office has contacted the Debtors regarding the delinquent payments, and the Debtors have not responded.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for nonpayment.

Date: April 13, 2022                                             s/Richard M. Hutson II
RMHII/ltp                                                        Standing Trustee
-------------------------------------------------------------------------------------------------------------------
**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court on June 2, 2022, at 10:30 a.m. in Courtroom #2, Second Floor, 101 S. Edgeworth Street, Greensboro, NC; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: April 13, 2022                                             OFFICE OF THE CLERK
                                                                 U.S. Bankruptcy Court

PARTIES TO BE SERVED
B-18-80386 C-13D

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376

Erich M. Fabricius, Esq.      CM/ECF electronic mail
Attorney for Debtors