United States Bankruptcy Court
Middle District of North Carolina

In re:      Case No. 18-80386-lmj
Lent Christopher Carr, II     Chapter 13
Deltarina V. Carr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0418-1     User: admin     Page 1 of 2
Date Rcvd: Apr 13, 2022     Form ID: pdf013     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lentcarr@gmail.com | Apr 13 2022 18:08:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Plaintiff Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Debtor Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Grady Lee Hunt | |

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 13, 2022 | Form ID: pdf013 | Total Noticed: 2 |

on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard M. Hutson, II

office@c13dur.com

Richard Wyatt Andrews, II

on behalf of Defendant County of Hoke randrews@tuggleduggins.com dcompton@tuggleduggins.com

Sarah F. Sparrow

on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller

Nicole_farabee@ncmba.uscourts.gov

TOTAL: 8

C-13-15(ECF)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | | |
|---|---|---|---|
| In Re: Lent Christopher Carr II | SSN: xxx-xx-9559 | ) | **MOTION** |
| Deltarina V. Carr | SSN: xxx-xx-6527 | ) | **CHAPTER 13** |
| 3300 Laurinburg Road | | ) | |
| Raeford, NC 28376 | | ) | |
| | | ) | No. B-18-80386 C-13D |
| | | ) | |
| Debtors | | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing with respect to the following:

The Debtors' plan was confirmed on October 26, 2018 and the plan currently provides for payments of $650.00 per month. The Debtors' last payment was credited for January 22, 2022 and the Debtors are deliquent $1,300.00. The Standing Trustee's office has contacted the Debtors regarding the delinquent payments, and the Debtors have not responded.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for nonpayment.

Date: April 13, 2022                                                                                         s/Richard M. Hutson II
RMHII/ltp                                                                                                           Standing Trustee

---

**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court on June 2, 2022, at 10:30 a.m. in Courtroom #2, Second Floor, 101 S. Edgeworth Street, Greensboro, NC; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: April 13, 2022                                                                                         OFFICE OF THE CLERK
                                                                                                                              U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
B-18-80386 C-13D

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376

Erich M. Fabricius, Esq.          CM/ECF electronic mail
Attorney for Debtors