# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| | ) | |
| Lent Christopher Carr II    SSN: xxx-xx-9559 | ) | |
| Deltarina V. Carr              SSN: xxx-xx-6527 | ) | |
| 3300 Laurinburg Road | ) | |
| Raeford, NC 28376 | ) | |
| | ) | |
| Debtors | ) | |

## WITHDRAWAL OF MOTION TO DISMISS CHAPTER 13 PLAN

NOW COMES Richard M. Hutson, II, Standing Trustee, and requests that the Motion to Dismiss the Debtors' Plan filed on April 13, 2022, (Document Number 134) be withdrawn.


Date:   April 27, 2022                           s/Richard M. Hutson, II
lp                                                              Richard M. Hutson, II
                                                                 Standing Trustee
                                                                 3518 Westgate Drive, Suite 400
                                                                 Durham, NC  27707

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-18-80386 C-13D |
| | ) | |
| Lent Christopher Carr II    SSN: xxx-xx-9559 | ) | |
| Deltarina V. Carr           SSN: xxx-xx-6527 | ) | |
| 3300 Laurinburg Road | ) | |
| Raeford, NC 28376 | ) | |
| | ) | |
| Debtors | ) | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have this day served a copy of the foregoing document upon all parties listed below, by depositing a copy of same in the United States Mail, postage prepaid, and in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure, or by electronic service through CM/ECF,

William P. Miller, Esq.                              **      CM/ECF      **
U.S. Bankruptcy Administrator

Erich M. Fabricius, Esq.                            **      CM/ECF      **
Attorney for Debtors

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376

This the 27th day of April, 2022.

/s/Benjamin E. Lovell
Benjamin E. Lovell