SO ORDERED.

SIGNED this 11th day of May, 2022.



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
|          Debtors. | ) | |
| | ) | |
| | ) | Adversary Proceeding |
| LENT CHRISTOPHER CARR, II | ) | |
|          Plaintiff. | ) | No. 20-09020 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF HOKE | ) | |
|          Defendant. | ) | |
| | ) | |

### ORDER ALLOWING MOTION FOR APPROVAL OF COMPROMISE

**THIS MATTER** came before the Court upon the Debtor's Motion to Approve a Compromise in this adversary proceeding *Lent C. Carr II v. County of Hoke*. Such proposed settlement has been disclosed to the Court and notice of the proposal has been served on all parties in the bankruptcy case. No responses or objections have been filed. Based on the record before the Court, the Court finds that the compromise is in the best interest of the parties and is not prejudicial to the interests of the bankruptcy estate. Accordingly, the Court has determined that such Motion should be allowed for good cause shown.

**THEREFORE, IT IS HEREBY ORDERED AND DECREED** that the Debtor's Motion for

Approval of Compromise [Doc #33] is allowed. The Parties are directed to proceed under the settlement agreement and tender the Consent Order contemplated upon required performance by the parties.

**END OF DOCUMENT**

**Parties to Serve**

Erich M. Fabricius
*Attorney for the Debtors*

Richard W. Andrews
*Attorney for Hoke County*

William P. Miller
*Bankruptcy Administrator*

Richard M. Hutson, II
*Chapter 13 Trustee*

Lent C. Carr, II
3300 Laurinburg Rd.
Raeford, NC 28376

County of Hoke
227 N Main St.
Raeford, NC 28376