# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | CASE NO: 18-80386<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 138 |

On 7/11/2022, I did cause a copy of the following documents, described below,

Application for Compensation by Attorney for Debtors ECF Docket Reference No. 138

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/11/2022

/s/ Erich M. Fabricius
Erich M. Fabricius  39667
Attorney for Debtor
Fabricius & Fabricius PLLC
PO Box 1230
Knightdale, NC  27545
919 295 6001
emf@fabriciuslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | CASE NO: 18-80386<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 138 |

On 7/11/2022, a copy of the following documents, described below,

Application for Compensation by Attorney for Debtors ECF Docket Reference No. 138

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/11/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erich M. Fabricius
Fabricius & Fabricius PLLC
PO Box 1230
Knightdale, NC  27545

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL    (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      (P)COUNTY OF HOKE                        EXCLUDE
NCRS ADDRESS DOWNLOAD                 ATTN DAPHNE GRAHAMDUDLEY                 DURHAM
CASE 18-80386                         PO BOX 217                               PO BOX 26100
MIDDLE DISTRICT OF NORTH CAROLINA     RAEFORD NC 28376-0217                    GREENSBORO   NC 27402-6100
MON JUL 11 7-42-34 PST 2022



ACSBOA                                AMCOL SYSTEMS   INC                      ATT
PO BOX 7060                           PO BOX 21625                             1801 VALLEY VIEW LN
UTICA   NY 13504-7060                 COLUMBIA   SC 29221-1625                 DALLAS TX 75234-8906




ATT CORP                              CONVERGENT OUTSOURCING                   CREDITORS COLLECTION SERVICE
ATT SERVICES   INC                    PO BOX 9004                              4530 OLD COVE SPRING RD
KAREN CAVAGNARO   ESQ                 RENTON   WA 98057-9004                   COVE SPRING   VA 24018-3423
ONE ATT WAY   ROOM 3A104
BEDMINSTER   NJ 07921-2693




DISH NETWORK                          DIVERSIFIED CONSULTANTS   INC            DUKE ENERGY
9601 S MERIDIAN BLVD                  10550 DEERWOOD PARK BLVD 309             PO BOX 70515
ENGLEWOOD   CO 80112-5905             DOUNTROON   FL 32256-2805                CHARLOTTE   NC 28272-0515




                                                                               EXCLUDE
HICKS MOTOR SALES                     HOKE COUNTY DISTRICT ATTORNEY            (D)(P)COUNTY OF HOKE
532 HILLSBORO ST                      231 N MAIN ST                            ATTN DAPHNE GRAHAMDUDLEY
OXFORD   NC 27565-3283                RAEFORD   NC 28376-2805                  PO BOX 217
                                                                               RAEFORD NC 28376-0217




INTERNAL REVENUE SERVICE              JANNETTA JORDAN                          KROGER
PO BOX 7346                           4160 LAURINBURG ROAD                     1014 VINE ST
PHILADELPHIA   PA   19101-7346        RAEFORD   NC 28376-7250                  CINCINNATI   OH 45202-1100




                                                                               EXCLUDE
MARINER FINANCE   LLC                 (P)MEADE   ASSOCIATES   INC              (D)(P)MEADE   ASSOCIATES   INC
1333 SCOTLAND CROSSING DR             ATTN BANKRUPCTY DEPARTMENT               ATTN BANKRUPCTY DEPARTMENT
LAURINBURG   NC 28352-5414            737 ENTERPRISE DRIVE                     737 ENTERPRISE DRIVE
                                      LEWIS CENTER OH 43035-9438               LEWIS CENTER OH 43035-9438




NEW SOUTH FINANCE                     NORTH CAROLINA DEPT OF REVENUE           ONLINE COLLECTIONS
2107 CHESTER RIDGE DR                 OFFICE SERVICES DIVISION                 PO BOX 1489
HIGH POINT   NC 27262-7690            BANKRUPTCY UNIT                          WINTERVILLE NC 28590-1489
                                      PO BOX 1168
                                      RALEIGH   NC 27602-1168




(P)SCANA AND SUBSIDIARIES             PAYLIANCE                                PITT COUNTY TAX COLLECTOR
220 OPERATION WAY                     EASTERN ORAL STE 120                     PO BOX 43
MAIL CODE C 222                       COLUMBUS   OH 43219                      GREENVILLE   NC 27835-0043
CAYCE SC 29033-3701
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| RALEIGH RADIOLOGY ASSOCIATES INC<br>PO BOX 2090<br>MORRISVILLE   NC 27560-2090 | RUDOLPH K SMITH<br>RKS LAW<br>PO BOX 2095<br>FAYETTEVILLE   NC 28302-2095 | WAKEMED<br>PO BOX 29516<br>RALEIGH   NC 27626-0516 |
| WILSON UTILITIES<br>208 NASH ST E<br>WILSON   NC 27893-3802 | DELTARINA V CARR<br>3300 LAURINBURG RD<br>RAEFORD   NC 28376-7204 | ~~EXCLUDE~~<br>~~ERICH M FABRICIUS~~<br>~~FABRICIUS  FABRICIUS  PLLC~~<br>~~PO BOX 1230~~<br>~~KNIGHTDALE   NC 27545-1230~~ |
| ~~EXCLUDE~~<br>~~(D)JANNETTA JORDAN~~<br>~~4160 LAURINBURG ROAD~~<br>~~RAEFORD   NC 28376-7250~~ | DEBTOR<br>LENT CHRISTOPHER CARR II<br>3300 LAURINBURG RD<br>RAEFORD   NC 28376-7204 | RICHARD M HUTSON II<br>TRUSTEE<br>3518 WESTGATE DRIVE<br>SUITE 400<br>DURHAM   NC 27707-2560 |
| WILLIAM P MILLER<br>BANKRUPTCY ADMINISTRATOR<br>101 SOUTH EDGEWORTH STREET<br>GREENSBORO   NC 27401-6024 | | |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "NEF" E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Bankruptcy Administrator)
William P Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Nicole_farabee@ncmba.uscourts.gov

(Creditor)
Jannetta Jordan
4160 Laurinburg Road
Raeford, NC 28376

(Trustee)
Richard M. Hutson, II
Trustee
3518 Westgate Drive
Suite 400
Durham, NC 27707

office@c13dur.com

(Creditor)
Hoke County Tax Collector
P O Box 217
Raeford, NC 28376
represented by:
Grady Lee Hunt
Hunt & Brooks
PO Box 999
203 College Street
Pembroke, NC 28372

gradyh@huntbrookslaw.com

(Debtor)
Lent Christopher Carr, II
3300 Laurinburg Rd.
Raeford, NC 28376
represented by:
Erich M. Fabricius
Fabricius & Fabricius, PLLC
P.O. Box 1230
Knightdale, NC 27545-1230

emf@fabriciuslaw.com

(Joint Debtor)
Deltarina V. Carr
3300 Laurinburg Rd.
Raeford, NC 28376
represented by:
Erich M. Fabricius
Fabricius & Fabricius, PLLC
P.O. Box 1230
Knightdale, NC 27545-1230

emf@fabriciuslaw.com