United States Bankruptcy Court
Middle District of North Carolina

In re:  
Lent Christopher Carr, II  
Deltarina V. Carr  
    Debtors

Case No. 18-80386-lmj  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 12, 2022      Form ID: 154      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| 785863041 | | ACS/BoA, P.O. Box 7060, Utica, NY 13504-7060 |
| 785863049 | + | Hicks Motor Sales, 532 Hillsboro St., Oxford, NC 27565-3283 |
| 785863050 | + | Hoke County District Attorney, 231 N Main St, Raeford, NC 28376-2805 |
| 785863067 | + | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |
| 785863053 | + | Kroger, 1014 Vine St, Cincinnati, OH 45202-1100 |
| 785863054 | + | Mariner Finance, LLC, 1333 Scotland Crossing Dr., Laurinburg, NC 28352-5414 |
| 785863056 | + | New South Finance, 2107 Chester Ridge Dr., High Point, NC 27262-7690 |
| 785863059 | | Payliance, Eastern Oral Ste 120, Columbus, OH 43219 |
| 785863063 | | Rudolph K. Smith, RKS Law, PO Box 2095, Fayetteville, NC 28302-2095 |
| 785863061 | ++ | SCANA AND SUBSIDIARIES, 220 OPERATION WAY, MAIL CODE C 222, CAYCE SC 29033-3701 address filed with court:, PSNC Energy, PO Box 100256, Columbia, SC 29202 |
| 785863065 | + | Wilson Utilities, 208 Nash St E, Wilson, NC 27893-3802 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lentcarr@gmail.com | Jul 12 2022 18:12:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| cr | | Email/Text: ddudley@hokecounty.org | Jul 12 2022 18:12:56 | Hoke County Tax Collector, P O Box 217, Raeford, NC 28376 |
| 785863042 | ^ | MEBN | Jul 12 2022 18:08:09 | AMCOL Systems, Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 785863043 | | Email/Text: g20956@att.com | Jul 12 2022 18:12:00 | AT&T, 1801 Valley View Ln, Dallas TX 75234-8906 |
| 785863068 | + | Email/Text: g17768@att.com | Jul 12 2022 18:12:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Esq., One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 785863051 | | Email/Text: ddudley@hokecounty.org | Jul 12 2022 18:12:56 | Hoke County Tax Collector, 227 N. Main St., Raeford, NC 28376 |
| 785863044 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 12 2022 18:12:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 785863045 | + | Email/Text: collect@ccsroanoke.com | Jul 12 2022 18:12:00 | Creditors Collection Service, 4530 Old Cove Spring Rd, Cove Spring, VA 24018-3423 |
| 785863046 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jul 12 2022 18:12:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 785863047 | + | Email/Text: bankruptcynotices@dcicollect.com | Jul 12 2022 18:12:00 | Diversified Consultants, Inc, 10550 Deerwood |

| District/off: 0418-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 154 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Park Blvd #309, Dountroon, FL 32256-2805 |
| 785863048 | + | Email/Text: lynn.colombo@duke-energy.com | Jul 12 2022 18:12:00 | Duke Energy, PO Box 70515, Charlotte, NC 28272-0515 |
| 785863052 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2022 18:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 785863066 | | Email/Text: info@meadeandassociates.com | Jul 12 2022 18:12:00 | Meade And Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863055 | | Email/Text: info@meadeandassociates.com | Jul 12 2022 18:12:00 | Meade Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863057 | | Email/Text: bankruptcynotices@ncdor.gov | Jul 12 2022 18:12:00 | North Carolina Dept of Revenue, Office Services Division, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 785863058 | + | Email/Text: bankruptcy@onlineis.com | Jul 12 2022 18:12:00 | Online Collections, P.O. Box 1489, Winterville NC 28590-1489 |
| 785863060 | + | Email/Text: melissa.hathaway@pittcountync.gov | Jul 12 2022 18:12:00 | Pitt County Tax Collector, P.O. Box 43, Greenville, NC 27835-0043 |
| 785863062 | + | Email/Text: BANKRUPTCY@OIARAD.COM | Jul 12 2022 18:12:00 | Raleigh Radiology Associates, Inc, PO Box 2090, Morrisville, NC 27560-2090 |
| 785863064 | + | Email/Text: BANKRUPTCY@WAKEMED.ORG | Jul 12 2022 18:12:00 | WakeMed, PO Box 29516, Raleigh, NC 27626-0516 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Plaintiff Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Debtor Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |

| District/off: 0418-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 154 | Total Noticed: 31 |

Grady Lee Hunt
    on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard M. Hutson, II
    office@c13dur.com

Richard Wyatt Andrews, II
    on behalf of Defendant County of Hoke randrews@tuggleduggins.com dcompton@tuggleduggins.com

Sarah F. Sparrow
    on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller
    Nicole_farabee@ncmba.uscourts.gov bill_miller@ncmba.uscourts.gov

TOTAL: 8

Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lent Christopher Carr II | Social Security number or ITIN: | xxx–xx–9559 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Deltarina V. Carr | Social Security number or ITIN: | xxx–xx–6527 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| aka | Deltarina V. Diaz | | |
| | 3300 Laurinburg Rd.<br>Raeford, NC 28376 | Date case filed for chapter: | 13   3/20/18 |
| Case number: | 18–80386 | | |

## NOTICE OF HEARING
## TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**TAKE NOTICE THAT** a hearing will be held to consider and act upon the following:

*Application for Compensation regarding Adversary Proceeding 20−09020 for Erich M. Fabricius, Debtor's Attorney, with fees in the amount of $5,858.13 Filed by Attorney Erich M. Fabricius.*

| Hearing Details: | |
|---|---|
| Hearing Date: | 8/8/22 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | Courtroom 3, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 7/12/22                                                                                       OFFICE OF THE CLERK/sd

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.