# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN RE: )
)
**LENT CHRISTOPHER CARR II,** )     Case No: B-18-80386 C-13D
**DELTARINA V. CARR,** )
       Debtors. )
_____)

### RESPONSE BY TRUSTEE TO APPLICATION FOR COMPENSATION

NOW COMES Richard M. Hutson, II, Standing Trustee in the above-captioned case, and files this response to the Application by Debtors' counsel for compensation (Docket No. 138), and respectfully shows unto the Court as follows:

1. The Debtors' Chapter 13 case was originally filed in the United States Bankruptcy Court for the Eastern District of North Carolina. On or about May 7, 2018, the case was transferred to the United States Bankruptcy Court for the Middle District of North Carolina.

2. On or about May 7, 2018, Richard M. Hutson, II, was appointed Standing Trustee for the above-referenced case and is duly acting in this capacity.

3. On October 26, 2018, the Debtors' plan was confirmed with proposed payments of $650.00 per month and a dividend of 100% to all individual or joint unsecured claims of the male Debtor due to the liquidated value of the male Debtor's estate and 11 U.S.C. §1325(a)(4).

4. The male Debtor filed an adversary proceeding against Hoke County, No. 20-09020, ultimately resulting in a Consent Judgment. The Consent Judgment modified the plan to provide a 100% dividend to all unsecured claims and payment of $1,283.00 by the male Debtor to be applied to the unsecured claims in this case.

5. The Trustee received $1,283.00 on April 20, 2022 and has applied the funds to the unsecured claims.

6. On July 31, 2022, the Trustee made the final disbursements under the plan and, according to the Trustee's records, all creditors with allowed claims have been paid in full. The Debtors' case appears complete and is pending a final audit by the Trustee's office.

7. The Trustee currently has funds of $3,130.22 on hand. After subtracting customary noticing costs, the Trustee currently has approximately $3,000.00 remaining to pay the fees requested by Debtor's counsel.

WHEREFORE, the Trustee requests that the Court limit any administrative expense claim under 11 U.S.C. §503(b) to be paid by the Trustee to only $3,000.00.

This the 3rd day of August, 2022.

/s/ Benjamin E. Lovell
Benjamin E. Lovell, Esq.
Attorney for the Trustee
3518 Westgate Drive, Suite 400
Durham, N.C. 27707
State Bar No: 23266
Telephone No: (919) 688-8065

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| IN RE:              )<br>                             )<br>**LENT CHRISTOPHER CARR II,** )<br>**DELTARINA V. CARR,**        )<br>         Debtors.            )<br>_____) | Case No: B-18-80386 C-13D |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing document upon all parties listed below, by depositing a copy of same in the United States Mail, postage prepaid, and in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure, or by electronic service through CM/ECF,

William P. Miller, Esq.                    **   CM/ECF   **
U.S. Bankruptcy Administrator

Erich M. Fabricius, Esq.                   **   CM/ECF   **
Attorney for Debtors

Lent Christopher Carr II
Deltarina V. Carr
3300 Laurinburg Road
Raeford, NC 28376


This the 3rd day of August, 2022.


                                           /s/Benjamin E. Lovell
                                           Benjamin E. Lovell