**SO ORDERED.**

**SIGNED this 11th day of August, 2022.**



                                                      */s/ Lena Mansori James*
                                                      LENA MANSORI JAMES
                                        UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
|                           Debtor. | ) | |
| | ) | |

## ORDER ALLOWING APPLICATION FOR COMPENSATION

This matter comes before the Court on the Application for Compensation by Attorney for the Debtors. A hearing was held on this application on August 8, 2020. The application concerns services rendered in relation to an Adversary Proceeding, *Lent C. Carr II v. County of Hoke*, No. 20-09020, with total compensation sought in the amount of $5,858.13. Based on matters of record and arguments of counsel, the Court concludes that the amount sought is reasonable compensation for services rendered.

**THEREFORE, IT IS ORDERED** that:

1) The amount of $5,858.13 is approved as reasonable compensation for Erich M. Fabricius, Attorney for the Debtors, in relation to the Adversary Proceeding, *Lent C. Carr II v. County of Hoke*, No. 20-09020.

2) The fee of $5,858.13 is allowed as an administrative expense in the chapter 13 case pursuant to 11 U.S.C. § 503(b); provided, however, that disbursement will be made by the Trustee only to the extent funds are available as result of payments made or to be made under the terms of the confirmed plan.

**END OF DOCUMENT**

**Parties to Serve**

Lent and Deltarina Carr, Debtors

Erich M. Fabricius, Attorney for the Debtors

Richard M. Hutson, Chapter 13 Trustee

William P. Miller, US Bankruptcy Administrator