United States Bankruptcy Court
Middle District of North Carolina

In re:  
Lent Christopher Carr, II  
Deltarina V. Carr  
    Debtors

Case No. 18-80386-lmj  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0418-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf014 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: lentcarr@gmail.com | Aug 11 2022 18:06:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Plaintiff Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Debtor Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |

| District/off: 0418-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf014 | Total Noticed: 2 |

Grady Lee Hunt
    on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard M. Hutson, II
    office@c13dur.com

Richard Wyatt Andrews, II
    on behalf of Defendant County of Hoke randrews@tuggleduggins.com dcompton@tuggleduggins.com

Sarah F. Sparrow
    on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller
    Nicole_farabee@ncmba.uscourts.gov bill_miller@ncmba.uscourts.gov

TOTAL: 8

**SO ORDERED.**

**SIGNED this 11th day of August, 2022.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-80386 |
| | ) | |
| LENT CHRISTOPHER CARR, II | ) | Chapter 13 |
| DELTARINA V. CARR | ) | |
|          Debtor. | ) | |

### ORDER ALLOWING APPLICATION FOR COMPENSATION

This matter comes before the Court on the Application for Compensation by Attorney for the Debtors. A hearing was held on this application on August 8, 2020. The application concerns services rendered in relation to an Adversary Proceeding, *Lent C. Carr II v. County of Hoke*, No. 20-09020, with total compensation sought in the amount of $5,858.13. Based on matters of record and arguments of counsel, the Court concludes that the amount sought is reasonable compensation for services rendered.

**THEREFORE, IT IS ORDERED** that:

1) The amount of $5,858.13 is approved as reasonable compensation for Erich M. Fabricius, Attorney for the Debtors, in relation to the Adversary Proceeding, *Lent C. Carr II v. County of Hoke*, No. 20-09020.

2) The fee of $5,858.13 is allowed as an administrative expense in the chapter 13 case pursuant to 11 U.S.C. § 503(b); provided, however, that disbursement will be made by the Trustee only to the extent funds are available as result of payments made or to be made under the terms of the confirmed plan.

**END OF DOCUMENT**

## Parties to Serve

Lent and Deltarina Carr, Debtors

Erich M. Fabricius, Attorney for the Debtors

Richard M. Hutson, Chapter 13 Trustee

William P. Miller, US Bankruptcy Administrator