**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In re:<br>    LENT CHRISTOPHER CARR, II<br>    DELTARINA V CARR<br><br>                     Debtor(s) | Case No. 18-80386<br><br>Chapter 13 |

**NOTICE OF DESIGNATION OF STANDING TRUSTEE**
**AND TRANSFER OF CASE TO SUCCESSOR TRUSTEE**

NOTICE IS HEREBY GIVEN that pursuant to order entered by the Court on September 9, 2022, that effective October 1, 2022, Anita Jo Kinlaw Troxler is designated as the Chapter 13 Standing Trustee for the Middle District of North Carolina, Durham Division, and is the successor to Chapter 13 Standing Trustee Richard M. Hutson II.

PLEASE NOTE:

The above-captioned case has been transferred to Anita Jo Kinlaw Troxler as successor Chapter 13 Standing Trustee. Pursuant to Federal Rule of Bankruptcy Procedure 2012, Richard M. Hutson II and Anita Jo Kinlaw Troxler will submit an accounting of the prior administration of the estate. This accounting will be available for review by interested parties through the Court's PACER system.

The address for remitting all Chapter 13 payments on the above-captioned case has been changed to:

        CHAPTER 13 STANDING TRUSTEE
        P. O. Box 1720
        Greensboro, NC  27402-1720

All checks should be made payable to "Chapter 13 Standing Trustee."

All communications, except for court filings, regarding the above-captioned case should be directed to Anita Jo Kinlaw Troxler, Chapter 13 Standing Trustee, P. O. Box 1720, Greensboro, NC 27402-1720, by phone at (336) 378-9164, or as listed on the website, www.13network.com.

| | |
|---|---|
| /s/ Richard M. Hutson II | /s/ Anita Jo Kinlaw Troxler |
| Chapter 13 Former Trustee | Chapter 13 Successor Trustee |
| 3518 Westgate Drive, Suite 400 | P. O. Box 1720 |
| Durham, NC  27707 | Greensboro, NC  27402-1720 |