United States Bankruptcy Court
Middle District of North Carolina

In re:  
Lent Christopher Carr, II  
Deltarina V. Carr  
    Debtors

Case No. 18-80386-lmj  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 29, 2022      Form ID: pdf015      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| 785863041 | | ACS/BoA, P.O. Box 7060, Utica, NY 13504-7060 |
| 785863049 | + | Hicks Motor Sales, 532 Hillsboro St., Oxford, NC 27565-3283 |
| 785863050 | + | Hoke County District Attorney, 231 N Main St, Raeford, NC 28376-2805 |
| 785863067 | + | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |
| 785863053 | + | Kroger, 1014 Vine St, Cincinnati, OH 45202-1100 |
| 785863054 | + | Mariner Finance, LLC, 1333 Scotland Crossing Dr., Laurinburg, NC 28352-5414 |
| 785863056 | + | New South Finance, 2107 Chester Ridge Dr., High Point, NC 27262-7690 |
| 785863059 | | Payliance, Eastern Oral Ste 120, Columbus, OH 43219 |
| 785863063 | | Rudolph K. Smith, RKS Law, PO Box 2095, Fayetteville, NC 28302-2095 |
| 785863061 | ++ | SCANA AND SUBSIDIARIES, 220 OPERATION WAY, MAIL CODE C 222, CAYCE SC 29033-3701 address filed with court:, PSNC Energy, PO Box 100256, Columbia, SC 29202 |
| 785863065 | + | Wilson Utilities, 208 Nash St E, Wilson, NC 27893-3802 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lentcarr@gmail.com | Sep 29 2022 19:28:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| cr | | Email/Text: ddudley@hokecounty.org | Sep 29 2022 19:29:00 | Hoke County Tax Collector, P O Box 217, Raeford, NC 28376 |
| 785863042 | ^ | MEBN | Sep 29 2022 19:29:11 | AMCOL Systems, Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 785863043 | | Email/Text: g20956@att.com | Sep 29 2022 19:31:00 | AT&T, 1801 Valley View Ln, Dallas TX 75234-8906 |
| 785863068 | + | Email/Text: g17768@att.com | Sep 29 2022 19:29:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Esq., One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 785863051 | | Email/Text: ddudley@hokecounty.org | Sep 29 2022 19:29:00 | Hoke County Tax Collector, 227 N. Main St., Raeford, NC 28376 |
| 785863044 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 29 2022 19:31:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 785863045 | + | Email/Text: collect@ccsroanoke.com | Sep 29 2022 19:31:00 | Creditors Collection Service, 4530 Old Cove Spring Rd, Cove Spring, VA 24018-3423 |
| 785863046 | + | Email/Text: Bankruptcy.Consumer@dish.com | Sep 29 2022 19:29:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 785863047 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 29 2022 19:31:00 | Diversified Consultants, Inc, 10550 Deerwood |

| District/off: 0418-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2022 | Form ID: pdf015 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Park Blvd #309, Dountroon, FL 32256-2805 |
| 785863048 | + Email/Text: lynn.colombo@duke-energy.com | | Sep 29 2022 19:31:00 | Duke Energy, PO Box 70515, Charlotte, NC 28272-0515 |
| 785863052 | Email/Text: sbse.cio.bnc.mail@irs.gov | | Sep 29 2022 19:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 785863066 | Email/Text: info@meadeandassociates.com | | Sep 29 2022 19:29:00 | Meade And Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863055 | Email/Text: info@meadeandassociates.com | | Sep 29 2022 19:29:00 | Meade Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863057 | Email/Text: bankruptcynotices@ncdor.gov | | Sep 29 2022 19:30:00 | North Carolina Dept of Revenue, Office Services Division, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 785863058 | + Email/Text: bankruptcy@onlineis.com | | Sep 29 2022 19:31:00 | Online Collections, P.O. Box 1489, Winterville NC 28590-1489 |
| 785863060 | + Email/Text: melissa.hathaway@pittcountync.gov | | Sep 29 2022 19:31:00 | Pitt County Tax Collector, P.O. Box 43, Greenville, NC 27835-0043 |
| 785863062 | + Email/Text: BANKRUPTCY@OIARAD.COM | | Sep 29 2022 19:32:00 | Raleigh Radiology Associates, Inc, PO Box 2090, Morrisville, NC 27560-2090 |
| 785863064 | + Email/Text: BANKRUPTCY@WAKEMED.ORG | | Sep 29 2022 19:32:00 | WakeMed, PO Box 29516, Raleigh, NC 27626-0516 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Plaintiff Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | |

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf015 | Total Noticed: 31 |

on behalf of Debtor Lent Christopher Carr II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Grady Lee Hunt

    on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard M. Hutson, II

    office@c13dur.com

Richard Wyatt Andrews, II

    on behalf of Defendant County of Hoke randrews@tuggleduggins.com  dcompton@tuggleduggins.com

Sarah F. Sparrow

    on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller

    Nicole_farabee@ncmba.uscourts.gov  bill_miller@ncmba.uscourts.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In re:<br>    LENT CHRISTOPHER CARR, II<br>    DELTARINA V CARR<br><br>                   Debtor(s) | Case No. 18-80386<br><br>Chapter 13 |

**NOTICE OF DESIGNATION OF STANDING TRUSTEE**
**AND TRANSFER OF CASE TO SUCCESSOR TRUSTEE**

NOTICE IS HEREBY GIVEN that pursuant to order entered by the Court on September 9, 2022, that effective October 1, 2022, Anita Jo Kinlaw Troxler is designated as the Chapter 13 Standing Trustee for the Middle District of North Carolina, Durham Division, and is the successor to Chapter 13 Standing Trustee Richard M. Hutson II.

PLEASE NOTE:

The above-captioned case has been transferred to Anita Jo Kinlaw Troxler as successor Chapter 13 Standing Trustee.  Pursuant to Federal Rule of Bankruptcy Procedure 2012, Richard M. Hutson II and Anita Jo Kinlaw Troxler will submit an accounting of the prior administration of the estate. This accounting will be available for review by interested parties through the Court's PACER system.

The address for remitting all Chapter 13 payments on the above-captioned case has been changed to:

       CHAPTER 13 STANDING TRUSTEE
       P. O. Box 1720
       Greensboro, NC  27402-1720

All checks should be made payable to "Chapter 13 Standing Trustee."

All communications, except for court filings, regarding the above-captioned case should be directed to Anita Jo Kinlaw Troxler, Chapter 13 Standing Trustee, P. O. Box 1720, Greensboro, NC  27402-1720, by phone at (336) 378-9164, or as listed on the website, www.13network.com.

| | |
|---|---|
| /s/ Richard M. Hutson II | /s/ Anita Jo Kinlaw Troxler |
| Chapter 13 Former Trustee<br>3518 Westgate Drive, Suite 400<br>Durham, NC  27707 | Chapter 13 Successor Trustee<br>P. O. Box 1720<br>Greensboro, NC  27402-1720 |