United States Bankruptcy Court
Middle District of North Carolina

In re:                                                                                             Case No. 18-80386-lmj
Lent Christopher Carr, II                                                       Chapter 13
Deltarina V. Carr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0418-1                                             User: admin                                               Page 1 of 3
Date Rcvd: Oct 12, 2022                                 Form ID: pdf018                                Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| 785863041 | | ACS/BoA, P.O. Box 7060, Utica, NY 13504-7060 |
| 785863049 | + | Hicks Motor Sales, 532 Hillsboro St., Oxford, NC 27565-3283 |
| 785863050 | + | Hoke County District Attorney, 231 N Main St, Raeford, NC 28376-2805 |
| 785863067 | + | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |
| 785863053 | + | Kroger, 1014 Vine St, Cincinnati, OH 45202-1100 |
| 785863054 | + | Mariner Finance, LLC, 1333 Scotland Crossing Dr., Laurinburg, NC 28352-5414 |
| 785863056 | + | New South Finance, 2107 Chester Ridge Dr., High Point, NC 27262-7690 |
| 785863059 | | Payliance, Eastern Oral Ste 120, Columbus, OH 43219 |
| 785863063 | | Rudolph K. Smith, RKS Law, PO Box 2095, Fayetteville, NC 28302-2095 |
| 785863061 | ++ | SCANA AND SUBSIDIARIES, 220 OPERATION WAY, MAIL CODE C 222, CAYCE SC 29033-3701 address filed with court:, PSNC Energy, PO Box 100256, Columbia, SC 29202 |
| 785863065 | + | Wilson Utilities, 208 Nash St E, Wilson, NC 27893-3802 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lentcarr@gmail.com | Oct 12 2022 22:16:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| cr | | Email/Text: ddudley@hokecounty.org | Oct 12 2022 22:33:00 | Hoke County Tax Collector, P O Box 217, Raeford, NC 28376 |
| 785863042 | ^ | MEBN | Oct 12 2022 22:26:18 | AMCOL Systems, Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 785863043 | | Email/Text: g20956@att.com | Oct 12 2022 23:17:00 | AT&T, 1801 Valley View Ln, Dallas TX 75234-8906 |
| 785863068 | + | Email/Text: g17768@att.com | Oct 12 2022 22:34:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Esq., One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 785863051 | | Email/Text: ddudley@hokecounty.org | Oct 12 2022 22:33:00 | Hoke County Tax Collector, 227 N. Main St., Raeford, NC 28376 |
| 785863044 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 12 2022 23:17:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 785863045 | + | Email/Text: collect@ccsroanoke.com | Oct 12 2022 23:18:00 | Creditors Collection Service, 4530 Old Cove Spring Rd, Cove Spring, VA 24018-3423 |
| 785863046 | + | Email/Text: Bankruptcy.Consumer@dish.com | Oct 12 2022 22:37:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 785863047 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 12 2022 23:17:00 | Diversified Consultants, Inc, 10550 Deerwood |

| District/off: 0418-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: pdf018 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Park Blvd #309, Dountroon, FL 32256-2805 |
| 785863048 | + | Email/Text: lynn.colombo@duke-energy.com | Oct 12 2022 23:18:00 | Duke Energy, PO Box 70515, Charlotte, NC 28272-0515 |
| 785863052 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 12 2022 22:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 785863066 | | Email/Text: info@meadeandassociates.com | Oct 12 2022 22:33:00 | Meade And Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863055 | | Email/Text: info@meadeandassociates.com | Oct 12 2022 22:33:00 | Meade Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863057 | | Email/Text: bankruptcynotices@ncdor.gov | Oct 12 2022 22:53:00 | North Carolina Dept of Revenue, Office Services Division, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 785863058 | + | Email/Text: bankruptcy@onlineis.com | Oct 12 2022 23:17:00 | Online Collections, P.O. Box 1489, Winterville NC 28590-1489 |
| 785863060 | + | Email/Text: melissa.hathaway@pittcountync.gov | Oct 12 2022 23:17:00 | Pitt County Tax Collector, P.O. Box 43, Greenville, NC 27835-0043 |
| 785863062 | + | Email/Text: BANKRUPTCY@OIARAD.COM | Oct 12 2022 23:21:00 | Raleigh Radiology Associates, Inc, PO Box 2090, Morrisville, NC 27560-2090 |
| 785863064 | + | Email/Text: BANKRUPTCY@WAKEMED.ORG | Oct 12 2022 23:21:00 | WakeMed, PO Box 29516, Raleigh, NC 27626-0516 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | office@chapter13gboro.com  office5@chapter13gboro.com |
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | |

| District/off: 0418-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: pdf018 | Total Noticed: 31 |

Erich M. Fabricius
    on behalf of Plaintiff Lent Christopher Carr II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

    on behalf of Debtor Lent Christopher Carr II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Grady Lee Hunt
    on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard Wyatt Andrews, II
    on behalf of Defendant County of Hoke randrews@tuggleduggins.com dcompton@tuggleduggins.com

Sarah F. Sparrow
    on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller
    Nicole_farabee@ncmba.uscourts.gov bill_miller@ncmba.uscourts.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| In re: | Case No. 18-80386 |
|---|---|
| LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR<br>           Debtor(s) | Chapter 13 |

**FRBP 2012 REPORT ACCOUNTING OF PRIOR ADMINISTRATION OF CASE AND NOTICE OF OBJECTION PERIOD**

Richard M. Hutson II, former Chapter 13 Trustee for the period from the petition date through September 30, 2022 and Anita Jo Kinlaw Troxler, successor Chapter 13 Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $31,633.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$31,633.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $9,818.55 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,566.56 |
| Other | $52.00 |
| Secured Creditors | $15,922.17 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $3,166.58 |
| **Total Disbursements & Expense of Administration:** | **$31,525.86** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$107.14** |

If you have an objection to the accounting, you may file a written objection to the accounting with the Clerk, U.S. Bankruptcy Court, via CM/ECF or at U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC 27402-6100.  If no objection is filed within thirty (30) days from the date of this Notice, the accounting shall be approved.  If an objection is filed, a hearing may be scheduled.

Dated:  10/01/2022

/s/ Richard M. Hutson II  
Chapter 13 Former Trustee  
3518 Westgate Drive, Suite 400  
Durham, NC  27707

/s/ Anita Jo Kinlaw Troxler  
Chapter 13 Sucessor Trustee  
P. O. Box 1720  
Greensboro, NC  27402-1720