C-13-16(FTP)
(Rev.8/18)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In Re:

| | |
|---|---|
| CARR, II, LENT CHRISTOPHER<br>CARR, DELTARINA V<br>3300 LAURINBURG RD.<br>RAEFORD, NC 28376<br><br>xxx-xx-9559 and  xxx-xx-6527<br>Debtor(s) | Case Number:  18-80386 C-13D |

## NOTICE OF COMPLETION OF PLAN PAYMENTS
## TO CHAPTER 13 TRUSTEE

The undersigned Trustee hereby notifies the Court and other interested parties that all payments to the Trustee have been completed pursuant to the confirmed plan.

Date:  March 14, 2023

s/Anita Jo Kinlaw Troxler
Standing Trustee
P.O. Box 1720
Greensboro, NC  27402-1720
(336) 378-9164

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

| | |
|---|---|
| CARR, II, LENT CHRISTOPHER<br>CARR, DELTARINA V<br>3300 LAURINBURG RD.<br>RAEFORD, NC 28376<br><br>xxx-xx-9559 and  xxx-xx-6527<br>Debtor(s) | Case Number:  18-80386 C-13D |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **NOTICE OF COMPLETION OF PLAN PAYMENTS TO CHAPTER 13 TRUSTEE** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

LENT CHRISTOPHER CARR, II
DELTARINA V CARR
3300 LAURINBURG RD.
RAEFORD, NC 28376

ERICH M FABRICIUS
FABRICIUS & FABRICIUS, PLLC
P O BOX 1230
KNIGHTDALE, NC   27545-1230

Date:  March 14, 2023                                                                s/Loretta Colfax
                                                                                                   Chapter 13 Office
                                                                                                   Greensboro, North Carolina