NCMB-1330 (04/22)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Lent Christopher Carr, II | ) Chapter 13 |
| Deltarina V. Carr | ) Case No. 18-80386 |
| Debtors. | ) |

## DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, CERTIFICATION REGARDING PLAN COMPLETION, AND STATEMENT REGARDING BANKRUPTCY RULE 1007(b)(8)

The Debtor, Lent Christopher Carr, II, makes the following statements and certifications:

1. I have completed making all payments under the Plan.

2. I have completed an instructional course concerning personal financial management and a certificate regarding my attendance has been filed with the Court.

3. I have not received a Chapter 7, 11, or 12 discharge in a prior case filed within four years preceding the filing of the current Chapter 13 case.

4. I have not received a Chapter 13 discharge in a prior case filed within two years preceding the filing of the current Chapter 13 case.

5. [X] I am not required to pay any Domestic Support Obligations required by judicial or administrative order, or by statute.

    OR

    [ ] I am required to pay Domestic Support Obligations required by judicial or administrative order, or by statute, and all amounts payable under such obligations are paid as of this date, including amounts that were due before the petition was filed, to the extent provided for by the plan, and I have filed the Debtor's Disclosure of Information Regarding Domestic Support Obligations with the Chapter 13 Trustee's Office.

6A. [X] I did not elect to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $155,675 if this case was filed on or after April 1, 2013 but before April 1, 2016; $160,375 if this case was filed on or after April 1, 2016 but before April 1, 2019; $170,350 if this case was filed on or after April 1, 2019 but before April 1, 2022; or $189,050 if the case was filed on or after April 1, 2022.

**IF YOU CHECKED BOX 6A, OMIT 6B.**

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated: 03/14/2023

_____
Debtor