UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | CASE NO: 18-80386<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/15/2023, I did cause a copy of the following documents, described below,

Debtor Lent Carr's Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007(b)(8)

Debtor Deltarina Carr's Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007(b)(8)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/15/2023

/s/ Erich M. Fabricius
Erich M. Fabricius  39667
Attorney for Debtor
Fabricius & Fabricius PLLC
PO Box 1230
Knightdale, NC  27545
919 295 6001
emf@fabriciuslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN RE: | CASE NO: 18-80386 |
|---|---|
| LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 3/15/2023, a copy of the following documents, described below,

Debtor Lent Carr's Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007(b)(8)

Debtor Deltarina Carr's Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007(b)(8)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/15/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erich M. Fabricius
Fabricius & Fabricius PLLC
PO Box 1230
Knightdale, NC  27545

USPS FIRST CLASS MAILING RECIPIENTS.
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
CASE INFO                                                                    EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING      (P)COUNTY OF HOKE                      DURHAM
NCRS ADDRESS DOWNLOAD                 ATTN DAPHNE GRAHAMDUDLEY               PO BOX 26100
CASE 18-80386                         PO BOX 217                             GREENSBORO  NC 27402-6100
MIDDLE DISTRICT OF NORTH CAROLINA     RAEFORD NC 28376-0217
WED MAR 15 7-41-0 PST 2023




ACSBOA                                AMCOL SYSTEMS   INC                    ATT
PO BOX 7060                           PO BOX 21625                           1801 VALLEY VIEW LN
UTICA  NY 13504-7060                  COLUMBIA  SC 29221-1625                DALLAS TX 75234-8906




ATT CORP                              CONVERGENT OUTSOURCING                 CREDITORS COLLECTION SERVICE
ATT SERVICES   INC                    PO BOX 9004                            4530 OLD COVE SPRING RD
KAREN CAVAGNARO   ESQ                 RENTON  WA 98057-9004                  COVE SPRING  VA 24018-3423
ONE ATT WAY  ROOM 3A104
BEDMINSTER  NJ 07921-2693




DISH NETWORK                          DIVERSIFIED CONSULTANTS   INC          DUKE ENERGY
9601 S MERIDIAN BLVD                  10550 DEERWOOD PARK BLVD 309           PO BOX 70515
ENGLEWOOD  CO 80112-5905              DOUNTROON  FL 32256-2805               CHARLOTTE  NC 28272-0515




                                                                             EXCLUDE
HICKS MOTOR SALES                     HOKE COUNTY DISTRICT ATTORNEY          (D)(P)COUNTY OF HOKE
532 HILLSBORO ST                      231 N MAIN ST                          ATTN DAPHNE GRAHAMDUDLEY
OXFORD  NC 27565-3283                 RAEFORD  NC 28376-2805                 PO BOX 217
                                                                             RAEFORD NC 28376-0217




INTERNAL REVENUE SERVICE              JANNETTA JORDAN                        KROGER
PO BOX 7346                           4160 LAURINBURG ROAD                   1014 VINE ST
PHILADELPHIA  PA  19101-7346          RAEFORD  NC 28376-7250                 CINCINNATI  OH 45202-1100




                                                                             EXCLUDE
MARINER FINANCE   LLC                 (P)MEADE   ASSOCIATES   INC            (D)(P)MEADE   ASSOCIATES   INC
1333 SCOTLAND CROSSING DR             ATTN BANKRUPCTY DEPARTMENT             ATTN BANKRUPCTY DEPARTMENT
LAURINBURG  NC 28352-5414             737 ENTERPRISE DRIVE                   737 ENTERPRISE DRIVE
                                      LEWIS CENTER OH 43035-9438             LEWIS CENTER OH 43035-9438




NEW SOUTH FINANCE                     NORTH CAROLINA DEPT OF REVENUE         ONLINE COLLECTIONS
2107 CHESTER RIDGE DR                 OFFICE SERVICES DIVISION               PO BOX 1489
HIGH POINT  NC 27262-7690             BANKRUPTCY UNIT                        WINTERVILLE NC 28590-1489
                                      PO BOX 1168
                                      RALEIGH  NC 27602-1168




(P)SCANA AND SUBSIDIARIES             PAYLIANCE                              PITT COUNTY TAX COLLECTOR
220 OPERATION WAY                     EASTERN ORAL STE 120                   PO BOX 43
MAIL CODE C 222                       COLUMBUS  OH 43219                     GREENVILLE  NC 27835-0043
CAYCE SC 29033-3701
```

USPS FIRST CLASS MAILING RECIPIENTS.
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RALEIGH RADIOLOGY ASSOCIATES INC<br>PO BOX 2090<br>MORRISVILLE   NC 27560-2090 | RUDOLPH K SMITH<br>RKS LAW<br>PO BOX 2095<br>FAYETTEVILLE   NC 28302-2095 | WAKEMED<br>PO BOX 29516<br>RALEIGH   NC 27626-0516 |
| WILSON UTILITIES<br>208 NASH ST E<br>WILSON   NC 27893-3802 | ANITA JO KINLAW TROXLER<br>GREENSBORO CHAPTER 13 OFFICE<br>500 W FRIENDLY AVE<br>GREENSBORO   NC 27401-6131 | DELTARINA V CARR<br>3300 LAURINBURG RD<br>RAEFORD   NC 28376-7204 |
| ~~EXCLUDE~~<br>~~ERICH M FABRICIUS~~<br>~~FABRICIUS  FABRICIUS  PLLC~~<br>~~PO BOX 1230~~<br>~~KNIGHTDALE   NC 27545-1230~~ | ~~EXCLUDE~~<br>~~(D)JANNETTA JORDAN~~<br>~~4160 LAURINBURG ROAD~~<br>~~RAEFORD   NC 28376-7250~~ | DEBTOR<br>LENT CHRISTOPHER CARR II<br>3300 LAURINBURG RD<br>RAEFORD   NC 28376-7204 |
| WILLIAM P MILLER<br>BANKRUPTCY ADMINISTRATOR<br>101 SOUTH EDGEWORTH STREET<br>GREENSBORO   NC 27401-6024 | | |