Form 164

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Lent Christopher Carr II | Social Security number or ITIN: xxx–xx–9559<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Deltarina V. Carr | Social Security number or ITIN: xxx–xx–6527<br>EIN: _ _–_ _ _ _ _ _ _ |
| | aka Deltarina V. Diaz | |
| | 3300 Laurinburg Rd.<br>Raeford, NC 28376 | Date case filed for chapter:    13    3/20/18 |
| Case number: | 18–80386 | |

## NOTICE OF DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, CERTIFICATION REGARDING PLAN COMPLETION, and STATEMENT REGARDING BANKRUPTCY RULE 1007 (b)(8)

**TAKE NOTICE** that the debtor has filed a Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007(b)(8). Any interested party objecting to the motion or requesting delay in the entry of the discharge pursuant to Section 1328(h), must file a written objection/request on or before 4/9/23 with the Court at the following address, and serve a copy on the debtor, attorney for debtor, and Chapter 13 Trustee. A certificate of service should be attached to the objection/request.

*Clerk, U.S. Bankruptcy Court*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held:

Date: **Wednesday, June 7, 2023**
Time: **09:30 AM**
Location: **Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401**

**Dated: 3/17/23**                                                                                           **OFFICE OF THE CLERK/sd**

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.