United States Bankruptcy Court
Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 18-80386-lmj |
| Lent Christopher Carr, II | Chapter 13 |
| Deltarina V. Carr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: 164 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| 785863041 | | ACS/BoA, P.O. Box 7060, Utica, NY 13504-7060 |
| 785863049 | + | Hicks Motor Sales, 532 Hillsboro St., Oxford, NC 27565-3283 |
| 785863050 | + | Hoke County District Attorney, 231 N Main St, Raeford, NC 28376-2805 |
| 785863067 | + | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |
| 785863053 | + | Kroger, 1014 Vine St, Cincinnati, OH 45202-1100 |
| 785863054 | + | Mariner Finance, LLC, 1333 Scotland Crossing Dr., Laurinburg, NC 28352-5414 |
| 785863056 | + | New South Finance, 2107 Chester Ridge Dr., High Point, NC 27262-7690 |
| 785863059 | | Payliance, Eastern Oral Ste 120, Columbus, OH 43219 |
| 785863063 | | Rudolph K. Smith, RKS Law, PO Box 2095, Fayetteville, NC 28302-2095 |
| 785863061 | ++ | SCANA AND SUBSIDIARIES, 220 OPERATION WAY, MAIL CODE C 222, CAYCE SC 29033-3701 address filed with court:, PSNC Energy, PO Box 100256, Columbia, SC 29202 |
| 785863065 | + | Wilson Utilities, 208 Nash St E, Wilson, NC 27893-3802 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lentcarr@gmail.com | Mar 17 2023 18:08:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| cr | | Email/Text: ddudley@hokecounty.org | Mar 17 2023 18:08:00 | Hoke County Tax Collector, P O Box 217, Raeford, NC 28376 |
| 785863042 | ^ | MEBN | Mar 17 2023 18:21:42 | AMCOL Systems, Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 785863043 | | Email/Text: g20956@att.com | Mar 17 2023 18:08:00 | AT&T, 1801 Valley View Ln, Dallas TX 75234-8906 |
| 785863068 | + | Email/Text: g17768@att.com | Mar 17 2023 18:08:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Esq., One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 785863051 | | Email/Text: ddudley@hokecounty.org | Mar 17 2023 18:08:00 | Hoke County Tax Collector, 227 N. Main St., Raeford, NC 28376 |
| 785863044 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 17 2023 18:08:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 785863045 | + | Email/Text: collect@ccsroanoke.com | Mar 17 2023 18:08:00 | Creditors Collection Service, 4530 Old Cove Spring Rd, Cove Spring, VA 24018-3423 |
| 785863046 | + | Email/Text: Bankruptcy.Consumer@dish.com | Mar 17 2023 18:08:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 785863047 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 17 2023 18:08:00 | Diversified Consultants, Inc, 10550 Deerwood |

| District/off: 0418-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: 164 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Park Blvd #309, Dountroon, FL 32256-2805 |
| 785863048 | + | Email/Text: lynn.colombo@duke-energy.com | Mar 17 2023 18:08:00 | Duke Energy, PO Box 70515, Charlotte, NC 28272-0515 |
| 785863052 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2023 18:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 785863066 | | Email/Text: info@meadeandassociates.com | Mar 17 2023 18:08:00 | Meade And Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863055 | | Email/Text: info@meadeandassociates.com | Mar 17 2023 18:08:00 | Meade Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863057 | | Email/Text: bankruptcynotices@ncdor.gov | Mar 17 2023 18:08:00 | North Carolina Dept of Revenue, Office Services Division, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 785863058 | + | Email/Text: bankruptcy@onlineis.com | Mar 17 2023 18:08:00 | Online Collections, P.O. Box 1489, Winterville NC 28590-1489 |
| 785863060 | + | Email/Text: melissa.hathaway@pittcountync.gov | Mar 17 2023 18:08:00 | Pitt County Tax Collector, P.O. Box 43, Greenville, NC 27835-0043 |
| 785863062 | + | Email/Text: BANKRUPTCY@OIARAD.COM | Mar 17 2023 18:08:00 | Raleigh Radiology Associates, Inc, PO Box 2090, Morrisville, NC 27560-2090 |
| 785863064 | + | Email/Text: BANKRUPTCY@WAKEMED.ORG | Mar 17 2023 18:08:00 | WakeMed, PO Box 29516, Raleigh, NC 27626-0516 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | office@chapter13gboro.com  office5@chapter13gboro.com |
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | |

| District/off: 0418-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: 164 | Total Noticed: 31 |

Erich M. Fabricius
    on behalf of Plaintiff Lent Christopher Carr II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

    on behalf of Debtor Lent Christopher Carr II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Grady Lee Hunt
    on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard Wyatt Andrews, II
    on behalf of Defendant County of Hoke randrews@tuggleduggins.com dcompton@tuggleduggins.com

Sarah F. Sparrow
    on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller
    Nicole_farabee@ncmba.uscourts.gov bill_miller@ncmba.uscourts.gov

TOTAL: 8

Form 164

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lent Christopher Carr II | Social Security number or ITIN: | xxx–xx–9559 |
| | | EIN: | __–_____ |
| Debtor 2: (Spouse, if filing) | Deltarina V. Carr | Social Security number or ITIN: | xxx–xx–6527 |
| | aka Deltarina V. Diaz | EIN: | __–_____ |
| | 3300 Laurinburg Rd. Raeford, NC 28376 | Date case filed for chapter: | 13    3/20/18 |
| Case number: | 18–80386 | | |

## NOTICE OF DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, CERTIFICATION REGARDING PLAN COMPLETION, and STATEMENT REGARDING BANKRUPTCY RULE 1007 (b)(8)

**TAKE NOTICE** that the debtor has filed a Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007(b)(8). Any interested party objecting to the motion or requesting delay in the entry of the discharge pursuant to Section 1328(h), must file a written objection/request on or before 4/9/23 with the Court at the following address, and serve a copy on the debtor, attorney for debtor, and Chapter 13 Trustee. A certificate of service should be attached to the objection/request.

*Clerk, U.S. Bankruptcy Court*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held:

Date: **Wednesday, June 7, 2023**
Time: **09:30 AM**
Location: **Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401**

**Dated: 3/17/23**                                                                                    **OFFICE OF THE CLERK/sd**

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.