United States Bankruptcy Court
Middle District of North Carolina

In re:  Case No. 18-80386-lmj
Lent Christopher Carr, II  Chapter 13
Deltarina V. Carr
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0418-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: 284 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lentcarr@gmail.com | Apr 19 2023 18:07:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | office@chapter13gboro.com  office5@chapter13gboro.com |
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Plaintiff Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | |

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 19, 2023 | Form ID: 284 | Total Noticed: 2 |

        on behalf of Debtor Lent Christopher Carr II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Grady Lee Hunt

        on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard Wyatt Andrews, II

        on behalf of Defendant County of Hoke randrews@tuggleduggins.com  dcompton@tuggleduggins.com

Sarah F. Sparrow

        on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller

        Nicole_farabee@ncmba.uscourts.gov  bill_miller@ncmba.uscourts.gov

TOTAL: 8

Form 284

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−80386

IN THE MATTER OF:
Lent Christopher Carr II    xxx−xx−9559
Deltarina V. Carr    xxx−xx−6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

Debtor(s)

## ORDER GRANTING MOTION FOR ENTRY OF DISCHARGE

   IT APPEARING that the above−named debtor(s) filed a Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007 (b)(8), in which the debtor(s) stated under penalty of perjury that the provisions of 11 U.S.C. §522 (q)(1) are not applicable to the debtor(s), and that there is not a pending proceeding in which the debtor(s) may be found guilty of a felony of the kind described in §522 (q)(1)(A) or liable for a debt of the kind described in §522 (q)(1)(B); that Notice of the Motion was given to all parties in interest and creditors in the case and that no objections or requests for a delay in the entry of the discharge have been timely filed; that based upon the statements and certifications contained in the Motion, the Court finds that there is no reasonable cause to believe that §522 (q)(1) is applicable to the debtor(s) or that there is pending any proceeding in which the debtor(s) may be found guilty of a felony of the kind described in §522 (q)(1)(A) or liable for a debt of the kind described in §522 (q)(1)(B); wherefore it is

   ORDERED that the Motion for Entry of Discharge is hereby granted; and it is further

   ORDERED that the Clerks Office enter the Order of Discharge and cause a copy to be sent to all parties in interest and creditors in this case.

Dated: 4/19/23

*LENA MANSORI JAMES*
United States Bankruptcy Judge