United States Bankruptcy Court
Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 18-80386-lmj |
| Lent Christopher Carr, II | Chapter 13 |
| Deltarina V. Carr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 19, 2023 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| 785863041 | | ACS/BoA, P.O. Box 7060, Utica, NY 13504-7060 |
| 785863049 | + | Hicks Motor Sales, 532 Hillsboro St., Oxford, NC 27565-3283 |
| 785863050 | + | Hoke County District Attorney, 231 N Main St, Raeford, NC 28376-2805 |
| 785863067 | + | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |
| 785863053 | + | Kroger, 1014 Vine St, Cincinnati, OH 45202-1100 |
| 785863054 | + | Mariner Finance, LLC, 1333 Scotland Crossing Dr., Laurinburg, NC 28352-5414 |
| 785863056 | + | New South Finance, 2107 Chester Ridge Dr., High Point, NC 27262-7690 |
| 785863059 | | Payliance, Eastern Oral Ste 120, Columbus, OH 43219 |
| 785863063 | | Rudolph K. Smith, RKS Law, PO Box 2095, Fayetteville, NC 28302-2095 |
| 785863061 | ++ | SCANA AND SUBSIDIARIES, 220 OPERATION WAY, MAIL CODE C 222, CAYCE SC 29033-3701 address filed with court:, PSNC Energy, PO Box 100256, Columbia, SC 29202 |
| 785863065 | + | Wilson Utilities, 208 Nash St E, Wilson, NC 27893-3802 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: lentcarr@gmail.com | Apr 19 2023 18:07:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |
| cr | | Email/Text: ddudley@hokecounty.org | Apr 19 2023 18:07:00 | Hoke County Tax Collector, P O Box 217, Raeford, NC 28376 |
| 785863042 | ^ | MEBN | Apr 19 2023 18:07:04 | AMCOL Systems, Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 785863043 | | EDI: CINGMIDLAND.COM | Apr 19 2023 22:07:00 | AT&T, 1801 Valley View Ln, Dallas TX 75234-8906 |
| 785863068 | + | EDI: ATTWIREBK.COM | Apr 19 2023 22:06:00 | AT&T Corp, % AT&T Services, Inc., Karen Cavagnaro, Esq., One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 785863051 | | Email/Text: ddudley@hokecounty.org | Apr 19 2023 18:07:00 | Hoke County Tax Collector, 227 N. Main St., Raeford, NC 28376 |
| 785863044 | + | EDI: CONVERGENT.COM | Apr 19 2023 22:06:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 785863045 | + | Email/Text: collect@ccsroanoke.com | Apr 19 2023 18:07:00 | Creditors Collection Service, 4530 Old Cove Spring Rd, Cove Spring, VA 24018-3423 |
| 785863046 | + | EDI: DISH | Apr 19 2023 22:06:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 785863047 | + | EDI: DCI.COM | Apr 19 2023 22:07:00 | Diversified Consultants, Inc, 10550 Deerwood |

| District/off: 0418-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Park Blvd #309, Dountroon, FL 32256-2805 |
| 785863048 | + | Email/Text: lynn.colombo@duke-energy.com | Apr 19 2023 18:07:00 | Duke Energy, PO Box 70515, Charlotte, NC 28272-0515 |
| 785863052 | | EDI: IRS.COM | Apr 19 2023 22:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 785863066 | | Email/Text: info@meadeandassociates.com | Apr 19 2023 18:07:00 | Meade And Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863055 | | Email/Text: info@meadeandassociates.com | Apr 19 2023 18:07:00 | Meade Associates, 737 Enterprise Dr., Lewis Center, OH 43035 |
| 785863057 | | EDI: NCDEPREV.COM | Apr 19 2023 22:06:00 | North Carolina Dept of Revenue, Office Services Division, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 785863058 | + | Email/Text: bankruptcy@onlineis.com | Apr 19 2023 18:07:00 | Online Collections, P.O. Box 1489, Winterville NC 28590-1489 |
| 785863060 | + | Email/Text: melissa.hathaway@pittcountync.gov | Apr 19 2023 18:07:00 | Pitt County Tax Collector, P.O. Box 43, Greenville, NC 27835-0043 |
| 785863062 | + | Email/Text: BANKRUPTCY@OIARAD.COM | Apr 19 2023 18:08:00 | Raleigh Radiology Associates, Inc, PO Box 2090, Morrisville, NC 27560-2090 |
| 785863064 | + | Email/Text: BANKRUPTCY@WAKEMED.ORG | Apr 19 2023 18:08:00 | WakeMed, PO Box 29516, Raleigh, NC 27626-0516 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Jannetta Jordan, 4160 Laurinburg Road, Raeford, NC 28376-7250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | office@chapter13gboro.com  office5@chapter13gboro.com |
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |
| Erich M. Fabricius | on behalf of Plaintiff Lent Christopher Carr II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |

District/off: 0418-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 19, 2023 | Form ID: 3180W | Total Noticed: 31

Erich M. Fabricius
    on behalf of Debtor Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Grady Lee Hunt
    on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

Richard Wyatt Andrews, II
    on behalf of Defendant County of Hoke randrews@tuggleduggins.com  dcompton@tuggleduggins.com

Sarah F. Sparrow
    on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

William P Miller
    Nicole_farabee@ncmba.uscourts.gov  bill_miller@ncmba.uscourts.gov

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lent Christopher Carr II<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9559<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Deltarina V. Carr<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6527<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of North Carolina | | |
| Case number:   18–80386 | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lent Christopher Carr II

Deltarina V. Carr
aka Deltarina V. Diaz

<u>4/19/23</u>

**By the court:** <u>Lena M. James</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**