# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Lent Christopher Carr II ) | |
| Deltarina V Carr ) | Chapter 13 Case No. 18-80386 |
| ) | |
| Debtor(s) ) | |

## REPORT OF UNCLAIMED FUNDS

<u>Anita Jo Kinlaw Troxler</u>, Trustee in the above case respectfully reports as follows:

1. The Trustee has made disbursements in the case pursuant to the confirmed plan and orders of the Court. Disbursements to the following were not negotiated and remain unclaimed for more than 90 days after the final dividend was distributed and are reported as unclaimed funds:

| Payee Name and Address | Check No. | Check Amount |
|---|---|---|
| Lent Christopher Carr II<br>Deltarina V Carr<br>3300 Laurinburg Rd<br>Raeford NC 28376 | 979724 | $ 28.74 |
| Meade and Associates<br>Attn Bankruptcy<br>737 Enterprise Drive<br>Westerville OH 43081 | 977587 | $ 74.83 |
| Total: | | $ 103.57 |

2. Pursuant to 11 U.S.C. §347(a), the Trustee has turned over to the Clerk, United States Bankruptcy Court, the above unclaimed funds.

Date: <u>June 14, 2023</u>                                                                s/Anita Jo Kinlaw Troxler
                                                                                                               Trustee