UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
LENT CHRISTOPHER CARR, II                                         CASE NO. 18-80386 C-13D
DELTARINA V CARR                                                  JUDGE LENA M. JAMES
3300 LAURINBURG RD.
RAEFORD, NC  28376
a/k/a DELTARINA VIOLET DIAZ
         Debtors

SSN(1) XXX-XX-9559            SSN(2) XXX-XX-6527            DATE:  07/10/2023

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

The above named Debtor(s) filed a petition commencing a case under Chapter 13 of the Bankruptcy Code on March 20, 2018.  A plan was confirmed by the Court and the Debtor has completed all payments under the plan.  The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

A full copy of the Final Report is on file with the Clerk.  If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office.  If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved.  If an objection is filed, a hearing may be scheduled.

ATTORNEY FOR THE DEBTOR(S):           TRUSTEE:
ERICH M FABRICIUS                     ANITA JO KINLAW TROXLER, TRUSTEE
FABRICIUS & FABRICIUS, PLLC           500 W FRIENDLY AVE STE 200
P O BOX 1230                          P O BOX 1720
KNIGHTDALE, NC  27545-1230            GREENSBORO, NC  27402-1720


                                      DATED: July 10, 2023
ADDRESSEE:                            FOR THE COURT:
REID WILCOX                           REID WILCOX
CLERK, U.S. BANKRUPTCY COURT          CLERK, U.S. BANKRUPTCY COURT
P.O. BOX 26100                        P.O. BOX 26100
GREENSBORO, NC  27402                 GREENSBORO, NC  27402

LENT CHRISTOPHER CARR, II  Case No. 18-80386 C-13D
DELTARINA V CARR

# NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
# CERTIFICATE OF SERVICE

I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

| | |
|---|---|
| LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR<br>3300 LAURINBURG RD.<br>RAEFORD, NC  28376 | ERICH M FABRICIUS<br>FABRICIUS & FABRICIUS, PLLC<br>P O BOX 1230<br>KNIGHTDALE, NC  27545-1230 |
| ACS/BOA<br>P.O. BOX 7060<br>UTICA, NY  13504-7060 | AMCOL SYSTEMS, INC.<br>PO BOX 21625<br>COLUMBIA, SC  29221 |
| AT&T MOBILITY II LLC<br>% AT&T SERVICES INC<br>ONE AT&T WAY STE 3A104<br>BEDMINSTER, NJ  07921 | CONVERGENT OUTSOURCING<br>PO BOX 9004<br>RENTON, WA  98057 |
| CREDITORS COLLECTION SERVICE<br>4530 OLD COVE SPRING RD<br>COVE SPRING, VA  24018 | DISH NETWORK<br>9601 S. MERIDIAN BLVD.<br>ENGLEWOOD, CO  80112 |
| DIVERSIFIED CONSULTANTS, INC<br>10550 DEERWOOD PARK BLVD #309<br>DOUNTROON, FL  32256 | DUKE ENERGY<br>PO BOX 70515<br>CHARLOTTE, NC  28272 |
| HICKS MOTORS<br>532 HILLSBORO ST<br>OXFORD, NC  27565 | HOKE COUNTY TAX COLLECTOR<br>227 N MAIN ST<br>P O BOX 217<br>RAEFORD, NC  28376 |
| HOKE COUNTY TAX COLLECTOR<br>P O BOX 217<br>RAEFORD, NC  28376-0217 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| JANNETTA JORDAN<br>4160 LAURINBURG ROAD<br>RAEFORD, NC  28376 | MARINER FINANCE, LLC<br>1333 SCOTLAND CROSSING DR.<br>LAURINBURG, NC  28352 |

| | |
|---|---|
| LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | Case No. 18-80386 C-13D |

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

MEADE AND ASSOCIATES
ATTN BANKRUPTCY
737 ENTERPRISE DRIVE
WESTERVILLE, OH  43081

MEADE ASSOCIATES
737 ENTERPRISE DR.
LEWIS CENTER, OH  43035

NEW SOUTH FINANCE
2107 CHESTER RIDGE DR.
HIGH POINT, NC  27262

NORTH CAROLINA DEPT OF REVENUE
OFFICE SERVICES DIVISION
BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH, NC  27602-1168

ONLINE COLLECTIONS
P O BOX 1489
WINTERVILLE, NC  28590

PAYLIANCE
EASTERN ORAL STE 120
COLUMBUS, OH  43219

PITT COUNTY TAX COLLECTOR
P O BOX 875
GREENVILLE, NC  27835

PSNC ENERGY
PO BOX 100256
COLUMBIA, SC  29202

RALEIGH RADIOLOGY ASSOCIATES, INC
PO BOX 2090
MORRISVILLE, NC  25760

RUDOLPH K. SMITH
RKS LAW
PO BOX 2095
FAYETTEVILLE, NC  28302-2095

WAKEMED
PO BOX 29516
RALEIGH, NC  27626

WILSON UTILITIES
208 NASH ST E
WILSON, NC  27893

REID WILCOX (ELECTRONIC SERVICE)
Clerk, U.S. Bankruptcy Court
P.O. Box 26100
Greensboro, NC  27402

| | |
|---|---|
| LENT CHRISTOPHER CARR, II<br>DELTARINA V CARR | Case No. 18-80386 C-13D |

# NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
### (CONTINUED)

| | |
|---|---|
| Date:   July 10, 2023 | /s/  Gail Newsome |
| | Chapter 13 Office<br>Middle District of North Carolina, North Carolina |