Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−80386

IN THE MATTER OF:
Lent Christopher Carr II    xxx−xx−9559
Deltarina V. Carr    xxx−xx−6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

   Debtor(s)

## FINAL DECREE

   **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

   **ORDERED** that Anita Jo Kinlaw Troxler , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

   **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 8/11/23

LENA MANSORI JAMES
United States Bankruptcy Judge