United States Bankruptcy Court
Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 18-80386-lmj |
| Lent Christopher Carr, II | Chapter 13 |
| Deltarina V. Carr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: 211 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Deltarina V. Carr, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: lentcarr@gmail.com | Aug 11 2023 18:05:00 | Lent Christopher Carr, II, 3300 Laurinburg Rd., Raeford, NC 28376-7204 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | office@chapter13gboro.com  office5@chapter13gboro.com |
| Anita Jo Kinlaw Troxler | on behalf of Trustee Anita Jo Kinlaw Troxler office4@chapter13gboro.com  office5@chapter13gboro.com |
| Erich M. Fabricius | on behalf of Joint Debtor Deltarina V. Carr emf@fabriciuslaw.com  fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com |

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: 211 | Total Noticed: 2 |

Erich M. Fabricius
    on behalf of Plaintiff Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Erich M. Fabricius
    on behalf of Debtor Lent Christopher Carr  II emf@fabriciuslaw.com, fablaw@parse.bkccn.com,ecf+fablaw@bkccn.com

Grady Lee Hunt
    on behalf of Creditor Hoke County Tax Collector gradyh@huntbrookslaw.com

John Paul Hughes Cournoyer
    Nicole_farabee@ncmba.uscourts.gov  jp_cournoyer@ncmba.uscourts.gov

Richard Wyatt Andrews, II
    on behalf of Defendant County of Hoke randrews@tuggleduggins.com  dcompton@tuggleduggins.com

Sarah F. Sparrow
    on behalf of Defendant County of Hoke SSparrow@tuggleduggins.com mreynolds@tuggleduggins.com;dcompton@tuggleduggins.com

TOTAL: 9

Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18−80386

IN THE MATTER OF:
Lent Christopher Carr II     xxx−xx−9559
Deltarina V. Carr     xxx−xx−6527
aka Deltarina V. Diaz
3300 Laurinburg Rd.
Raeford, NC 28376

  Debtor(s)

## FINAL DECREE

   **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

   **ORDERED** that Anita Jo Kinlaw Troxler , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

   **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 8/11/23

LENA MANSORI JAMES
United States Bankruptcy Judge