# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

```
In Re:                                )
                                      )
LENT CHRISTOPHER CARR II              )
DELTARINA V CARR                      )    Case Number:    18-80386
                                      )
                          Debtor(s)   )
```

Certificate of Undeliverable/Returned Mail

    I hereby certify that the document identified below was returned as undeliverable by the United States Post Office in reference to the listed parties.

Creditor(s):   DIVERSIFIED CONSULTANTS INC
10550 DEERWOOD PARK BLVD #309
DOUNTROON, FL 3256

ACS/BANK OF AMERICA, NA    MEADE AND ASSOCIATES
PO BOX 7060                  ATTN BANKRUPTCY
UTICA, NY 13504-7060       737 ENTERPRISE DRIVE
                                 WESTERVILLE, OH 43018

Document:

- ___ Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
- ___ Notice of Proposed Plan and Order Confirming Plan and Time for Filing Objection Thereto and Order Confirming Plan
- ___ Order Confirming Plan
- ___ Motion (15) Date Filed With Court:_____
- ___ Motion and Order (15a) Entered Date:_____
- ___ Order Entered Date:_____
- _X_ Notice of Filing of Trustee's Final Report
- ___ Notice of Discharge of Debtor(s) and Notice of Filing of Trustee's Final Report

Date: December 14, 2023       s/Loretta Colfax
                                      Chapter 13 Office
                                      P.O. Box 1720
                                      Greensboro, NC 27402-1720
                                      (336) 378-9164